LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: 671-472-7332
Fax: 671-472-7215

Paul Ortiz
Senior Attorney
Office of General Counsel
National Oceanic and Atmospheric Administration
501 West Ocean Blvd.
Suite 4470
Long Beach, California 90802
Tel: 562 980 4069

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT -4 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| vs. | **AFFIDAVIT OF MIKEL W. SCHWAB** |
| MARSHALLS 201, | |
| Defendant. | |

MIKEL W. SCHWAB, being duly sworn upon oath, deposes and says as follows:

That the affiant is the Assistant U.S. Attorney for the District of Guam, and in his capacity as such, has been informed by official communications from a Special Agent of the National Marine Fisheries Service, of the matters alleged in the foregoing complaint

as witnessed by them; that upon such information the affiant verily believes that the facts stated in said Complaint are true.

FURTHER AFFIANT SAYETH NAUGHT

_____
MIKEL W. SCHWAB
Assistant U.S. Attorney


SUBSCRIBED AND SWORN to before me this __4th__ day of October, 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge