LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: 671-472-7332
Fax: 671-472-7215

Paul Ortiz
Senior Attorney
Office of General Counsel
National Oceanic and Atmospheric Administration
501 West Ocean Blvd.
Suite 4470
Long Beach, California 90802
Tel: 562 980 4069

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT - 4 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARSHALLS 201,<br><br>　　　　　Defendant. | CIVIL CASE NO. 06-00030<br><br>**ORDER<br>JUDICIALLY AUTHORIZING<br>WARRANT FOR ARREST** |

This matter came before the Court for review on 4th day of October, 2006. The Court after reviewing the verified Complaint and supporting papers and good cause appearing, finds that the conditions for an in rem seizure appears to exist in that this is an in rem action in admiralty for violation of provisions of the Magnuson-Stevens Fishery Conservation and Management Act (See Fed.R.Civ.P. Rule C (1)(b) and 16 U.S.C. §§

1858(d) and 1860 (a)), rendered by the **Marshalls 201**, and the property is presently operating out of a port in the Marshall Islands and continues to operate in and around the EEZ of Howland and Baker Islands. The Vessel has substantial operations in the waters of Kiribati and other Pacific Islands in the region.

**IT IS HEREBY ORDERED** that a Warrant for the Arrest of the **Marshalls 201**, her fishing gear, furniture, appurtenances, stores, cargo, electronic and documentary records (including plotters, fax machines and other devices), and catch of fish is authorized and shall issue and be delivered to the Clerk of the Court who shall prepare and deliver the warrant to the U.S. Marshal for service on the defendant Vessel through its master or person in charge of the defendant Vessel. The U.S. Marshal shall move the **Marshalls 201** as he deems necessary. The U.S. Marshal has discretion under direction of the Court, to;

- authorize who can board the vessel, including properly credentialed representatives of the United States, any alleged or prospective owners, and the crew;

- authorize crew or other persons to remain on board for the maintenance and upkeep of the **Marshalls 201**;

- unload perishables and other items, as inventoried and approved by the U.S. Marshals.

DATED this 4th day of October, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
~~Designated District Court Judge~~
U.S. Magistrate Judge