LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARSHALLS 201,<br><br>Defendant | CIVIL CASE NO. 06-00030<br><br><br><br>CERTIFICATE OF SERVICE |

I, hereby certify that on 4TH day of October, 2006, I caused to be served by personal service the following documents: "Complaint for Forfeiture; Affidavit of Mikel W. Schwab; In Rem Warrant of Arrest; Affidavit of John Barylsky; Application for and Order Judicially Authorizing Warrant for Arrest; Order Judicially Authorizing Warrant for Arrest; and Warrant for Arrest of Vessel", in the above entitled cause to the following attorney of record:

Daniel J. Berman
Berman O'Connor & Mann
Attorneys at Law
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, Guam 96910

*Frances B Leon Guerrero*
FRANCES B. LEON GUERRERO
Legal Assistant

**ORIGINAL**