BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
*MARSHALLS 201*

FILED
DISTRICT COURT OF GUAM
OCT 10 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARSHALLS 201,<br><br>    Defendant. | CIVIL CASE NO. 06-00030<br><br>**VERIFIED STATEMENT OF RIGHT OR INTEREST IN VESSEL PURSUANT TO ADMIRALTY RULE C(6)(a), FRCP** |

### VERIFIED STATEMENT OF RIGHT OR INTEREST IN VESSEL PURSUANT TO ADMIRALTY RULE C(6)(a), FRCP

Pursuant to Rule C(6)(a) of the Supplementary Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, MARSHALL ISLANDS FISHING COMPANY, a company organized under the laws of the Republic of the Marshall Islands, hereby asserts its right of possession and ownership of the vessel referred to as the Defendant Marshalls 201 also known as the F/V MARSHALLS 201, which is the subject of a maritime arrest order issued by this Court in this case on October 4, 2006. The claim of MARSHALL ISLANDS FISHING COMPANY is verified by Mr. Eugene Muller, as agent for the corporation. As owner of the vessel, the corporation asserts all its rights of ownership and possession and will defend this action.

E:\Jean\Plds\DJB\Marshalls\verif.state.wpd

**ORIGINAL**

Dated this 6th day of October, 2006.

**BERMAN O'CONNOR & MANN**

Attorneys for Defendant *MARSHALLS 201*

BY: *[signature]*  
**DANIEL J. BERMAN**

## VERIFICATION

I, **EUGENE MULLER**, being first sworn on oath, state as follows:

1. I am a citizen of the Republic of China and resident in Majuro, Republic of Marshall Islands.

2. MARSHALL ISLANDS FISHING COMPANY, a company organized under the laws of the Republic of the Marshall Islands, is the owner of the MARSHALLS 201 and is entitled to all ownership rights and possession.

3. I have been authorized on behalf of the owner of the vessel to submit this verification of claim pursuant to Rule C(6)(a) of the Supplementary Rules for Certain Admiralty and Maritime Cases.

Dated this 6TH day of October, 2006.

BY: *[signature]*  
**EUGENE MULLER**

E:\Jean\Plds\DJB\Marshalls\verif.state.wpd