BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
MARSHALLS 201

**FILED**
DISTRICT COURT OF GUAM
OCT 10 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARSHALLS 201,<br><br>Defendant. | CIVIL CASE NO. 06-00030<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October, 2006, I caused to be served a copy of the Verified Statement of Right or Interest in Vessel Pursuant to Admiralty Rule C(6)(a), FRCP, on the following:

**VIA HAND DELIVERY**

Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910

Dated this 10th day of October, 2006.

BY: _____
JEANNETTE P. RIVERA

E:\Jean\Plds\DJB\Marshalls\COS.wpd

ORIGINAL