LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: 671-472-7332
Fax: 671-472-7215

Paul Ortiz
Senior Attorney
Office of General Counsel
National Oceanic and Atmospheric Administration
501 West Ocean Blvd.
Suite 4470
Long Beach, California 90802
Tel: 562 980 4069

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT 1 1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| vs. | **WARRANT FOR ARREST OF VESSEL** |
| MARSHALLS 201, | |
| Defendant. | |

**THE PRESIDENT OF THE UNITED STATES TO THE MARSHAL OF THE DISTRICT OF GUAM, GREETING:**

**WHEREAS,** a verified Complaint has been filed in this Court on 4th day of October, 2006, by the United States Attorney's Office, the Plaintiff herein, against the defendant Vessel **Marshalls 201** and her engines, tackle, etc., in a cause of action in contract, civil and maritime, in which the amount demanded is for the forfeiture of the

Vessel, and other damages, fines, interest and costs, for the reasons and causes mentioned in the Complaint, and praying that the usual process of this Court in cases of admiralty and maritime jurisdiction issue, and that all person claiming any interest in such Vessel, including her fishing gear, furniture, appurtenances, stores, cargo, electronic and documentary records (including plotters, fax machines and other devices), and catch of fish, be cited to appear and answer all and singular the matters in the Complaint, and all the proceedings being had that such Vessel, including her fishing gear, furniture, appurtenances, stores, cargo, electronic and documentary records (including plotters, fax machines and other devices), and catch of fish, may for the causes in the Complaint be condemned and sold to pay the demands of the Plaintiff.

    **NOW THEREFORE,** you are hereby commanded to arrest the **Marshalls 201**, her engines, machinery, tackle and appurtenances, stores, cargo, electronic and documentary records (including plotters, fax machines and other devices), and catch of fish and to retain the same in your custody until further order of this Court respecting the same, and to serve a copy of the Complaint and this Warrant of Arrest of Vessel, upon the Master or other ranking officer, custodian or other person found in charge of the Vessel, and to post the same conspicuously upon the Vessel itself and further to request of any customs or port official to withhold clearance to depart until notified to do so by yourself or the Clerk of this Court.

    And what you shall have done in the premises do you then and there make return thereof, together with this Court.

MARSHAL'S RETURN

I HAVE PARTIALLY /EXECUTED this _4th_ day of October, 2006.
WFAOV _____ BY TAKING CUSTODY OF
THE WITHIN NAMED _Marshalls 201_
AT _____ ON _10/4/2006_

MARY L. MORAN
Clerk of Court
District Court of Guam

AND DELIVERING HIM / HER TO THE
_____ FOR FURTHER
TRANSFER TO _____

_Zonita P. San Nicolas_
DEPUTY CLERK

2

Case 1:06-cv-00030    Document 9    Filed 10/11/2006    Page 2 of 3

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** CV-06-00030 |
| **DEFENDANT** F/V MARSHALLS 201 | **TYPE OF PROCESS** WARRANT OF ARREST/SEIZURE |

**SERVE AT** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

DANIEL J. BERMAN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
BERMAN, O'CONNOR, MANN & SHKLOV   BANK OF GUAM BLDG.
STE 503, 111 CHALAN SANTO PAPA, HAGATNA, GUAM

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

U.S. ATTORNEY'S OFFICE
SIRENA PLAZA, STE 500
108 HERNAN CORTEZ AVE
HAGATNA, GUAM

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Vessel MARSHALLS 201 is docked at wharf Casamar.
On behalf of the NOAA, turnover fish, vessel, and cargo to EG&G, INC C/O Oceaneer Enterprises, Inc, Capt Jurgen Unterberg. Contact number 477-9490 cell: 687-6535.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
MIKEL W. SCHWAB, ASSIST U.S. ATTORENY
TELEPHONE NUMBER: 671-479-4119
DATE: 10/4/06

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 093
District to Serve No. 093
Signature of Authorized USMS Deputy or Clerk: V.C.
Date: 10/4/2006

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

RECEIVED OCT 11 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM

Date of Service: 10/6/06  Time: 17:10 pm
Signature of U.S. Marshal or Deputy: V.C.

**REMARKS:**
SERVED: Customs ofc. Babata, 10/4/2006 @ 16:15
Harbor Master Anthony @ Sanders 10/4/2006 @ 16:20
Port Police Lt. Jesse B. Terri 10/4/2006 @ 16:50
Sy Capt 10/4/2006 @ 15:45
GBP Rocky Muna 10/6/2006 @ 17:15

PRIOR EDITIONS MAY BE USED — CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)