BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
*MARSHALLS 201*

FILED
DISTRICT COURT OF GUAM
OCT 13 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARSHALLS 201, <br><br> Defendant. | CIVIL CASE NO. 06-00030 <br><br> STIPULATED MOTION FOR RELEASE OF VESSEL AND APPROVAL OF BOND IN LIEU OF ARREST |

### STIPULATED MOTION FOR RELEASE OF VESSEL AND APPROVAL OF BOND IN LIEU OF ARREST

Comes Now Defendant MARSHALLS 201 and Plaintiff UNITED STATES OF AMERICA, by and through counsel undersigned, respectively and move this Court by Stipulation for approval of bond in lieu of arrest of the Vessel Defendant Marshalls 201. The Stipulated Motion is based upon the agreement of counsel for Plaintiff and Defendant, and stipulated proposed Orders and prior orders, pleadings and record herein.

This Stipulated Motion is based upon Local Rule 65.1.1(f) and Rule E(5)(c) of the Supplemental Rules for Certain Admiralty and Maritime claims. Defendant submits a $2,950,000.00 bond in support of the Order approving release of the vessel. The value of the bond was stipulated and agreed to by discussion and exchange of the fair market value character of the vessel, its catch and equipment. The parties submit that the $2,950,000.00 bond is the

E:\Jean\Plds\DJB\Marshalls\Ex Parte Mtn.wpd

ORIGINAL

equivalent of fair value for the vessel and that the vessel should be released from arrest and the tendered bond accepted in lieu thereof.

WHEREFORE, the parties stipulate to the instant motion for the court to approve the release of the vessel and accept the $2,950,000.00 bond in lieu of arrest.

## CONCLUSION

Plaintiff and Defendant Marshalls 201 request that the Defendant Vessel Marshalls 201 be released and the bond approved in lieu of arrest.

Dated this 12 day of October, 2006.

BERMAN O'CONNOR & MANN

Attorneys for Defendant *MARSHALLS 201*

BY: _____
DANIEL J. BERMAN

SO STIPULATED:

OFFICE OF THE UNITED STATES ATTORNEY

Attorneys for Plaintiff *UNITED STATES OF AMERICA*

BY: _____
MIKEL W. SCHWAB, ESQ.
Assistant U.S. Attorney

E:\Jean\Plds\DJB\Marshalls\Ex Parte Mtn.wpd