1 **BERMAN O'CONNOR & MANN**
Suite 503, Bank of Guam Building
2 111 Chalan Santo Papa
Hagåtña, Guam 96910
3 Telephone: (671) 477-2778
Facsimile: (671) 477-4366
4
Attorneys for Defendant:
5 *MARSHALLS 201*

# FILED

DISTRICT COURT OF GUAM

OCT 1 3 2006

## MARY L.M. MORAN
## CLERK OF COURT

6 **UNITED STATES DISTRICT COURT**

7 **FOR THE TERRITORY OF GUAM**

8

9 UNITED STATES OF AMERICA,    )    CIVIL CASE NO. 06-00030

10         Plaintiff,     )

11     v.     )   ~~**[Proposed]**~~ **ORDER GRANTING**
         **APPROVAL OF RELEASE**
12      )   **OF VESSEL AND FILING OF**
13 MARSHALLS 201,    )   **RELEASE BOND**

14         Defendant.    )

15 _____)

16     Pursuant to Local Rule 65.1.1(f) and Rule E(5)(c) of the Supplemental Rules

17 for Certain Admiralty and Maritime Claims, upon application by the Claimant, the

18 Marshall Islands Fishing Company and consent by Plaintiff, the United States of

19 America, for release of the vessel and substitution in rem of a release bond in the

20 amount of U.S. TWO MILLION NINE HUNDRED FIFTY THOUSAND DOLLARS

21 ($2,950,000.00),

22     IT IS HEREBY ORDERED THAT the application is granted, and that the

23 claimant shall fulfill the obligations set forth in the Release Bond and pay the amount,

24 if any, awarded against the fishing vessel MARSHALLS 201.

25 *Pursuant to GR 8.1, parties are to submit a subsequent proposed*
26 *Order regarding deposit and interest bearing directions.*

E:\Dan\Koos Fishing Company\Order.Release 3.wpd

# ORIGINAL

IT IS SO ORDERED.

DATED: 10-13-2006

~~HONORABLE JOAQUIN V.E. MANIBUSAN~~
~~U.S. MAGISTRATE JUDGE~~
FRANCES TYDINGCO-GATEWOOD
Designated Judge

**SO APPROVED:**

**BERMAN O'CONNOR & MANN**

Attorneys for Defendant *MARSHALLS 201*

BY: _____
     **DANIEL J. BERMAN, ESQ.**

**OFFICE OF THE UNITED STATES ATTORNEY**

Attorneys for Plaintiff *UNITED STATES OF AMERICA*

BY: _____
     **MIKEL W. SCHWAB, ESQ.**



RECEIVED

OCT 1 3 2006

DISTRICT COURT OF GUAM
HAGATNA, GUAM

E:\Dan\Koos Fishing Company\Order.Release 3.wpd