BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
*MARSHALLS 201*

**FILED**
DISTRICT COURT OF GUAM
OCT 13 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | **RELEASE BOND** |
| MARSHALLS 201, | |
| Defendant. | |

KNOW ALL BY THESE PRESENTS, that the owner of the MARSHALLS 201, the Marshall Island Fishing Company, a corporation organized under the laws of the Republic of the Marshall Islands, is held firmly bound unto the Honorable Jack Salas the Chief U.S. Marshal, United States Marshal for Territory of Guam, and will deposit with the Clerk of this Court pursuant to Local Rule 65.1.1(f) the sum of U.S. TWO MILLION NINE HUNDRED FIFTY THOUSAND DOLLARS ($2,950,000.00); ~~or the Bank of Guam Irrevocable Stand-By Letter of Credit for $2,950,000.00 attached as Exhibit "A";~~ for the payment wherefore to said Marshal, for the Territory of Guam, for the benefit of whom it may concern, his successor and successors, and binds the company, its heirs, executors, and administrators firmly by these presents.

WHEREAS, an admiralty warrant was issued out of the United States District Court for the Territory of Guam on October 4, 2006, at the suit of the United States of America, versus the fishing vessel MARSHALLS 201, in rem, Civil Case No. 06-

00030, commanding the marshal to seize and take into his possession the MARSHALLS 201, which was seized accordingly, but has been released from said seizure thereof by reason of the signing, sealing, and delivery of these presents, said claimant have filed a claim thereto, which is now of record in the Clerk's office of this Court.

NOW THE CONDITION of the above obligation is such, that if said claimant abides by all the orders, interlocutory or final, of the Court, and pay the United States of America the amount, if any, awarded in the final decree of this Court or any appellate court, then the foregoing obligation shall be void; but otherwise shall remain in full force and effect.

DATED this ___ day of October, 2006 in the City of Hagatna, Guam.

OWNER/CLAIMANT:

_____
MARSHALL ISLAND FISHING COMPANY
By: Johnson Chuang
Its President

ACKNOWLEDGED BY:

BANK OF GUAM

BY: _____
It's Duly Authorized Representative

SO APPROVED:

OFFICE OF THE UNITED STATES ATTORNEY
Attorneys for Plaintiff UNITED STATES OF AMERICA

BY: _____
MIKEL W. SCHWAB

H:\Dan\Koos Fishing Company\release bond 3.wpd

RECEIVED
OCT 1 3 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM