IT IS SO ORDERED.

DATED: 10-13-2006

~~HONORABLE JOAQUIN V.E. MANIBUSAN~~
~~U.S. Magistrate Judge~~
FRANCES TYDINGCO-GATEWOOD
Designated Judge

SO APPROVED:

**BERMAN O'CONNOR & MANN**

Attorneys for Defendant *MARSHALLS 201*

BY: _____
DANIEL J. BERMAN, ESQ.

**OFFICE OF THE UNITED STATES ATTORNEY**

Attorneys for Plaintiff *UNITED STATES OF AMERICA*

BY: _____
MIKEL W. SCHWAB, ESQ.

HAVE SERVED THE WITHIN Order of Release
ON 10/13/06; 16:45 (WRIT-ORDER) BY LEAVING WITH
(DATE & TIME)
Capt. J. Unterberg, PH.D.
(NAME & TITLE OF INDIVIDUAL SERVED)

BY: _____ USM

E:\Dan\Koos Fishing Company\Order.Release 3.wpd

**FILED**
DISTRICT COURT OF GUAM
OCT 16 2006
MARY L.M. MORAN
CLERK OF COURT

**RECEIVED**
OCT 13 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

RECEIVED OCT 13 2006 US MARSHALS SERVICE-GUAM

BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
MARSHALLS 201

**FILED**
DISTRICT COURT OF GUAM
OCT 13 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARSHALLS 201,<br><br>Defendant. | CIVIL CASE NO. 06-00030<br><br>[~~Proposed~~] ORDER GRANTING APPROVAL OF RELEASE OF VESSEL AND FILING OF RELEASE BOND |

Pursuant to Local Rule 65.1.1(f) and Rule E(5)(c) of the Supplemental Rules for Certain Admiralty and Maritime Claims, upon application by the Claimant, the Marshall Islands Fishing Company and consent by Plaintiff, the United States of America, for release of the vessel and substitution in rem of a release bond in the amount of U.S. TWO MILLION NINE HUNDRED FIFTY THOUSAND DOLLARS ($2,950,000.00),

IT IS HEREBY ORDERED THAT the application is granted, and that the claimant shall fulfill the obligations set forth in the Release Bond and pay the amount, if any, awarded against the fishing vessel MARSHALLS 201.

*Pursuant to GR 8.1, parties are to submit a subsequent proposed Order regarding deposit and interest bearing directions.*

E:\Dan\Koos Fishing Company\Order.Release 3.wpd

ACKNOWLEDGED RECEIPT
By: _____
Date: 10/13/06 3:30 p.m.

ORIGINAL

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | UNITED STATES OF AMERICA | COURT CASE NUMBER CV 06-00030 |
|---|---|---|
| DEFENDANT | F/V MARSHALLS 201 | TYPE OF PROCESS ORDER OF RELEASE OF VESSEL |

**RECEIVED OCT 13 2006**

**SERVE AT:** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

DANIEL J. BERMAN — US MARSHALS SERVICE-GUAM

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
BERMAN, O'CONNOR, MANN & SHKLOV
STE 503, 111 CHALAN SANTO PAPA,
BANK OF GUAM BLDG.
HAGATNA, GUAM

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

U.S. ATTORNEY'S OFFICE
SIRENA PLAZA, STE 500
108 HERNAN CORTEZ AVE.
HAGATNA, GUAM

| | |
|---|---|
| Number of process to be served with this Form - 285 | 12 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

F/V/ MARSHALLS 201 is presently docked at WHARF CASAMAR. Vessel by signed stipulation and Order of Release by the Court, vessel is to be released to the Attorney of Record for Defendant.
Service of documents to be served on Capt Jurgen Unterberg, Oceaneer Enterprises Inc.

Signature of Attorney or other Originator requesting service on behalf of:
MIKEL W. SCHWAB, ASSISTANT U.S. ATTORNEY
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: (671) 472-7332
DATE: 10/13/2006

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 093
District to Serve No. 093
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 10/13/06

I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

**RECEIVED OCT 16 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

Name and title of individual served (if not shown above):

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 10/13/06
Time: 16:45 pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 0 | | | | | 0 | |

REMARKS: