1  BERMAN O'CONNOR & MANN
   Suite 503, Bank of Guam Building
2  111 Chalan Santo Papa
   Hagåtña, Guam 96910
3  Telephone: (671) 477-2778
   Facsimile: (671) 477-4366
4
   Attorneys for Defendant:
5  *MARSHALLS 201*

FILED
DISTRICT COURT OF GUAM
OCT 17 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 06-00030 |
| Plaintiff, ) | |
| v. ) | **STIPULATION TO ORDER RE: G.R. 8.1** |
| MARSHALLS 201, ) | |
| Defendant. ) | |

### STIPULATION TO ORDER RE: G.R. 8.1

Comes Now Defendant MARSHALLS 201 and Plaintiff UNITED STATES OF AMERICA, by and through counsel undersigned, respectively, and stipulate to an Order regarding the deposit in Court of the Bond for the Release of the Vessel. This Stipulation is based upon General Rule 8.1 Deposits in Court - Responsibility of the Clerk. The parties stipulate as follows:

1. The Clerk shall deposit the money in a financial institution insured by the Federal Deposit Insurance Corporation or the Federal Savings and Loan Insurance Corporation. The Clerk may also invest such money in the United States treasury bills. G.R. 8.1(c).

2. The Clerk shall deposit the money as soon as practicable following service of a copy of this Order. G.R. 8.1(d).

3. The Clerk shall deposit the amount of TWO MILLION NINE HUNDRED FIFTY THOUSAND DOLLARS ($2,950,000.00) into an interest bearing account, said funds to

E:\Jean\Plds\DJB\Marshalls\stip.ord.wpd

**ORIGINAL**

remain on deposit pending further order of the Court. G.R. 8.1(e)(1).

    4.    Defendant's counsel presenting this Order shall personally serve a copy hereof on the Clerk of Court or the Chief Deputy Clerk. G.R. 8.1(e)(a) and (1).

**IT IS SO STIPULATED:**

**BERMAN O'CONNOR & MANN**

Attorneys for Defendant *MARSHALLS 201*

BY: *[signed] Daniel Berman 10/13/06*
    **DANIEL J. BERMAN, ESQ.**

**OFFICE OF THE UNITED STATES ATTORNEY**

Attorneys for Plaintiff *UNITED STATES OF AMERICA*

BY: *[signed]*
    **MIKEL W. SCHWAB, ESQ.**

/ / /

/ / /

/ / /

E:\Jean\Plds\DJB\Marshalls\stip.ord.wpd