BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
*MARSHALLS 201*

FILED
DISTRICT COURT OF GUAM
OCT 17 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | ORDER |
| MARSHALLS 201, | |
| Defendant. | |

Pursuant to General Rule 8.1 Deposits in Court - Responsibility of the Clerk and based on the Stipulation between Defendant MARSHALLS 201 and Plaintiff UNITED STATES OF AMERICA regarding the deposit in Court of the Bond for the Release of the Vessel.

IT IS HEREBY ORDERED THAT:

1. The Clerk shall deposit the amount of TWO MILLION NINE HUNDRED FIFTY THOUSAND DOLLARS ($2,950,000.00) into an interest bearing account, said funds to remain on deposit pending further order of the Court. G.R. 8.1(e)(1).

2. The Clerk shall deposit the money in a financial institution insured by the Federal Deposit Insurance Corporation or the Federal Savings and Loan Insurance Corporation. The Clerk may also invest such money in United States treasury bills. G.R. 8.1(c).

///

**ORIGINAL**

3. The Clerk shall deposit the money as soon as practicable following service of a copy of this Order. G.R. 8.1(d).

4. Defendant's counsel presenting this Order shall personally serve a copy hereof on the Clerk of Court or the Chief Deputy Clerk. G.R. 8.1(a) and (e)(1).

IT IS SO ORDERED.

DATED: October 17, 2006

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam