BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
*MARSHALLS 201*

FILED
DISTRICT COURT OF GUAM
OCT 19 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| MARSHALLS 201, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of October, 2006, I caused to be served a copy of the Stipulation to Order Re: G.R. 8.1 and Proposed Order, on the following:

**VIA HAND DELIVERY**

Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910

Dated this 18th day of October, 2006.

BY: _____
JEANNETTE F. RIVERA

E:\Jean\Plds\DJB\Marshalls\COS 2.wpd