DANIEL J. BERMAN
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, Guam 96910
Telephone: (671) 477-2778
Facsimile: (617) 477-4366

JAMES P. WALSH (Pro hac vice)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
One Embarcadero Center
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Defendant:
MARSHALLS 201



**FILED**
DISTRICT COURT OF GUAM

OCT 2 7 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

# UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 06-00030 |
| | ) | |
| Plaintiff, | ) | **APPLICATION FOR** |
| | ) | **ADMISSION OF ATTORNEY** |
| v. | ) | *PRO HAC VICE* |
| | ) | |
| MARSHALLS 201, in rem, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Local Rule 17.1(c) of this Court, the attorneys of record for Defendant

MARSHALLS 201 move that JAMES P. WALSH, an active member in good standing of the

bar of California, be admitted to practice *pro hac vice* in this Court in the above entitled action

on the following basis:

1.     Mr. Walsh is an active member in good standing of the highest court of the State of California.

2.     Mr. Walsh, in this matter, will be affiliated with the law firm of Berman O'Connor & Mann, whose lawyers are licensed to practice law in the District of Guam and who will also be active in the case,

3.     Mr. Walsh is a proctor in admiralty and a member of the Maritime Law Association of the United States.

4.     Attached is proof of Mr. Walsh's good character, competence, and admission in other jurisdictions.

Attached is proposed order of *pro hac vice* admission.

DATED:  October 26, 2006

Respectfully submitted,

Daniel J. Berman
BERMAN O'CONNOR & MANN

Attorneys for Defendants MARSHALLS 201



# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

October 17, 2006

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JAMES PATRICK WALSH, #184620 was admitted to the practice of law in this state by the Supreme Court of California on December 2, 1996; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

**State of California County of**
SAN FRANCISCO

**Subscribed and sworn to (or affirmed)**
**Before me on this** 17TH **day of** October, 2006 **, by**
J. Robert McPhail

**personally Known to me** ~~or proved to me on~~
~~the basis of satisfactory evidence~~ **to be the**
**person(s) who appeared before me.**

**Signature** Kathleen C. McConnell

**(Seal)**

KATHLEEN C. MC CONNELL
Commission # 1671404
Notary Public - California
San Francisco County
My Comm. Expires May 30, 2010

THE STATE BAR OF CALIFORNIA

J. Robert McPhail

J. Robert McPhail
Custodian of Membership Records