DANIEL J. BERMAN
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, Guam 96910
Telephone: (671) 477-2778
Facsimile: (617) 477-4366

JAMES P. WALSH (Pro hac vice)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Defendant:
MARSHALLS 201

**FILED**
DISTRICT COURT OF GUAM

OCT 27 2006

MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

## TRIAL DIVISION – STATE OF YAP

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>MARSHALLS 201, in rem,<br><br>            Defendant. | CIVIL CASE NO. 06-00030<br><br>**DECLARATION OF JAMES P. WALSH IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

I, JAMES P. WALSH, declare as follows:

1. I am a partner in the law firm of Davis Wright Tremaine LLP and practice out of offices at 505 Montgomery Street, Suite 800, San Francisco, CA 94111-6533. I make this Declaration in Support of an Application for Admission *Pro Hac Vice* in the United States District Court for the Territory of Guam in the above-captioned case. I make this Declaration

based on my personal knowledge and, if called upon to testify in court as to the facts in this Declaration, I could do so competently and truthfully.

2. In this matter I will be affiliated with the law firm of Berman O'Connor & Mann and with lawyers in that firm who are licensed to practice law in the Territory of Guam.

3. I graduated from the University of Washington School of Law in 1970 and passed the bar exam for the State of Washington that same year. I have maintained active membership in the State Bar of Washington since that date. I was admitted to the Bar of the District of Columbia in 1976 and remain active in that jurisdiction. In 1996, I took the California Bar exam and was admitted later that year. I remain an active member in good standing with the Bar of the State of California and a verification to that effect is attached to this Declaration.

4. I have been admitted to practice in the Ninth, Eleventh, and Federal Circuit U.S. Courts of Appeal; the U.S. Court of Federal Claims; the Northern, Eastern and Southern U.S. District Courts in California; the U.S. District Courts in Galveston and Brownsville, Texas; the U.S. District Court in Tallahassee, Florida; the U.S. District Court in Eugene, Oregon; and the U.S. District Court in Anchorage, Alaska. My admission to any court has never been contested or denied.

5. I am a member of our firm's Quality Assurance Committee and regularly advise attorneys in our firm on matters of professional responsibility. I am therefore familiar with the Rules of Professional Conduct that apply in this Court.

6. I am a proctor in admiralty and a member of the Maritime Law Association of the United States.

7. I have not previously made application to be admitted *pro hac vice* in this Court.

8. No proceeding has ever been instituted against me with respect to my

qualifications and ability to practice law in any of the courts or Bars to which I am admitted.

9. If admitted *pro hac vice*, I will faithfully abide by all applicable rules and instructions of this Court.

I swear under the laws of the State of California that the foregoing is true and correct.

DATED: October 18, 2006

　　　　　　　　　　　　　　／s/ James P. Walsh
　　　　　　　　　　　　　　James P. Walsh