**BERMAN O'CONNOR & MANN**
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
*MARSHALLS 201*

# UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| MARSHALLS 201, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 27ᵗʰ day of October, 2006, I caused to be served a copy of the Application for Admission of Attorney *Pro Hac Vice*, Declaration of James P. Walsh in Support of Application for Admission *Pro Hac Vice* and [*Proposed*] Order granting Application for Admission of Attorney *Pro Hac Vice* , on the following:

### VIA HAND DELIVERY

Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910

Dated this 27ᵗʰ day of October, 2006.

BY: _____
JEANNETTE F. RIVERA

E:\Jean\Plds\DJB\Marshalls\COS 2.wpd