DANIEL J. BERMAN
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, Guam 96910
Telephone: (671) 477-2778
Facsimile: (617) 477-4366

JAMES P. WALSH (Pro hac vice)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Defendant MARSHALLS 201

**FILED**
DISTRICT COURT OF GUAM
OCT 3 0 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| v. | |
| MARSHALLS 201, in rem, | |
| Defendant. | |

JAMES P. WALSH, an active member in good standing of the bar of California, whose business address is Davis Wright Tremaine LLP, One Montgomery Street, Suite 800, San Francisco, CA 94111, having applied for admission to practice in this Court in the above-captioned matter on a *pro hac vice* basis, representing Plaintiffs,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of the Rules of Admission to Practice before the District Court of Guam.

DATED: October 27, 2006

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge