BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
MARSHALLS 201

FILED
DISTRICT COURT OF GUAM
NOV 14 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | NOTICE OF TAKING DEPOSITION |
| MARSHALLS 201, | DATE: THURSDAY, NOVEMBER 23, 2006<br>TIME: 9:30 A.M. |
| Defendant. | |

### NOTICE OF TAKING DEPOSITION

TO: MIKEL W. SCHWAB, OFFICE OF THE UNITED STATES ATTORNEY, 108 HERNAN CORTES AVENUE, SUITE 500, HAGÅTÑA, GUAM 96910

**PLEASE TAKE NOTICE** that on **NOVEMBER 23, 2006, THURSDAY,** at the hour of **9:30 A.M.** at the Law Office of Berman O'Connor & Mann, Suite 503 Bank of Guam Bldg., 111 Chalan Santo Papa, Hagåtña, Guam 96910, Defendant MARSHALLS 201, through counsel undersigned, in the above-entitled action will take the deposition of MR. WEN YUEH LU, whose address is known to you, upon oral examination pursuant to the prior Order of this Court and Rule 30(a), Federal Rules of Civil Procedure, before a notary public or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

E:\Jean\Plds\DJB\Marshalls\ntc. depo.wpd

**ORIGINAL**

Dated this **14** day of November, 2006.

                         **BERMAN O'CONNOR & MANN**
                         Attorneys for Defendant *MARSHALLS 201*

BY: _____
         **DANIEL J. BERMAN**

E:\Jean\Plds\DJB\Marshalls\ntc. depo.wpd