1  BERMAN O'CONNOR & MANN
   Suite 503, Bank of Guam Building
2  111 Chalan Santo Papa
   Hagåtña, Guam 96910
3  Telephone: (671) 477-2778
   Facsimile: (671) 477-4366
4
   Attorneys for Defendant:
5  *MARSHALLS 201*

6              UNITED STATES DISTRICT COURT

7              FOR THE TERRITORY OF GUAM

8
9  UNITED STATES OF AMERICA,        ) CIVIL CASE NO. 06-00030
                                    )
10           Plaintiff,              )
                                    )
11      v.                           ) **CERTIFICATE OF SERVICE**
                                    )
12                                   )
   MARSHALLS 201,                   )
13                                   )
                                    )
14           Defendant.              )
                                    )
15 ─────────────────────────────────)

16              **CERTIFICATE OF SERVICE**

17     I hereby certify that on the __14__ day of November, 2006, I caused to be served

18 a copy of the Notice of Taking Deposition, on the following:

19              **VIA HAND DELIVERY**

20          Mikel W. Schwab, Esq.
          Office of the United States Attorney
21        108 Hernan Cortes Avenue, Suite 500
              Hagåtña, Guam 96910

22     Dated this __14__ day of November, 2006.

23
24                          BY: _____
                                   KUUIPO BORJA
25
26
27
28 H:\Jean\Plds\DJB\Marshalls\COS 2.wpd     ORIGINAL