1 | **BERMAN O'CONNOR & MANN**
Suite 503, Bank of Guam Building
2 | 111 Chalan Santo Papa
Hagåtña, Guam 96910
3 | Telephone: (671) 477-2778
Facsimile: (671) 477-4366
4 |
Attorneys for Defendant:
5 | *MARSHALLS 201*

**FILED**

DISTRICT COURT OF GUAM

NOV 20 2006 ᵐᵇᵃ

**MARY L.M. MORAN**
**CLERK OF COURT**

6

**UNITED STATES DISTRICT COURT**

7

**FOR THE TERRITORY OF GUAM**

8

9 UNITED STATES OF AMERICA,　　　　) 　CIVIL CASE NO. 06-00030

10 　　　　　　　Plaintiff, 　　　　　　)

11 　　　　v.　　　　　　　　　　　　) 　**CERTIFICATE OF SERVICE**

12

13 MARSHALLS 201,　　　　　　　　)

14 　　　　　　　Defendant. 　　　　　)

15 ────────────────────────────)

16 　　　　　　　**CERTIFICATE OF SERVICE**

17 　　I hereby certify that on the 17th day of November, 2006, I caused to be served

18 a copy of the Amended Notice of Taking Deposition, on the following:

19 　　　　　　**VIA FACSIMILE & HAND DELIVERY**

20 　　　　　　Mikel W. Schwab, Esq.
　　　　Office of the United States Attorney
21 　　　　108 Hernan Cortes Avenue, Suite 500
　　　　　　Hagåtña, Guam 96910
22 　　　　　　Facsimile: (671) 472-7215

23 　　Dated this 17th day of November, 2006.

24

25 　　　　　　　　　BY: _____
　　　　　　　　　　　JEANNETTE F. RIVERA
26

27

28 E:\Jean\Plds\DJB\Marshalls\COS 4.wpd

**ORIGINAL**