ORIGINAL

LEONARDO M. RAPADAS
United States Attorney

MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, GU 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
NOV 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 06-00030 |
| Plaintiff, ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| MARSHALLS 201, ) | |
| Defendant. ) | |

I, MARIE CHENERY, working in the U.S. Attorney's Office, hereby certify that on the 17th of November, 2006 I caused to be served a copy of the (Proposed) Scheduling Order and Discovery Plan via facsimile and hand delivery to:

Daniel Berman, Esq.
BERMAN O'CONNOR MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, GU 96910

Facsimile (671) 477-4366

MARIE CHENERY
Paralegal