ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

*Attorneys for the United States of America*

**FILED**
DISTRICT COURT OF GUAM
NOV 22 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CIVIL CASE NO. 06-00030 |
| Plaintiff, ) | |
| vs. ) | EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING |
| MARSHALLS 201, ) | |
| Defendant. ) | |

Pursuant to Local Rule 7.1 (j) for the District Court of Guam, the United States hereby Applies to the Court for an Order to Shorten Time so that a hearing can be held on the subject of discovery. The parties have been unable to agree on discovery. Defendant has expressed an intention to have a deposition outside the Scheduling Order. The United States has filed a Motion to Quash and hereby requests a shortened time for a hearing on the Motion. Defendant is presently stating an intention to conduct a deposition in two weeks. Previously, Defendant has Noticed a hearing first for Thanksgiving Day, then for the day after Thanksgiving.

Defendant maintains that the Deposition is "not discovery" and it is being conducted to preserve testimony. The United States contests this assertion and is seeking the timely intervention of the Court. A date for a hearing on the Motion to Quash within the next seven

days is humbly requested.

DATED this __22__ day of November 2006.

                    LEONARDO M. RAPADAS
                    United States Attorney
                    Districts of Guam and the NMI

                    /s/ *signature*
                    MIKEL W. SCHWAB
                    Assistant U.S. Attorney

2