LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

*Attorneys for the United States of America*

FILED
DISTRICT COURT OF GUAM
NOV 22 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> MARSHALLS 201, <br> Defendant. | CIVIL CASE NO. 06-00030 <br><br> MEMORANDUM IN SUPPORT OF EX PARTE APPLICATION |

Pursuant to Local Rules 7.1 (j)(1)(A) & (B), the United States hereby presents its Memorandum in Support of its Ex Parte Motion to Shorten Time for Hearing.

Counsel for the Defendant is

> Daniel J. Berman
> Berman, O'Connor, Mann & Shklov
> Suite 503, Bank of Guam Building
> 111 Chalan Santo Papa
> Haganta, Guam 96910

Phone number 477-2778

Counsel for Defendant has been contacted by phone to discuss the time and date for any hearing on the Ex Parte Application and the Motion to Quash. Counsel for Defendant has indicated that he does not oppose the shortening of time, but does oppose any attempt to quash (The morning of Friday, November 24, 2006, would be an acceptable time, for both counsel, for

a hearing with the Court. Both attorneys understand that the Court may set another time convenient to the Court.) The United States will serve the Application on Counsel and will inform him of the time of presentation, and give Counsel the opportunity to be present when the application is presented.

DATED this 22 day of November 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

MIKEL W. SCHWAB
Assistant U.S. Attorney