LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, GU 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARSHALLS 201,<br><br>　　　　Defendant. | CIVIL CASE NO. 06-00030<br><br>CERTIFICATE OF SERVICE |

I, MARIE CHENERY, working in the U.S. Attorney's Office, hereby certify that on the 22nd of November, 2006 I caused to be served a copy of the Motion to Quash Discovery Prior to Scheduling Order, (proposed) Order to Quash, Ex Parte Application to Shorten Time for Hearing, Memorandum in Support of Ex Parte Application and (proposed) Order to Shorten Time for Hearing via facsimile to:

Daniel Berman, Esq.
BERMAN O'CONNOR MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, GU 96910

Facsimile (671) 477-4366

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MARIE CHENERY
　　　　　　　　　　　　　　　　　　　Paralegal