BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
MARSHALLS 201

**FILED**
DISTRICT COURT OF GUAM
NOV 22 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | SECOND AMENDED NOTICE OF TAKING DEPOSITION |
| MARSHALLS 201, | DATE: THURSDAY, DECEMBER 7, 2006<br>TIME: 9:30 A.M. |
| Defendant. | |

## SECOND AMENDED NOTICE OF TAKING DEPOSITION

TO: MIKEL W. SCHWAB, ESQ., OFFICE OF THE UNITED STATES ATTORNEY, 108 HERNAN CORTES AVENUE, SUITE 500, HAGÅTÑA, GUAM 96910

**PLEASE TAKE AMENDED NOTICE** that on **THURSDAY, DECEMBER 7, 2006**, at the hour of **9:30 A.M.** at the Law Office of Berman O'Connor & Mann, Suite 503 Bank of Guam Bldg., 111 Chalan Santo Papa, Hagåtña, Guam 96910, Defendant MARSHALLS 201, through counsel undersigned, in the above-entitled action will take the deposition of MR. WEN YUEH LU, whose address is known to you, upon oral examination pursuant to Rule 30(a)(2)(C), Federal Rules of Civil Procedure, before a notary public or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

H:\Kuuipo\plds\djb\marshalls 201\second amen ntc.wpd

Pursuant to LR 30.1(c)(1), the deposition shall be recorded by videotape for subsequent trial presentation.

## CERTIFICATION
### F.R.Civ.P. 30(a)(2)(C)

Defendant certifies under F.R.Civ.P. 30(a)(2)(C) that the person for examination; that is, Mr. Wen Yueh Lu is a permanent resident and citizen of China. He is expected to only visit and remain in the United States for a period of about two (2) days on and just before December 7, 2006. The witness is expected to then leave the United States permanently. The witness is expected to be unavailable for later trial and deposition examination in the U.S.A. unless deposed. He is expected to be permanently unavailable for trial or later deposition. The witness is now unemployed and is seeking permanent employment on the high seas as a captain of another fishing vessel as soon as possible.

Dated this **21** day of November, 2006.

**BERMAN O'CONNOR & MANN**
Attorneys for Defendant *MARSHALLS 201*

BY: _____
**DANIEL J. BERMAN**

H:\Kuuipo\plds\djb\marshalls 201\second amen ntc.wpd

BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
*MARSHALLS 201*

# UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 06-00030 |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| MARSHALLS 201, ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of November, 2006, I caused to be served a copy of the Second Amended Notice of Taking Deposition on the following:

**VIA HAND DELIVERY**

Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910

Dated this 21st day of November, 2006.

BY: _/s/ Kuuipo_
KUUIPO C. BORJA

H:\Kuuipo\plds\djb\marshalls 201\second amen ntc.wpd