**BERMAN O'CONNOR & MANN**
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
*MARSHALLS 201*

FILED

DISTRICT COURT OF GUAM

NOV 22 2006

MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | **DECLARATION OF DEFENDANT'S COUNSEL** |
| MARSHALLS 201, | |
| Defendant. | |

## DECLARATION OF DEFENDANTS' COUNSEL

I, DANIEL J. BERMAN, hereby declare under penalty of perjury that:

1. I am counsel for the Defendants in the above captioned action and I am competent to testify in Court.

2. I make this Declaration upon personal knowledge unless otherwise stated.

3. Defendant Marshalls 201's Second Amended Notice of Taking Deposition and Amended Notice of Taking Deposition assert the Certification of supporting facts required pursuant to F.R.Civ.Pro. 30(a)(2)(C). See, Exhibit "1", Second Amended Notice of Taking Deposition, attached hereto.

4. Declaration from the first hand, personal knowledge, of witness Mr. Wen-Yueh Lu was sent to me in Guam on November 21, 2006. See, Declaration of Wen-Yueh Lu,

E:\Jean\Plds\DJB\Marshalls\Dec DJB.wpd

ORIGINAL

3
4  Exhibit "2"

5        5.    On November 9, 2006, Thursday, Defendant's counsel undersigned
6  contacted by telephone Plaintiff's counsel to set a convenient schedule for a deposition of ex-
7  captain of the Marshalls 201, Mr. Wen-Yueh Lu in Taipei, Taiwan.

8        6.    On November 10, 2006, Friday, Defendant's counsel sent e-mail to
9  Plaintiff's counsel that proposed the date of November 21, 2006 for deposition of ex-captain
10  Wen-Yueh Lu in Taipei, Taiwan. See, Exhibit "3", Defendant's Attorney D. Berman, e-mail
11  exchange with Plaintiff's Attorney M. Schwab, dated November 10, 2006.

12        7.    On November 10, 2006, Friday, Plaintiff's counsel responded by e-mail
13  to Defendant's counsel that two problems arise. One, the U.S. State Department required a
14  (foreign) country clearance which was time consuming. Second, Plaintiff's counsel was required
15  to coordinate with his client agency representative(s). See, Exhibit "3", e-mail exchange dated
16  November 10, 2006.

17        8.    On November 13, 2006, Monday, Defendant's counsel e-mailed to
18  Plaintiff's counsel, that the problems may be solved by a transfer of the deposition location to
19  Guam, and granting an additional two more business days to take the deposition on November
20  23, 2006. See, Exhibit "4", e-mail Attorney D. Berman to Attorney M. Schwab.

21        9.    On November 14, 2006, Tuesday, Defendant's counsel filed Notice of
22  Taking of Deposition in Guam scheduled for November 23, 2006. See, Exhibit "5", Notice of
23  Taking of Deposition of Wen-Yueh Lu.

24        10.   On November 15, 2006, Wednesday, Plaintiff's counsel delivered letter
25  to Defendant's counsel that "he (USA) approved of the idea of having depositions quickly". But,
26  two new problems now arise. No schedule order was entered yet. And, Thanksgiving was a
27  federal holiday and not a working day. See, Exhibit "6", Plaintiff's Attorney M. Schwab letter
28  E:\Jean\Plds\DJB\Marshalls\Dec DJB.wpd

3
4   to Defendant's Attorney D. Berman.

5           11.     On November 16, 2006, Thursday, Defendant's attorney sent e-mail to
6   Plaintiff that the early deposition for the witness was necessary because the ex-captain is headed
7   out to sea; the witness is interviewing as a new captain for another ship; and, the witness had
8   plans to take a new job as soon as possible. Also, the U.S. was advised to file a motion for relief
9   or delay to stop the deposition. See, Exhibit "7", e-mail and fax dated November 16, 2006 from
10  Attorney D. Berman to Attorney M. Schwab.

11          12.     On November 17, 2006, Friday, Plaintiff's attorney sent letter to
12  Defendant's attorney, that underscored that service was made of a proposed schedule order. The
13  letter stated that Plaintiffs "do not agree to an immediate deposition". See, Exhibit "8", Plaintiff's
14  Attorney M. Schwab letter to Attorney D. Berman. However, see, Exhibit "6", that the US had
15  approved of the idea of having "depositions quickly" existed. See, Exhibit "6",

16          13.     On November 17, 2006, Defendant's attorney sent e-mail and fax to
17  Plaintiff that cited the legal authority at F.R.Civ.Pro. 30(a)(2)(C) that grants the right to take a
18  deposition prior to the court ordered schedule and case management conference. The reasons for
19  the early deposition were repeated, from that explanation set forth in Exhibit "7" November 16,
20  2006, e-mail and fax. Again, the witness for deposition was expected to leave the United States
21  permanently. The witness was not expected to be available for later trial or deposition in the
22  United States unless deposed. The witness was unemployed and seeking permanent employment
23  as a new captain for a new vessel on the high seas. See, Exhibit "9", Attorney D. Berman e-mail
24  and fax to Attorney M. Schwab.

25          14.     On November 17, 2006, Friday, Defendant's attorney served his Amended
26  Notice of Taking Deposition. See, Exhibit "10", Amended Notice of Taking Deposition. The
27  Certification of supporting facts required pursuant to Rule 30(a)(2)(C) is set forth in detail. See,

28  E:\Jean\Plds\DJB\Marshalls\Dec DJB.wpd

Exhibit "10", page 2. The deposition was moved one day later to the day after Thanksgiving to satisfy the federal holiday concern.

15.     On November 20, 2006, Monday, Attorney for Defendant sent e-mail and fax to Attorney for Plaintiff that cancelled the November 24, 2006 Deposition due to changed circumstances. See, Exhibit "11", Attorney D. Berman e-mail and fax to Attorney M. Schwab. The written inquiry asked Plaintiff's counsel for contact to arrange a new date for the deposition. Defendant's Attorney called and left message for Plaintiff's attorney in order to seek a stipulation for a new date for deposition of witness Wen-Yueh Lu.

16.     On November 21, 2006, Tuesday, Defendant's Attorney sent e-mail and fax to Plaintiff's Attorney to confirm the previous day telephone request for a stipulated date for deposition of the ex-captain Wen-Yueh Lu. See, Exhibit "12", Attorney D. Berman e-mail and fax to Attorney M. Schwab. The written inquiry requested whether to December 5, 6, 7, or 8 were suitable; or whether the USA's position was no date was suitable?

17.     On November 21, 2006, the signed Declaration of Wen-Yueh Lu was received in Guam. See, Exhibit "2", Declaration of Wen-Yueh Lu, dated November 21, 2006.

18.     On November 21, 2006, Plaintiff's Attorney contacted Defendant's Attorney by telephone and advised that the USA would seek ex parte motion relief from the Court to stop the deposition. Defendant objects to such relief and requests the opportunity to be heard on or after Friday, November 24, 2006.

19.     On November 1, 2006, Defendant Marshalls 201 provided in writing the required Pre-Discovery Disclosure to Assistant U.S. Attorney M. Schwab. See, Exhibit "13", letter November 1, 2006, Attorney D. Berman to Attorney M. Schwab, Assistant U.S. Attorney

20.     Defendant Marshalls 201 sought the same Pre-Discovery Disclosure from Plaintiff United States. See, Exhibit "14", Letter Attorney D. Berman to Attorney M. Schwab,

E:\Jean\Plds\DJB\Marshalls\Dec DJB.wpd

Assistant U.S. Attorney, requesting pre-discovery disclosures from the United States. However, to the present, no discovery whatsoever, pre-discovery or initial discovery disclosures, has been received by Defendant Marshalls 201.

21.     On November 21, 2006, Defendant's [Proposed] Scheduling Order and Discovery Plan Statement was served and submitted to Plaintiff's counsel, attached Exhibit "15". Therein, Defendant's error exists in noting an interest rate on the $3,000,000.00 bond. The rate is 2.0% APR, and not 1.0%.

Further Declarant Sayeth Naught.

Dated this **22** day of November, 2006.

**BERMAN O'CONNOR & MANN**
Attorneys for Defendant *MARSHALLS 201*

BY:     _____

**DANIEL J. BERMAN**

E:\Jean\Plds\DJB\Marshalls\Dec DJB.wpd

Exhibit "1"

1  **BERMAN O'CONNOR & MANN**
   Suite 503, Bank of Guam Building
2  111 Chalan Santo Papa
   Hagåtña, Guam 96910
3  Telephone: (671) 477-2778
   Facsimile: (671) 477-4366
4
   Attorneys for Defendant:
5  *MARSHALLS 201*

6              **UNITED STATES DISTRICT COURT**

7              **FOR THE TERRITORY OF GUAM**

8

9  UNITED STATES OF AMERICA,      )    CIVIL CASE NO. 06-00030
                                   )
10              Plaintiff,         )
                                   )
11         v.                      )    **SECOND AMENDED NOTICE**
                                   )    **OF TAKING DEPOSITION**
12                                 )
   MARSHALLS 201,                  )    **DATE: THURSDAY, DECEMBER 7, 2006**
13                                 )    **TIME:  9:30 A.M.**
                                   )
14              Defendant.         )
                                   )
15 ────────────────────────────────

16        **SECOND AMENDED NOTICE OF TAKING DEPOSITION**

17 **TO:    MIKEL W. SCHWAB, ESQ., OFFICE OF THE UNITED STATES ATTORNEY,**
           **108 HERNAN CORTES AVENUE, SUITE 500, HAGÅTÑA, GUAM 96910**
18

19        **PLEASE TAKE AMENDED NOTICE** that on **THURSDAY, DECEMBER 7, 2006,**

20 at the hour of **9:30 A.M.** at the Law Office of Berman O'Connor & Mann, Suite 503 Bank of

21 Guam Bldg., 111 Chalan Santo Papa, Hagåtña, Guam 96910, Defendant MARSHALLS 201,

22 through counsel undersigned, in the above-entitled action will take the deposition of MR. WEN

23 YUEH LU, whose address is known to you, upon oral examination pursuant to Rule 30(a)(2)(C),

24 Federal Rules of Civil Procedure, before a notary public or before some other officer authorized

25 by law to administer oaths. The oral examination will continue from day to day until completed.

26

27

28  H:\Kuuipo\plds\djb\marshalls 201\second amen ntc.wpd

                                                   EXHIBIT "1"

3
4        Pursuant to LR 30.1(c)(1), the deposition shall be recorded by videotape for subsequent
5 trial presentation.

6                              **CERTIFICATION**
                          **F.R.Civ.P. 30(a)(2)(C)**

7        Defendant certifies under F.R.Civ.P. 30(a)(2)(C) that the person for examination; that is,
8 Mr. Wen Yueh Lu is a permanent resident and citizen of China. He is expected to only visit and
9 remain in the United States for a period of about two (2) days on and just before December 7,
10 2006. The witness is expected to then leave the United States permanently.  The witness is
11 expected to be unavailable for later trial and deposition examination in the U.S.A. unless deposed.
12 He is expected to be permanently unavailable for trial or later deposition.  The witness is now
13 unemployed and is seeking  permanent employment on the high seas as a captain of another
14 fishing vessel as soon as possible.

15        Dated this **2/** day of November, 2006.

16                              **BERMAN O'CONNOR & MANN**
17                              Attorneys for Defendant *MARSHALLS 201*

18                    BY:
19                              **DANIEL J. BERMAN**

20
21
22
23
24
25
26
27
28   H:\Kuuipo\plds\djb\marshalls 201\second amen ntc.wpd

**BERMAN O'CONNOR & MANN**
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
*MARSHALLS 201*

# UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 06-00030 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| MARSHALLS 201, ) | |
| ) | |
| Defendant. ) | |
| ————————————————) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the _21st_ day of November, 2006, I caused to be served a copy of the Second Amended Notice of Taking Deposition on the following:

### VIA HAND DELIVERY

Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910

Dated this _21st_ day of November, 2006.

BY: _____
**KUUIPO C. BORJA**

H:\Kuuipo\plds\djb\marshalls 201\second amen ntc.wpd

Exhibit "2"

1  **BERMAN O'CONNOR & MANN**
   Suite 503, Bank of Guam Building
2  111 Chalan Santo Papa
   Hagåtña, Guam 96910
3  Telephone: (671) 477-2778
   Facsimile: (671) 477-4366
4
   Attorneys for Defendant:
5  *MARSHALLS 201*

6              **UNITED STATES DISTRICT COURT**

7              **FOR THE TERRITORY OF GUAM**

8
   UNITED STATES OF AMERICA,                )   CIVIL CASE NO. 06-00030
9                                            )
                                             )
10            Plaintiff,                      )
                                             )
11        v.                                  )   **DECLARATION OF WEN-YUEH LU**
                                             )
12                                            )
   MARSHALLS 201,                            )
13                                            )
                                             )
14            Defendant.                      )
                                             )
15 ─────────────────────────────────────────)

16              **DECLARATION OF WEN-YUEH LU**

17     I, **WEN-YUEH LU**, hereby declare under oath and penalty of perjury that:

18     1.     I make this Declaration upon personal knowledge unless otherwise stated

19 and will testify in Court as an adult to the following.

20     2.     My name is Wen-Yueh Lu.  I am the ex-captain of the Vessel Marshalls

21 No. 201, Defendant in this case.

22     3.     I am a citizen and permanent resident of the Republic of China (Taiwan).

23     4.     I do not have a right of permanent residence in the United States of

24 America.

25     5.     After my termination of employment with the Marshalls 201, I began to

26 interview for any new job as a captain on the ocean and high seas.

27     6.     I have been a captain and fish master for 16 years and offer valuable skills

28 E:\Jean\Plds\DJB\Marshalls\DEC WEN.wpd

EXHIBIT "2"

5.    After my termination of employment with the Marshalls 201, I began to interview for any new job as a captain on the ocean and high seas.

6.    I have been a captain and fish master for 16 years and offer valuable skills for immediate employment at sea, with little or no notice to myself and the parties to this case.

7.    I plan to go out to sea as a captain for a new employer as soon as possible and not return anytime in the near or foreseeable future.

8.    The duration of my employment on the high seas as a captain of a new vessel is unknown; but a minimum term of 3 years of employment is required for the position of captain.

9.    I do not believe that I will be available as a witness for the trial or later deposition in the case of United States of America v. Marshalls No. 201 based on my change of permanent employment and requirement to go and work out on the ocean and high seas.

10.    I had the English language in this declaration translated orally to Chinese so that I can understand this Declaration before I signed it.

Further Declarant Sayeth Naught.

Dated this 21 day of November, 2006.

BY: _____
WEN-YUEH LU

DEC WEN[1]

Exhibit "3"

## Schwab, Mikel (USAGU)

**From:** Schwab, Mikel (USAGU)
**Sent:** Friday, November 10, 2006 11:52 AM
**To:** 'gatorlaw@kuentos.guam.net'
**Subject:** RE: Marshalls 201   http://foia.state.gov/masterdocs/07fam/07m0940.pdf

Rules on country clearance....   http://foia.state.gov/masterdocs/07fam/07m0940.pdf

-----Original Message-----
From: Dan Berman [mailto:gatorlaw@kuentos.guam.net]
Sent: Friday, November 10, 2006 11:44 AM
To: Schwab, Mikel (USAGU)
Subject: Marshalls 201

Hello Mikel,

I called and now sending e.mail to follow up on the date for deposition of my client's previous Captain, that being Tuesday, November 21, at 9:30 in Taipei.

Flights on China Airlines go and come each day/night, Tuesday, Wednesday, Saturday and Sunday.  Leaving Guam at 7 a.m.; returning at near midnight from Taipei, landing in Guam at 5 a.m.

I have a translator in mind and looking for a court reporter.  If you have suggestions as to either positions, I am open minded.

Regards, dan

## Schwab, Mikel (USAGU)

**From:** Schwab, Mikel (USAGU)
**Sent:** Friday, November 10, 2006 11:48 AM
**To:** 'gatorlaw@kuentos.guam.net'
**Cc:** 'paul.ortiz@noaa.gov'
**Subject:** RE: Marshalls 201

Dan, I have two problems.  The State Department requires country clearance.  I can apply for it with two weeks minimum notice.  Also, my client wants to participate and will have to coordinate with any plans.  I am checking now to see if they are prep'd for a depo. Let me know.  Thanks, M

-----Original Message-----
From: Dan Berman [mailto:gatorlaw@kuentos.guam.net]
Sent: Friday, November 10, 2006 11:44 AM
To: Schwab, Mikel (USAGU)
Subject: Marshalls 201

Hello Mikel,

I called and now sending e.mail to follow up on the date for deposition of my client's previous Captain, that being Tuesday, November 21, at 9:30 in Taipei.

Flights on China Airlines go and come each day/night, Tuesday, Wednesday, Saturday and Sunday.  Leaving Guam at 7 a.m.; returning at near midnight from Taipei, landing in Guam at 5 a.m.

I have a translator in mind and looking for a court reporter.  If you have suggestions as to either positions, I am open minded.

Regards, dan

**EXHIBIT "3"**

Exhibit "4"

## Dan Berman

**From:**      Dan Berman [gatorlaw@kuentos.guam.net]
**Sent:**      Monday, November 13, 2006 12:45 PM
**To:**      Mikel Schwab (USAGU)
**Subject:**      depositions in Marshalls 201 case

Hello Mikel,

How does your schedule look for the deposition of the same Captain, but in Guam at my law office on November 23, 2006 at 9:30 a.m.?

I got your fax and email noting the weeks of delay.

Please let me know at your earliest convenience.  Regards, db

**EXHIBIT "4"**

# BERMAN O'CONNOR & MANN



Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

Telephone: (671) 477-2778

Facsimile: (671) 477-4366

## FACSIMILE COVER SHEET

DATE:     November 13, 2006

TOTAL NUMBER OF PAGES, INCLUDING THIS COVER SHEET: ___ 2 ___

PLEASE DELIVER TO:

| | |
|---|---|
| NAME: | Mikel W. Schwab, Esq. |
| OFFICE: | Office of the United States Attorney |
| FAX NO.: | (671) 472-7215 |

MESSAGE:

Transmitting e-mail letter dated November 13, 2006.

Regards

THIS DOCUMENT IS FROM:

NAME:   /FRivera/  Daniel J. Berman, Esq.

SUBJECT:   F/V Marshalls No. 201

CONFIDENTIALITY NOTICE: The documents accompanying this transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named above. If you have received this transmission in error, please immediately notify us by telephone, to arrange for the return of the original documents to us, and you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance upon the contents of the information contained in this transmission is strictly prohibited.

FACSIMILE OPERATOR:   ___Jeannette___          (671) 477-2778

IF ANY OF THE PAGES ARE NOT LEGIBLE, OR YOU DO NOT RECEIVE ALL OF THE PAGES INDICATED ABOVE, PLEASE CONTACT THE "FACSIMILE OPERATOR" IMMEDIATELY.

E:\Jean\FAX ALL\Schwab.Mikel 100406.wpd

Exhibit "5"

1  **BERMAN O'CONNOR & MANN**
   Suite 503, Bank of Guam Building
2  111 Chalan Santo Papa
   Hagåtña, Guam 96910
3  Telephone: (671) 477-2778
   Facsimile: (671) 477-4366
4
   Attorneys for Defendant:
5  *MARSHALLS 201*

6                    **UNITED STATES DISTRICT COURT**

7                    **FOR THE TERRITORY OF GUAM**

8
   UNITED STATES OF AMERICA,              )   CIVIL CASE NO. 06-00030
9                                          )
                 Plaintiff,                )
10                                         )
11              v.                         )   **NOTICE OF TAKING DEPOSITION**
                                           )
12                                         )   **DATE:  THURSDAY, NOVEMBER 23, 2006**
   MARSHALLS 201,                          )   **TIME:   9:30 A.M.**
13                                         )
14              Defendant.                 )
                                           )
15  _____ )

16                    **NOTICE OF TAKING DEPOSITION**

17  **TO:   MIKEL W. SCHWAB, OFFICE OF THE UNITED STATES ATTORNEY, 108**
18          **HERNAN CORTES AVENUE, SUITE 500, HAGÅTÑA, GUAM 96910**

19      **PLEASE TAKE NOTICE** that on **NOVEMBER 23, 2006, THURSDAY,** at the hour

20  of **9:30 A.M.** at the Law Office of Berman O'Connor & Mann, Suite 503 Bank of Guam Bldg.,

21  111 Chalan Santo Papa, Hagåtña, Guam 96910, Defendant MARSHALLS 201, through counsel

22  undersigned, in the above-entitled action will take the deposition of MR. WEN YUEH LU, whose

23  address is known to you, upon oral examination pursuant to the prior Order of this Court and Rule

24  30(a), Federal Rules of Civil Procedure, before a notary public or before some other officer

25  authorized by law to administer oaths. The oral examination will continue from day to day until

26  completed.

27

28     E:\Jean\Plo...  R\Marshalls\ntc. depo...

**US Attorney's Office**
**Districts of Guam & NMI**

NOV 1 4 2006
Time __10:20 am__
Receiving name __CR__
Date keyed in Dbase __M__
Entered Into Dbase by: ____

Dated this *14* day of November, 2006.

**BERMAN O'CONNOR & MANN**
Attorneys for Defendant *MARSHALLS 201*

BY: _____

**DANIEL J. BERMAN**

E:\Jean\Plds\DJB\Marshalls\ntc. depo.wpd

Exhibit "6"



**U.S. Department of Justice**

**LEONARDO M. RAPADAS**
*United States Attorney*
*Districts of Guam and NMI*

*Sirena Plaza, Suite 500*
*108 Hernan Cortez Avenue*
*Hagatña,, Guam  96910*

*(671) 472-7332*
FAX:  *(671) 472-7215*

November 15, 2006

Daniel J. Berman
Berman, O'Connor & Mann
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, Guam 96910

VIA FACSMILE & U.S. MAIL

  RE: United States v. Marshalls No. 201
   CV06-00030

Dear Dan,

   You have noticed a deposition for next week.  I approve of the idea of having depositions quickly, but we have yet to file our Scheduling Order under the local rules.  The necessity for a Scheduling Order is underscored by my present problem, where my clients need to be informed of the discovery schedule in a way that allows them to prepare and participate.

   I will submit to you a proposed Scheduling Order right away.  In it you can propose that depositions begin quickly and designate specific or general persons.

   Again, the local rules provide for a Scheduling Order and then for the discovery to proceed accordingly.   Starting depositions quickly is fine, but next week on Thanksgiving is not going to work.

   Please let me know if you will be withdrawing the Notice, or if our office needs to file a Motion.

   Thank you,

        Sincerely,

        LEONARDO M. RAPADAS
        United States Attorney
        Districts of Guam and NMI

     BY: _____
      MIKEL W. SCHWAB
      Assistant U.S. Attorney

Exhibit "7"

**Dan Berman**

**From:**        Dan Berman [gatorlaw@kuentos.guam.net]
**Sent:**        Thursday, November 16, 2006 3:03 PM
**To:**          Mikel Schwab (USAGU)
**Subject:**     deposition schedule

Hello Mikel,

I have your letter of yesterday November 15 regarding the schedule order.  Thank you for your notice and opportunity for me to respond to explain.

Please prepare and proceed with your motion, and advise what schedule you prefer, on hearing date and time. Of course sooner the better.

I only can note that the reason for the deposition sooner than a schedule order is entered s because this witness is not employed by my client any longer, is interviewing for new captain jobs, and is planning to take a new job as soon as possible and head out to sea. Accordingly, he would be unavailable for the foreseeable future.

Regards,  Dan



```
********************
***   TX REPORT   ***
********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4967 |
| CONNECTION TEL | 4727215 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 11/16 15:16 |
| USAGE T | 00'38 |
| PGS. SENT | 2 |
| RESULT | OK |

# BERMAN O'CONNOR & MANN

Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

Telephone: (671) 477-2778

Facsimile: (671) 477-4366

## FACSIMILE COVER SHEET

DATE:     November 16, 2006

TOTAL NUMBER OF PAGES, INCLUDING THIS COVER SHEET: ___-2-___

PLEASE DELIVER TO:

NAME:     Mikel W. Schwab, Esq.

OFFICE:     Office of the United States Attorney

FAX NO.:     (671) 472-7215

MESSAGE:


For your information.

Regards

THIS DOCUMENT IS FROM:

NAME:     Daniel J. Berman, Esq.

SUBJECT:     Deposition Schedule

CONFIDENTIALITY NOTICE: The documents accompanying this transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named above. If you have received this transmission in error, please immediately notify us by telephone, to arrange for the return of the original documents to us, and you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance upon the contents of the information contained in this transmission is strictly prohibited.

FACSIMILE OPERATOR:     Jeannette          (671) 477-2778

Exhibit "8"



**U.S. Department of Justice**

*United States Attorney*
*Districts of Guam and NMI*

---

Sirena Plaza, Suite 500                          (671) 472-7332
108 Hernan Cortez Avenue              FAX: (671) 472-7215
Hagåtña, Guam 96910

November 17, 2006

RECEIVED
JFR 10:35
NOV 17 2006
BERMAN O'CONNOR
MANN & SHKLOV

BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, GU 96910

   Re: U.S. v. Marshall 201 Deposition Schedule

Dan,

   You continue to say that you are having a deposition and we continue to say that we want to follow the Local Rules and have depositions pursuant to a Scheduling Order, as required by the Local Rules of the U.S. District Court. We have sent you a draft Scheduling Order. You ignore our response and have not acknowledged the proposed Order.

   As stated before, the reason for a Scheduling Order and a Discovery Plan is so that the parties can plan and coordinate. My client particularly needs to be on notice and prepare for any discovery that gets scheduled. The various agencies involved in this case must coordinate and assign particular individuals. To assess this and appropriately respond, they will need to receive a copy of the Scheduling Order.

   Sorry to repeat myself again and again. Yet again let me say: we do not agree to immediate depositions and will not be participating in depositions set unilaterally outside the Scheduling Order. Meaningful participation will require some notice and coordination.

   It concerns me that it continues to appear that you are not acknowledging the Local Rules or our statements. Please let me know if you would like the participation of the District Court in this. It is difficult to determine what you are asserting and why you continue to ignore our response to your assertion that you want an immediate deposition. I understand you have published your intent to have a deposition in the newspaper, again ignoring our response.

   Please respond to me in writing. If you could, I would appreciate you addressing our consistant response that we are not prepared for depositions at this time. An explanation of why you are ignoring that would also be very helpful.

"8"

Keep in mind that I must coordinate with a multifaceted client and clear communications from you would greatly assist me.

I look forward to hearing from you.

Sincerely,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
       MIKEL W. SCHWAB
       Assistant U.S. Attorney

Encl.  Proposed Joint Scheduling Order and Discovery Plan

Exhibit "9"

| | |
|---|---|
| **From:** | Dan Berman [gatorlaw@kuentos.guam.net] |
| **Sent:** | Friday, November 17, 2006 2:02 PM |
| **To:** | Mikel Schwab (USAGU) |
| **Subject:** | Deposition of non-resident witness Nov. 24 |

Hello Mikel,

Thank you for your letter dated November 17, 2006. I apologize if my prior written expressions to take the deposition of the non-resident, alien witness, were not sufficiently clear.

Pursuant to Rule 30(a)(2)(C), the deposition sought is of a witness who will not be expected to appear at trial in the future. The witness is ex-Captain and ex-employee of Defendant is Wen Yueh Lu. He is a Chinese citizen and holds no U.S. green card or permanent entry visa.

According to my information and knowledge, I certify that the witness is expected to leave the USA and be unavailable for examination in this country unless deposed as soon as possible. Based on my certification, I read the rule as granting an exception to the otherwise general requirement to seek leave of court.

As I had written before, the witness Wen Yueh Lu is ready to go to the ocean as a new employee for a different employer as soon as possible. He is seeking employment and ready to take his new job at sea just as soon as it is available to him. The window of opportunity to take his deposition is closing.

The deposition I intend to take on November 24, 2006, Friday, is not discovery. I am not conducting a discovery deposition. The procedure is sometimes known as a perpetuation of testimony for trial. See Rule 32(a)(3)(B).

Because this is not discovery, I do not believe Rule 26 is applicable. Even if it were, Rule 26(d) grants an exception on the timing and sequence of discovery "... when authorized under these rules...". See Rule 30(a)(2)(C). Nothing about this deposition will delay the Government's right to undertake later discovery or prevent the Government from taking the discovery it wishes.

Your original objections to the deposition I was seeking before of the same witness was that you and Government representatives could not obtain the travel permits or related authorization to go to Taiwan quickly enough; so in light of that objection, I made efforts to cure and arrange for the deposition to be held down the street in my Guam office.

I realize that our lack of a stipulation on the subject may prompt you to bring a motion for protective order. Nevertheless, my duty to protect my client and obtain testimony as soon as possible , when it is clear such testimony, will not be available in the future. Stated another way, I am bound by the case circumstances to proceed along the above path. My amended notice of deposition will be served today, which will contain the required certification and change of date to November 24, 9:30 a.m.

Please contact me if you have any questions. Regards, db

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4996 |
| CONNECTION TEL | 4727215 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 11/17 14:15 |
| USAGE T | 00'41 |
| PGS. SENT | 2 |
| RESULT | OK |

## BERMAN O'CONNOR & MANN

Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

Telephone: (671) 477-2778

Facsimile: (671) 477-4366

### FACSIMILE COVER SHEET

DATE:     November 17, 2006

TOTAL NUMBER OF PAGES, INCLUDING THIS COVER SHEET: _— 2 —_

PLEASE DELIVER TO:

NAME:     Mikel W. Schwab, Esq.

OFFICE:     Office of the United States Attorney

FAX NO.:     (671) 472-7215

MESSAGE:

Please see attached, for your information.

Regards.

THIS DOCUMENT IS FROM:

NAME:     _Rivera_ Daniel J. Berman, Esq.

SUBJECT:     Marshalls No. 201

CONFIDENTIALITY NOTICE: The documents accompanying this transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named above. If you have received this transmission in error, please immediately notify us by telephone, to arrange for the return of the original documents to us, and you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance upon the contents of the information contained in this transmission is strictly prohibited.

FACSIMILE OPERATOR:     Jeannette     (671) 477-2778