Exhibit "10"

1 | **BERMAN O'CONNOR & MANN**
Suite 503, Bank of Guam Building
2 | 111 Chalan Santo Papa
Hagåtña, Guam 96910
3 | Telephone: (671) 477-2778
Facsimile: (671) 477-4366
4 |
Attorneys for Defendant:
5 | *MARSHALLS 201*

**FILED**

DISTRICT COURT OF GUAM

NOV 20 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

6

### UNITED STATES DISTRICT COURT

7

### FOR THE TERRITORY OF GUAM

8

9 | UNITED STATES OF AMERICA, ) CIVIL CASE NO. 06-00030

10 | Plaintiff, )

11 | v. )

**AMENDED NOTICE OF TAKING DEPOSITION**

12 | )

**DATE: FRIDAY, NOVEMBER 24, 2006**
13 | MARSHALLS 201, ) **TIME: 9:30 A.M.**

14 | Defendant. )

15 | ———————————————— )

16

### NOTICE OF TAKING DEPOSITION

17 | **TO: MIKEL W. SCHWAB, ESQ., OFFICE OF THE UNITED STATES ATTORNEY,
18 | 108 HERNAN CORTES AVENUE, SUITE 500, HAGÅTÑA, GUAM 96910**

19 | **PLEASE TAKE AMENDED NOTICE** that on **NOVEMBER 24, 2006, FRIDAY,** at

20 | the hour of **9:30 A.M.** at the Law Office of Berman O'Connor & Mann, Suite 503 Bank of Guam

21 | Bldg., 111 Chalan Santo Papa, Hagåtña, Guam 96910, Defendant MARSHALLS 201, through

22 | counsel undersigned, in the above-entitled action will take the deposition of MR. WEN YUEH

23 | LU, whose address is known to you, upon oral examination pursuant to Rule 30(a)(2)(C), Federal

24 | Rules of Civil Procedure, before a notary public or before some other officer authorized by law

25 | to administer oaths. The oral examination will continue from day to day until completed.

26

27

28 | E:\Jean\Plds\DJB\Marshalls\ntc. depo 2.wpd

**US Attorney's Office**
**Districts of Guam & NMI**

NOV 17 2006

Time
Receiving name
Date keyed in Dbase

US Attorney's Office
Districts of Guam & NMI

NOV 20 2006

Time
Receiving name
Date keyed in Dbase

**EXHIBIT** "10"

Pursuant to LR 30.1(c)(1), the deposition shall be recorded by videotape for subsequent trial presentation.

### CERTIFICATION
### F.R.Civ.P. 30(a)(2)(C)

Defendant certifies under F.R.Civ.P. 30(a)(2)(C) that the person for examination; that is, Mr. Wen Yueh Lu is a permanent resident and citizen of China. He is expected to only visit and remain in the United States for a period of about two (2) days on and just before November 24, 2006. The witness is expected to then leave the United States permanently. The witness is expected to be unavailable for later trial and deposition examination in the U.S.A. unless deposed. He is expected to be permanently unavailable for later trial or deposition. The witness is now unemployed and is seeking permanent employment on the high seas as a captain of another fishing vessel as soon as possible.

Dated this **17** day of November, 2006.

**BERMAN O'CONNOR & MANN**
Attorneys for Defendant *MARSHALLS 201*

BY: _____

**DANIEL J. BERMAN**

E:\Jean\Plds\DJB\Marshalls\ntc. depo 2.wpd

Exhibit "11"

**Current Folder: Sent**                                 **Sign Out**

Compose   Addresses   Folders   Options   Search   Help   Calendar

Message List | Delete | Edit
Message as New                    Previous | Next        Forward | Forward as Attachment | Reply | Reply All

| | |
|---|---|
| **Subject:** | new deposition date |
| **From:** | "Daniel J. Berman" <gatorlaw@kuentos.guam.net> |
| **Date:** | Mon, November 20, 2006 3:18 pm |
| **To:** | mikel@kuentos.guam.net (more) |
| **Bcc:** | budwalsh@dwt.com |
| **Priority:** | Normal |
| **Options:** | View Full Header | View Printable Version | View Message details |

Hello Mikel,

Changing circumstances make it appear that deposition for the Captain will
be rescheduled and taken off of November 24.

Please contact me to discuss a mutually agreed date in Guam.  However, I
remain unable to continue it more than 2 more weeks.

I will serve and file the Defendants Scheduling statement tomorrow.

Regards, Dan


Download this as a file


Delete & Prev | Delete & Next
Move to: INBOX ▾   Move

EXHIBIT "11"

# BERMAN O'CONNOR & MANN

Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910



Telephone: (671) 477-2778

Facsimile: (671) 477-4366

## FACSIMILE COVER SHEET

DATE:       November 20, 2006

TOTAL NUMBER OF PAGES, INCLUDING THIS COVER SHEET: ____2____

PLEASE DELIVER TO:

| | |
|---|---|
| NAME: | Mikel W. Schwab, Esq. |
| OFFICE: | Office of the United States Attorney |
| FAX NO.: | (671) 472-7215 |

MESSAGE:

Transmitting e-mail letter dated November 20, 2006.

Regards.

THIS DOCUMENT IS FROM:

NAME:    N. JRivera Daniel J. Berman, Esq.

SUBJECT:    New Deposition Date

CONFIDENTIALITY NOTICE: The documents accompanying this transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named above. If you have received this transmission in error, please immediately notify us by telephone, to arrange for the return of the original documents to us, and you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance upon the contents of the information contained in this transmission is strictly prohibited.

FACSIMILE OPERATOR:    __Jeannette__          (671) 477-2778

IF ANY OF THE PAGES ARE NOT LEGIBLE, OR YOU DO NOT RECEIVE ALL OF THE PAGES INDICATED ABOVE, PLEASE CONTACT THE "FACSIMILE OPERATOR" IMMEDIATELY.

Exhibit "12"

**Current Folder: Sent**                                                                    **Sign Out**

Compose | Addresses | Folders | Options | Search | Help | Calendar

Message List | Delete | Edit               Previous | Next              Forward | Forward as Attachment | Reply | Reply All
Message as New

**Subject:** deposition captain preference
**From:** "Daniel J. Berman" <gatorlaw@kuentos.guam.net>
**Date:** Tue, November 21, 2006 1:15 pm
**To:** mikel@kuentos.guam.net (more)
**Bcc:** budwalsh@dwt.com
**Priority:** Normal
**Options:** View Full Header | View Printable Version | View Message details

Hello Mikel,

Yesterday, I had called to hear whether you had any preference, or
stipulation if at all possible, to the deposition of the captain in Guam
on or before December 8th?

If not December 8, would the 7th, 6th or 5th be better?

Or, is it that the US position is all dates for deposition in perpetuation
of testimony can not receive a stipulation?

The defendant Marshall 201 proposed schedule order and discovery plan
statement will be served and filed shortly today.

Regards,   Dan


Download this as a file


Delete & Prev | Delete & Next
Move to: [INBOX ▼]  [Move]

EXHIBIT "12"



# BERMAN O'CONNOR & MANN

Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910


CONFIRMATION

Telephone: (671) 477-2778

Facsimile: (671) 477-4366

## FACSIMILE COVER SHEET

DATE:     November 21, 2006

TOTAL NUMBER OF PAGES, INCLUDING THIS COVER SHEET: ___-2-___

PLEASE DELIVER TO:

| NAME: | Mikel W. Schwab, Esq. |
|---|---|
| OFFICE: | Office of the United States Attorney |
| FAX NO.: | (671) 472-7215 |

MESSAGE:

Transmitting e-mail letter dated November 21, 2006.

Regards.

THIS DOCUMENT IS FROM:

NAME:     Daniel J. Berman, Esq.

SUBJECT:     Deposition Captain Preference

CONFIDENTIALITY NOTICE: The documents accompanying this transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named above. If you have received this transmission in error, please immediately notify us by telephone, to arrange for the return of the original documents to us, and you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance upon the contents of the information contained in this transmission is strictly prohibited.

FACSIMILE OPERATOR:     __Jeannette__          (671) 477-2778

IF ANY OF THE PAGES ARE NOT LEGIBLE, OR YOU DO NOT RECEIVE ALL OF THE PAGES INDICATED ABOVE, PLEASE CONTACT THE "FACSIMILE OPERATOR" IMMEDIATELY.

Exhibit "13"

**BERMAN O'CONNOR & MANN**
ATTORNEYS AT LAW
Suite 503, Bank of Guam Building
111 Chalan Santo Papa, Hagåtña, Guam 96910
Telephone: (671) 477-2778
Fax: (671) 477-4366
E-mail: bermlaw@kuentos.guam.net

**SAIPAN OFFICE**
Second Floor, Nauru Building
P.O. Box 501969, Saipan MP 96950-1969
Telephone: (670) 234-5684/5
Fax: (670) 234-5683
E-mail: odb.law@Saipan.com

**POHNPEI OFFICE**
Town Plaza, Suites One and Two
P. O. Box 2069, Kolonia, Pohnpei
Federated States of Micronesia, 96941
Telephone: (691) 320-6450
Fax: (691) 320-6451
E-mail: msipos@mail.fm

November 1, 2006

**VIA E-MAIL, FACSIMILE & U.S. MAIL:**
**(671) 472-7215**

Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910

  Re: *USA v. Marshalls No. 201; CV.No. 06-00030*
    *Pre-Discovery Disclosures Pursuant to FRCP Rule 26(a) and Local Rule 26.2*

Dear Mikel,

   I am writing on behalf of my client Defendant Marshals No. 201. The purpose of this letter is to comply with the initial disclosure requirements of the Federal and Local Rule 26 of Civil Procedure.

   1. Information on Individuals with Discoverable Information.

   We believe, at this early point in the litigation, that the following individuals are likely to have discoverable information that we may use to support our claims and defenses:

      a. Captain Wen-Yueh Lu

        Address information and any contact shall be through counsel undersigned

        Subjects: Operation and navigation of the vessel

      b. Officer Tien, Ching-Sheng

        Address information and any contact shall be through counsel undersigned

E:\Jean\Ltrs\DJB\Schwab.Michael\110106.wpd

> Subjects:     Operation and navigation of the vessel

c.    Eugene Muller and
      Johnson Chuang
      Address: Marshall Islands Fishing Company
      P.O. Box 1138
      Majuro RMI 96960

      Further address information and any contact shall be through counsel
      undersigned

      Subjects:     Corporate and financial information, damages for
                    seizure and loss of fishing

2.    <u>Location of Documents, Data Compilations and Tangible Things</u>.

      a.    All navigational items were seized and taken by representatives of the
            U.S. Government.    Therefore, all relevant documents, data
            compilations and other tangible things have already been disclosed.
            We have asked for their return.

      b.    Otherwise, all such items are in the possession of the Marshall Island
            Fishing Company at the address above.

3.    <u>Computation of Damages</u>.

Plaintiffs have yet to undertake exact computations with respect to the
damages caused by the unlawful seizure and detention of the vessel. These damages will
be based on the loss of income to the vessel and its owner for the arrest, detention and
being off the fishing grounds for 34 days.

      **A.    <u>Daily Loss:</u>**

            Days of arrest and detention from September 9, 2006 to October 13,
            2006 = 34 days

      (1)    Catch loss of revenue:

            11 days x 35 MT/day x $750.00/MT (FOB Majuro) = $288,750.00

E:\Jean\Ltrs\DJB\Schwab.Michael\110106.wpd

Total for 34 days = $892,500.00

(2)    Crew Wages, management overhead, insurance, costs:

11 days x $15,000.00/day= $165,000.00.

Total for 34 days = $510,000.00

(3)    Fuel:

11 days x 9 M/T/day x $750.00 M/T = $74,250.00

(6 days to Guam; and 5 days back to fishing grounds.)

**B.**    **Actual Catch:**

(1)    Price for the fish catch transferred on or about October 24, 2006

Tentative offer received at $700.00/MT (4-716, standard size), estimated for 500 MT = $350,000.00

(2)    Final price not received yet and must wait until the factory has completed audit and sizing for the catch.

**C.**    **Administrative Expenses:**

Guam related travel, hotel and services in support.

When more precise computations as to these damages are made, Plaintiffs will disclose them.

4.    Insurance.

This incident is not covered by insurance.

Very truly yours,

Daniel J. Berman



# BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910


**CONFIRMATION**

Telephone: (671) 477-2778

Facsimile: (671) 477-4366

## FACSIMILE COVER SHEET

DATE:     November 1, 2006

TOTAL NUMBER OF PAGES, INCLUDING THIS COVER SHEET: ___4___

PLEASE DELIVER TO:

NAME:     Mikel W. Schwab, Esq.

OFFICE:   Office of the United States Attorney

FAX NO.:  (671) 472-7215

MESSAGE:


Transmitting letter dated November 1, 2006.

Regards

THIS DOCUMENT IS FROM:

NAME:    Daniel J. Berman, Esq.

SUBJECT: F/V Marshalls No. 201

CONFIDENTIALITY NOTICE: The documents accompanying this transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named above. If you have received this transmission in error, please immediately notify us by telephone, to arrange for the return of the original documents to us, and you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance upon the contents of the information contained in this transmission is strictly prohibited.

FACSIMILE OPERATOR: ___Jeannette___          (671) 477-2778

IF ANY OF THE PAGES ARE NOT LEGIBLE, OR YOU DO NOT RECEIVE ALL OF THE PAGES INDICATED ABOVE, PLEASE CONTACT THE "FACSIMILE OPERATOR" IMMEDIATELY.

```
********************
***  TX REPORT  ***
********************
```

TRANSMISSION OK

TX/RX NO                4799
CONNECTION TEL                    4727215
SUBADDRESS
CONNECTION ID
ST. TIME                11/01 13:11
USAGE T                 01'07
PGS. SENT               4
RESULT                  OK

## BERMAN O'CONNOR & MANN

Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam  96910

Telephone:  (671) 477-2778

Facsimile: (671) 477-4366

### FACSIMILE COVER SHEET

DATE:      November 1, 2006

TOTAL NUMBER OF PAGES, INCLUDING THIS COVER SHEET: ___-4-___

PLEASE DELIVER TO:

NAME:      Mikel W. Schwab, Esq.

OFFICE:    Office of the United States Attorney

FAX NO.:   (671) 472-7215

MESSAGE:


Transmitting letter dated November 1, 2006.

Regards

THIS DOCUMENT IS FROM:

NAME:      Daniel J. Berman, Esq.

SUBJECT    F/V Marshalls No. 201

CONFIDENTIALITY NOTICE:  The documents accompanying this transmission contain confidential information which is
legally privileged.  The information is intended only for the use of the recipient named above.  If you have received this
transmission in error, please immediately notify us by telephone, to arrange for the return of the original documents to us, and
you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance upon the contents of
the information contained in this transmission is strictly prohibited.

FACSIMILE OPERATOR:     Jeannette
(671) 477-2778

**Jeannette F. Rivera**

| | |
|---|---|
| **From:** | Jeannette F. Rivera [jfrivera@pacific-lawyers.com] |
| **Sent:** | Wednesday, November 01, 2006 1:02 PM |
| **To:** | Mikel Schwab |
| **Subject:** | USA v. Marshalls No. 201; CV.No. 06-00030 |



    

110106.doc    110106.wpd

Please see letter dated November 1, 2006.

Regards.

    /s/  Daniel J. Berman

Note:  Document transmitted in two formats for ease of conversion.

1

**BERMAN O'CONNOR & MANN**
ATTORNEYS AT LAW
Suite 503, Bank of Guam Building
111 Chalan Santo Papa, Hagåtña, Guam 96910
Telephone: (671) 477-2778
Fax: (671) 477-4366
E-mail: bermlaw@kuentos.guam.net

**SAIPAN OFFICE**
Second Floor, Nauru Building
P.O. Box 501969, Saipan MP 96950-1969
Telephone: (670) 234-5684/5
Fax: (670) 234-5683
E-mail: odb.law@Saipan.com

**POHNPEI OFFICE**
Town Plaza, Suites One and Two
P. O. Box 2069, Kolonia, Pohnpei
Federated States of Micronesia, 96941
Telephone: (691) 320-6450
Fax: (691) 320-6451
E-mail: msipos@mail.fm

November 1, 2006

**<u>VIA E-MAIL, FACSIMILE & U.S. MAIL:</u>**
**(671) 472-7215**

Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910

Re:  *USA v. Marshalls No. 201; CV06-00030*
     *Request for Initial Discovery Disclosures*

Dear Mikel,

I am writing to request that the Government's initial discovery disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(E) and Rule 26.2 Pre-discovery Disclosures. Upon information received from the filed Complaint and Affidavits, the Government apparently has a substantial amount of documents, equipment of my client and witness information with respect to the surveillance, arrest and seizure of the Marshalls 201 on the high seas.

We are interested to promptly receive the following:

1.  Identification of the Government's witness(es), including but not limited to, pilot and navigator for the Coast Guard's airplane (C-130), that claims to have located and plotted the Marshalls 201 location in the area of the U.S. Government claim to EEZ near Baker Island.

2.  The names of the Captain and Officer(s) in Charge of navigation and tracking of the Marshalls 201 who were on the Coast Guard cutter Walnut on September 6 to 9, 2006.

3.  Inspection of, including the privilege to copy, the actual equipment, logs, books and records taken from the Marshalls 201; including but not limited to, a complete inventory of the same.

E:\Jean\Ltrs\DJB\Schwab.Michael\110106A.wpd



EXHIBIT "14"

Plaintiffs request all the relevant discovery that the Government is obliged to produce and serve pursuant to Local Rule 26.2:

Prediscovery Disclosure.

Before any party initiates discovery, that party must submit to the opponent (1) the identity of all persons known or believed to have substantial discoverable information about the claims or defenses, together with a summary of that information; (b) a description, including the location, of all documents that are reasonably likely to bear substantially on the claims or defenses; (c) a computation of any damages claimed; (d) the substance of any insurance agreement that may cover any resulting judgment; and (e) a copy of any report of an expert who may be called at trial.   The disclosure obligation is reciprocal and continues throughout the case.

Please let me know at your earliest convenience when the materials will be ready for service?

I look forward to hearing from you in the near future.

Very truly yours,

Daniel J. Berman

E:\Jean\Ltrs\DJB\Schwab.Michael\110106A.wpd



# BERMAN O'CONNOR & MANN

Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910



Telephone: (671) 477-2778                                Facsimile: (671) 477-4366

## FACSIMILE COVER SHEET

DATE:        November 1, 2006

TOTAL NUMBER OF PAGES, INCLUDING THIS COVER SHEET: ___-3·___

PLEASE DELIVER TO:

| | |
|---|---|
| NAME: | Mikel W. Schwab, Esq. |
| OFFICE: | Office of the United States Attorney |
| FAX NO.: | (671) 472-7215 |

MESSAGE:


Transmitting letter dated November 1, 2006.

Regards

THIS DOCUMENT IS FROM:

| | |
|---|---|
| NAME: | Daniel J. Berman, Esq. |
| SUBJECT: | F/V Marshalls No. 201 |

CONFIDENTIALITY NOTICE: The documents accompanying this transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named above. If you have received this transmission in error, please immediately notify us by telephone, to arrange for the return of the original documents to us, and you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance upon the contents of the information contained in this transmission is strictly prohibited.

FACSIMILE OPERATOR: ___Jeannette___        (671) 477-2778

IF ANY OF THE PAGES ARE NOT LEGIBLE, OR YOU DO NOT RECEIVE ALL OF THE PAGES INDICATED ABOVE, PLEASE CONTACT THE "FACSIMILE OPERATOR" IMMEDIATELY.

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              4800
CONNECTION TEL                  4727215
SUBADDRESS
CONNECTION ID
ST. TIME             11/01 13:18
USAGE T              00'54
PGS. SENT               3
RESULT               OK
```

## BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

Telephone: (671) 477-2778

Facsimile: (671) 477-4366

## FACSIMILE COVER SHEET

DATE:      November 1, 2006

TOTAL NUMBER OF PAGES, INCLUDING THIS COVER SHEET: ___-3-___

PLEASE DELIVER TO:

NAME:      Mikel W. Schwab, Esq.

OFFICE:    Office of the United States Attorney

FAX NO.:   (671) 472-7215

MESSAGE:


Transmitting letter dated November 1, 2006.

Regards

THIS DOCUMENT IS FROM:

NAME:      FRivera Daniel J. Berman, Esq.

SUBJECT:   F/V Marshalls No. 201

CONFIDENTIALITY NOTICE: The documents accompanying this transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named above. If you have received this transmission in error, please immediately notify us by telephone, to arrange for the return of the original documents to us, and you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance upon the contents of the information contained in this transmission is strictly prohibited.

**Jeannette F. Rivera**

| | |
|---|---|
| **From:** | Jeannette F. Rivera [jfrivera@pacific-lawyers.com] |
| **Sent:** | Wednesday, November 01, 2006 1:10 PM |
| **To:** | Mikel Schwab |
| **Cc:** | Dan Berman |
| **Subject:** | USA v. Marshalls No. 201; CV.No. 06-00030 |



   

110106A.doc    110106A.wpd

Please see letter dated November 1, 2006.

Regards.

       /s/   Daniel J. Berman

Note:  Document transmitted in two formats for ease of conversion.

1

Exhibit "15"

1  **BERMAN O'CONNOR & MANN**
Suite 503, Bank of Guam Building
2  111 Chalan Santo Papa
Hagåtña, Guam 96910
3  Telephone: (671) 477-2778
Facsimile: (671) 477-4366
4
Attorneys for Defendant:
5  *MARSHALLS 201*

6  ## UNITED STATES DISTRICT COURT

7  ## FOR THE TERRITORY OF GUAM

8
UNITED STATES OF AMERICA,                    )    CIVIL CASE NO. 06-00030
9                                            )
                                             )
10              Plaintiff,                    )
                                             )    **DEFENDANT'S [PROPOSED]**
11        v.                                  )    **SCHEDULING ORDER AND**
                                             )    **DISCOVERY PLAN STATEMENT**
12                                            )
MARSHALLS 201,                               )
13                                            )
                                             )
14              Defendant.                    )
                                             )
15  _____)

16        Comes Now Defendant Marshalls No. 201, by and through undersigned counsel,

17  and hereby submits its proposed Scheduling Order and Discovery Plan Statement

18  (herein "Statement"). Defendant Marshalls No. 201 objections to the Plaintiff United

19  States of America proposed Scheduling Order and Discovery Plan are set forth below.

20  Generally, less time is necessary for the deadline dates and particular sections for

21  supplement are described in detail.

22

23

24

25

26
E:\Jean\Plds\DJB\Marshalls\schedule order.wpd

EXHIBIT "15"

3

## INTRODUCTION

On November 17, 2006, Plaintiff served its Proposed Scheduling Order and Discovery Plan pursuant to Rule 16 and 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1 for the District Court of Guam.

**1.     Nature of the Case.**

Plaintiff's Complaint was filed on October 4, 2006. The Defendant's vessel Marshall 201 was arrested on October 2, 2006.

Defendant was required to deposit and posted a bond of $3,000,000.00 cash for release of the vessel on October 13, 2006. The $3,000,000.00 bond earns 1.0% interest payable to the Clerk of Court.

Defendant filed its Counterclaim on October 18, 2006 for maritime trespass and requests money damages in an amount to be determined at trial.

**2.     Posture of the Case.**

No scheduling notice has been filed by the Clerk of Court. No schedule conference has been set by the Clerk of Court.

**3.     Motions to Amend**

All motions to amend the pleading shall be filed on or before **Friday, February 2, 2007.**

**4.     Motions to Add Parties**

All motions to add parties shall be filed on or before **Friday, February 2, 2007.**

E:\Jean\Plds\DJB\Marshalls\schedule order.wpd

### 5. Discovery Plan.

#### (a) Initial Disclosures.

On November 1, 2006, Defendant Marshalls No. 201 served its initial discovery disclosures pursuant to F.R.Civ.Pro. 26(a) and the Local Rule 26.2 pre-discovery disclosure requirements.

On November 1, 2006, Defendant Marshalls No. 201 requested in writing that the Plaintiff's initial discovery disclosures be served promptly on Defendant.

F.R.Civ.Pro. Rule 26(a) and Local Rule 26.2 govern the process of initial discovery or pre-discovery disclosures. The requirements should not be modified.

#### (b) Depositions.

Defendant intends to take the deposition of the ex-captain of the Marshalls No. 201 Mr. Wen-Yueh Lu as soon as possible on a date ideally stipulated to by the Plaintiff, but nevertheless to be taken on or before two (2) more weeks from the date of this Statement.

F.R.Civ.Pro. Rule 30(a)(2)(C) grants the right to take the deposition of a witness upon certification that the witness is expected to leave the United States and be unavailable for examination in this country unless deposed before that time. See also, F.R.Civ.Pro. 26(d) (Timing and Sequence of Discovery).

E:\Jean\Plds\DJB\Marshalls\schedule order.wpd

### (c)    Written Discovery

Defendant accepts the Plaintiff's statement.

### (d)    Discovery Cut-Off

The discovery cutoff date (defined as the last date to file responses to discovery) shall be **Friday, April 27, 2007.**

### (e)    Expert Discovery

1.    The disclosures of expert testimony shall be made no later than **Friday, May 4, 2007.**

2.    Any designation of rebuttal expert testimony shall be made no later than **Friday, May 18, 2007.**

3.    The depositions of experts may be scheduled at any time at least 20 days subsequent to the submission of rebuttal reports and the depositions of said experts shall be completed no later than **Friday, May 25, 2007.**

### 6.    Motions.

(a)    All discovery motions shall be filed on or before **Friday, May 25, 2007** and heard on **Friday, June 29, 2007.**

(b)    All dispositive motions shall be filed on or before **Friday, May 25, 2007** and heard on **Friday, June 29, 2007.**

E:\Jean\Plds\DJB\Marshalls\schedule order.wpd

3

4          7.     <u>Settlement</u>

5                 The prospect for settlement is unlikely at this time.

6

7          8.     <u>**Preliminary Pretrial Conference**</u>.

8                 The preliminary pretrial conference shall be held on **Monday, June**

9  **29, 2007.**

10

11         9.     <u>**Pretrial Filings**</u>.

12                The parties' pretrial materials, discovery materials, witness lists,

13 exhibits lists, and designation of discovery responses shall be filed on or before **Friday,**

14 **July 6, 2007.**

15

16         10.    <u>**Pretrial Order.**</u>

17                The proposed pretrial order shall be filed on or before **Friday, July**

18 **6, 2007.**

19

20         11.    <u>**Final Pretrial Conference**</u>.

21                The final pretrial conference shall be held on **Friday, July 13, 2007.**

22

23         12.    <u>**Trial**</u>.

24                Trial shall commence at 9:00 A.M., **Friday, July 20, 2007.**

25

26 E:\Jean\Plds\DJB\Marshalls\schedule order.wpd

13.  **Jury**

This is a trial to the Court.  No jury.

14.  **Anticipated Trial Time**.

It is anticipated that it will take approximately 4 to 5 days to try this case.

15.  **Identity of Counsel**.

The counsel involved in this case:

A.  For Plaintiff United States of America:

Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910

B.  For Defendant Marshalls No. 201:

Daniel J. Berman, Esq.
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

- and -

James P. (Bud) Walsh, Esq. (Pro Hac Vice Admission)
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533

16.  **Settlement Conference**

The parties wish to submit this case to a settlement conference at any time.

E:\Jean\Plds\DJB\Marshalls\schedule order.wpd

17. **Suggestions for Shortening Trial.**

The parties will explore stipulation as  to undisputed facts and issues of law.


18. **Case Management Issues.**

Defendant Marshalls 201 is an ocean going vessel flagged in the Republic of the Marshal Islands.  The captain, officers and crew may be witnesses. Several witnesses for Defendant reside in the Republic of China, Republic of Marshall Islands and are at sea while at work.  These witnesses are all aliens and non-residents of the United States.  Depositions of the non-resident aliens may be required prior to the date of trial.


**IT IS SO APPROVED as** amending the Plaintiff's (Proposed) Scheduling Order and Discovery Plan filed November 17, 2006:


DATED: _____         _____
                               **FRANCES TYDINGCO-GATEWOOD**
                               **JUDGE, DISTRICT COURT OF GUAM**


E:\Jean\Plds\DJB\Marshalls\schedule order.wpd

APPROVED AS TO FORM AND CONTENT:

**BERMAN O'CONNOR & MANN**
Attorneys for Defendant:
*MARSHALLS 201*

**DANIEL J. BERMAN**
Dated: _____ Nov. 21, 2006_____

**LEONARDO M. RAPADAS**
**OFFICE OF THE UNITED STATES ATTORNEY**
United States Attorney District of Guam and CNMI
Attorneys for Plaintiff United States of America:

_____
**MIKEL W. SCHWAB**
Dated: _____

E:\Jean\Plds\DJB\Marshalls\schedule order.wpd

**BERMAN O'CONNOR & MANN**
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
*MARSHALLS 201*

## UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CIVIL CASE NO. 06-00030 |
|                              ) | |
| Plaintiff,   ) | |
|                              ) | |
| v.   ) | **CERTIFICATE OF SERVICE** |
|                              ) | |
| MARSHALLS 201,   ) | |
|                              ) | |
| Defendant.   ) | |
| —————————————————————— ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November, 2006, I caused to be served a copy of the Defendant's [Proposed] Scheduling Order And Discovery Plan, on the following:

### VIA FACSIMILE & HAND DELIVERY

Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910

Facsimile: (671) 472-7215

Dated this 21st day of November, 2006.

BY: _____
JEANNETTE F. RIVERA

E:\Jean\Plds\DJB\Marshalls\COS 5.wpd