BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
MARSHALLS 201

FILED
DISTRICT COURT OF GUAM
NOV 22 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| MARSHALLS 201, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November, 2006, I caused to be served a copy of the Defendant's Opposition Memorandum to Plaintiff's Motion to Quash (Deposition) Discovery Prior to Scheduling Order; Declaration of Defendants' Counsel; and Exhibits "1" to "15" on the following:

**VIA FACSIMILE & HAND DELIVERY**

Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910

Facsimile: (671) 472-7215

Dated this 22nd day of November, 2006.

BY: _____
JEANNETTE F. RIVERA

ORIGINAL

E:\Jean\Plds\DJB\Marshalls\Oppo Quash.wpd