**BERMAN O'CONNOR & MANN**
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
*MARSHALLS 201*

FILED
DISTRICT COURT OF GUAM
NOV 24 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 06-00030 |
| Plaintiff, | ) | |
| v. | ) | DECLARATION OF WEN-YUEH LU |
| MARSHALLS 201, | ) | |
| Defendant. | ) | |

## DECLARATION OF WEN-YUEH LU

I, **WEN-YUEH LU**, hereby declare under oath and penalty of perjury that:

1. I make this Declaration upon personal knowledge unless otherwise stated and will testify in Court as an adult to the following.

2. My name is Wen-Yueh Lu. I am the ex-captain of the Vessel Marshalls No. 201, Defendant in this case.

3. I am a citizen and permanent resident of the Republic of China (Taiwan).

4. I do not have a right of permanent residence in the United States of America.

5. After my termination of employment with the Marshalls 201, I began to interview for any new job as a captain on the ocean and high seas.

6. I have been a captain and fish master for 16 years and offer valuable skills for immediate employment at sea, with little or no notice to myself and the parties to this case.

7. I plan to go out to sea as a captain for a new employer as soon as possible and not return anytime in the near or foreseeable future.

8. The duration of my employment on the high seas as a captain of a new vessel is unknown; but a minimum term of 3 years of employment is required for the position of captain.

9. I do not believe that I will be available as a witness for the trial or later deposition in the case of United States of America v. Marshalls No. 201 based on my change of permanent employment and requirement to go and work out on the ocean and high seas.

10. I had the English language in this declaration translated orally to Chinese so that I can understand this Declaration before I signed it.

Further Declarant Sayeth Naught.

Dated this 21 day of November, 2006.

BY: _____
WEN-YUEH LU

DEC WEN[1]

Case 1:06-cv-00030   Document 36   Filed 11/24/2006   Page 2 of 2