**BERMAN O'CONNOR & MANN**
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
*MARSHALLS 201*

# UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 06-00030 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| MARSHALLS 201, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of November, 2006, I caused to be served a copy of the Declaration of Wen-Yueh, on the following:

### VIA FACSIMILE & HAND DELIVERY

Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910

Facsimile: (671) 472-7215

Dated this 24th day of November, 2006.

BY: _____
JEANNETTE F. RIVERA

E:\Jean\Plds\DJB\Marshalls\COS 6.wpd

ORIGINAL