BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
*MARSHALLS 201*

FILED
DISTRICT COURT OF GUAM
NOV 27 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | **DEFENDANT'S NOTICE OF DISAGREEMENT OF SCHEDULE ORDER; REQUEST FOR SCHEDULE NOTICE** |
| MARSHALLS 201, | |
| Defendant. | |

### DEFENDANT'S NOTICE OF DISAGREEMENT OF SCHEDULE ORDER; REQUEST FOR SCHEDULE NOTICE

COMES NOW Defendant Marshalls 201, through counsel undersigned, and hereby respectfully submits its Notice of Disagreement of Scheduling Order pursuant to L.R. 16.2 (b) *Preparation of the Proposed Scheduling Order.*

### NOTICE OF DISAGREEMENT

On November 17, 2006, Plaintiff submitted and served its [Proposed] Joint Scheduling Order and Discovery Plan. See, Exhibit "1", attached.

On November 21, 2006, Defendant submitted and served its [Proposed] Scheduling Order and Discovery Plan Statement. See, Exhibit "2", attached.

Plaintiff and Defendant disagree on a schedule for the pre-trial deadlines, related

Hearing dates and Trial date for this case.

## REQUEST FOR SCHEDULE NOTICE

Defendant Marshalls 201 requests that the Court or Clerk of Court issue its Scheduling Notice pursuant to L.R. 16.1 (c)(3) *Time Limits - Scheduling Notice, Order and Conference and Discovery Plan.*

The Scheduling Notice should provide for the date for the Scheduling Conference. See, L.R. 16.1 (c)(3)(E).

Dated this 27 day of November, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　BERMAN O'CONNOR & MANN
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant *MARSHALLS 201*

　　　　　　　　　　　　　　　　　　BY:　_____
　　　　　　　　　　　　　　　　　　　　　　DANIEL J. BERMAN

E:\Jean\Plds\DJB\Marshalls\Ntc Disagree.wpd

BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
*MARSHALLS 201*

# UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CIVIL CASE NO. 06-00030 |
|---|---|
| Plaintiff, | ) |
| v. | ) CERTIFICATE OF SERVICE |
| MARSHALLS 201, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of November, 2006, I caused to be served a copy of the Defendant's Notice of Disagreement of Schedule Order; Request For Schedule Notice, on the following:

**VIA FACSIMILE & HAND DELIVERY**

Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910

Facsimile: (671) 472-7215

Dated this 27th day of November, 2006.

BY: _____
JEANNETTE F. RIVERA

E:\Jean\Plds\DJB\Marshalls\Ntc Disagree.wpd

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

*Attorneys for the United States of America*

BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, GU 96910
Tel: (671) 472-2778
Fax: (671) 477-4366

*Attorneys for Marshalls 201*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARSHALLS 201, <br><br> Defendant. | CIVIL CASE NO. 06-00030 <br><br> (PROPOSED) <br><br> JOINT SCHEDULING ORDER AND DISCOVERY PLAN |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following Scheduling Order and Discovery Plan:

1. **Nature of the Case.** This is a complaint for condemnation and forfeiture of Defendant vessel Marshalls 201 for violation of provisions of the Magnuson Fishery conservation and Management Act.

EXHIBIT "1"

2. **Posture of the Case.**

    (a) There are no motions on file.

    (b) The following motions have been resolved: **None to date.**

    (c) The following discovery has been initiated: **None.**

3. **Motions to Amend**. All motions to amend the pleadings shall be filed on or before **Friday, March 2, 2007.**

4. **Motions to Add Parties**: All motions to add parties shall be filed on or before **Friday, March 2, 2007.**

5. **Discovery Plan**. The following is the description and schedule of all pretrial discovery each party intends to initiate prior to the close of discovery:

(a). **Initial Disclosures**: The times for disclosures under Rules 26(a) and 26(e) of the Federal Rules of Civil procedure are modified as follows:

26(a)(1) - within 30 days from the date of this order.

(b). **Depositions**: The Defendant would like depositions of the boat captain to commence as soon as possible. We will begin depositions approximately three weeks from the date Initial Disclosures are due.

(c). **Written Discovery**: Each party may propound interrogatories and requests to produce and requests for admissions within the limits set by the Federal Rules of Civil Procedure. If either party determines that it needs to propound more discovery than permitted by the Rules, the parties will confer in good faith to accommodate reasonable

2

discovery requests prior to the filing of any motion relating to a discovery dispute.

(d). **Discovery Cutoff**. The discovery cutoff date (defined as the last date to file responses to discovery) shall be **Friday, October 26, 2007.**

(e). **Expert Discovery**:

    1. The disclosures of expert testimony required under Federal Rule of Civil Procedure 26(a)(2) shall be made not later than **Friday, November 2, 2007.**

    2. Any designation of rebuttal expert testimony under Rule 26(a)(2) shall be made no later than **Friday, December 7, 2007.**

    3. The depositions of experts may be scheduled at any time at least 20 days subsequent to the submission of rebuttal reports and the depositions of said experts shall be completed no later than **Friday, December 28, 2007.**

6. **Motions**.

(a) The anticipated discovery motions are: **None are anticipated at this time.**
All discovery motions shall be filed on or before **Friday, November 30, 2007** and heard on **Friday, December 28, 2007.**

(b) The anticipated dispositive motions are: **Unknown at this time.**
All dispositive motions shall be filed on or before **Friday, January 25, 2008** and heard on or before **Friday, February 8, 2008.**

7. **Settlement**. The prospect for settlement is unlikely.

3

8. **Preliminary Pretrial Conference.** The preliminary pretrial conference shall be held on **Monday, March 10, 2008.**

9. **Pretrial Filings.** The parties' pretrial materials, discovery materials, witness lists, exhibit lists, and designation of discovery responses shall be filed on or before **Monday, March 17, 2008.**

10. **Pretrial Order.** The proposed pretrial order shall be filed on or before **Friday, March 17, 2008.**

11. **Final Pretrial Conference.** The final pretrial conference shall be held on **Monday, March 24, 2008.**

12. **Trial.** Trial shall commence at _____ **a.m. Monday, March 31, 2008.**

13. **Jury.** This is a trial to the Court. No jury.

14. **Anticipated Trial Time.** It is anticipated that it will take approximately 7 to 10 days to try this case.

15. **Identity of Counsel.** The counsel involved in this case are:

>BERMAN O'CONNOR MANN & SHKLOV
>Suite 503, Bank of Guam Building
>111 Chalan Santo Papa
>Hagåtña, GU 96910
>
>Mikel W. Schwab - Assistant U.S. Attorney for the United States.
>U.S. Attorney's Office
>Sirena Plaza, Suite 500
>108 Hernan Cortez Avenue
>Hagatna, GU 96910

4

16. **Settlement Conference**: The parties do not wish to submit this case to a settlement conference.

17. **Suggestions for Shortening Trial**. The parties will explore stipulations as to undisputed facts.

18. **Case Management Issues**: None at this time.

DATED this _____ day of November 2006.

_____
FRANCES TYDINGCO-GATEWOOD
Chief Judge, District Court of Guam

5

```
 1  APPROVED AS TO FORM AND CONTENT:
 2
 3  LEONARDO M. RAPADAS
    United States Attorney
 4  Districts of Guam and NMI
 5
 6  _____          _____
    MIKEL W. SCHWAB                       DANIEL BERMAN, Esq.
 7  Assistant U.S. Attorney               Attorney for Defendant
 8
    DATED: _____                 DATED: _____
 9
10
...
28                                    6
```

```
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
MARSHALLS 201
```

# UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | DEFENDANT'S [PROPOSED] SCHEDULING ORDER AND DISCOVERY PLAN STATEMENT |
| MARSHALLS 201, | |
| Defendant. | |

Comes Now Defendant Marshalls No. 201, by and through undersigned counsel, and hereby submits its proposed Scheduling Order and Discovery Plan Statement (herein "Statement"). Defendant Marshalls No. 201 objections to the Plaintiff United States of America proposed Scheduling Order and Discovery Plan are set forth below. Generally, less time is necessary for the deadline dates and particular sections for supplement are described in detail.

US Attorney's Office
Districts of Guam & NMI

NOV 21 2006
Time
Receiving name
Date keyed in Dbase
Entered into Dbase by:

# INTRODUCTION

On November 17, 2006, Plaintiff served its Proposed Scheduling Order and Discovery Plan pursuant to Rule 16 and 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1 for the District Court of Guam.

### 1. Nature of the Case.

Plaintiff's Complaint was filed on October 4, 2006. The Defendant's vessel Marshall 201 was arrested on October 2, 2006.

Defendant was required to deposit and posted a bond of $3,000,000.00 cash for release of the vessel on October 13, 2006. The $3,000,000.00 bond earns 1.0% interest payable to the Clerk of Court.

Defendant filed its Counterclaim on October 18, 2006 for maritime trespass and requests money damages in an amount to be determined at trial.

### 2. Posture of the Case.

No scheduling notice has been filed by the Clerk of Court. No schedule conference has been set by the Clerk of Court.

### 3. Motions to Amend

All motions to amend the pleading shall be filed on or before **Friday, February 2, 2007.**

### 4. Motions to Add Parties

All motions to add parties shall be filed on or before **Friday, February 2, 2007.**

E:\Jean\Plds\DJB\Marshalls\schedule order.wpd

5. **Discovery Plan.**

(a) **Initial Disclosures.**

On November 1, 2006, Defendant Marshalls No. 201 served its initial discovery disclosures pursuant to F.R.Civ.Pro. 26(a) and the Local Rule 26.2 pre-discovery disclosure requirements.

On November 1, 2006, Defendant Marshalls No. 201 requested in writing that the Plaintiff's initial discovery disclosures be served promptly on Defendant.

F.R.Civ.Pro. Rule 26(a) and Local Rule 26.2 govern the process of initial discovery or pre-discovery disclosures. The requirements should not be modified.

(b) **Depositions.**

Defendant intends to take the deposition of the ex-captain of the Marshalls No. 201 Mr. Wen-Yueh Lu as soon as possible on a date ideally stipulated to by the Plaintiff, but nevertheless to be taken on or before two (2) more weeks from the date of this Statement.

F.R.Civ.Pro. Rule 30(a)(2)(C) grants the right to take the deposition of a witness upon certification that the witness is expected to leave the United States and be unavailable for examination in this country unless deposed before that time. See also, F.R.Civ.Pro. 26(d) (Timing and Sequence of Discovery).

E:\Jean\Plds\DJB\Marshalls\schedule order.wpd

**(c) Written Discovery**

Defendant accepts the Plaintiff's statement.

**(d) Discovery Cut-Off**

The discovery cutoff date (defined as the last date to file responses to discovery) shall be **Friday, April 27, 2007.**

**(e) Expert Discovery**

1. The disclosures of expert testimony shall be made no later than **Friday, May 4, 2007.**

2. Any designation of rebuttal expert testimony shall be made no later than **Friday, May 18, 2007.**

3. The depositions of experts may be scheduled at any time at least 20 days subsequent to the submission of rebuttal reports and the depositions of said experts shall be completed no later than **Friday, May 25, 2007.**

**6. Motions.**

(a) All discovery motions shall be filed on or before **Friday, May 25, 2007** and heard on **Friday, June 29, 2007.**

(b) All dispositive motions shall be filed on or before **Friday, May 25, 2007** and heard on **Friday, June 29, 2007.**

E:\Jean\Plds\DJB\Marshalls\schedule order.wpd

7. **Settlement**

The prospect for settlement is unlikely at this time.

8. **Preliminary Pretrial Conference.**

The preliminary pretrial conference shall be held on **Monday, June 29, 2007.**

9. **Pretrial Filings.**

The parties' pretrial materials, discovery materials, witness lists, exhibits lists, and designation of discovery responses shall be filed on or before **Friday, July 6, 2007.**

10. **Pretrial Order.**

The proposed pretrial order shall be filed on or before **Friday, July 6, 2007.**

11. **Final Pretrial Conference.**

The final pretrial conference shall be held on **Friday, July 13, 2007.**

12. **Trial.**

Trial shall commence at 9:00 A.M., **Friday, July 20, 2007.**

E:\Jean\Plds\DJB\Marshalls\schedule order.wpd

### 13. Jury

This is a trial to the Court. No jury.

### 14. Anticipated Trial Time.

It is anticipated that it will take approximately 4 to 5 days to try this case.

### 15. Identity of Counsel.

The counsel involved in this case:

A. For Plaintiff United States of America:

Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910

B. For Defendant Marshalls No. 201:

Daniel J. Berman, Esq.
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

- and -

James P. (Bud) Walsh, Esq. (Pro Hac Vice Admission)
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533

### 16. Settlement Conference

The parties wish to submit this case to a settlement conference at any time.

E:\Jean\Plds\DJB\Marshalls\schedule order.wpd

17. **Suggestions for Shortening Trial.**

The parties will explore stipulation as to undisputed facts and issues of law.

18. **Case Management Issues.**

Defendant Marshalls 201 is an ocean going vessel flagged in the Republic of the Marshal Islands. The captain, officers and crew may be witnesses. Several witnesses for Defendant reside in the Republic of China, Republic of Marshall Islands and are at sea while at work. These witnesses are all aliens and non-residents of the United States. Depositions of the non-resident aliens may be required prior to the date of trial.

**IT IS SO APPROVED as** amending the Plaintiff's (Proposed) Scheduling Order and Discovery Plan filed November 17, 2006:

DATED: _____

**FRANCES TYDINGCO-GATEWOOD**
**JUDGE, DISTRICT COURT OF GUAM**

E:\Jean\Plds\DJB\Marshalls\schedule order.wpd

APPROVED AS TO FORM AND CONTENT:

**BERMAN O'CONNOR & MANN**
Attorneys for Defendant:
*MARSHALLS 201*

_____
DANIEL J. BERMAN
Dated: Nov. 21, 2006

**LEONARDO M. RAPADAS**
**OFFICE OF THE UNITED STATES ATTORNEY**
United States Attorney District of Guam and CNMI
Attorneys for Plaintiff United States of America:

_____
MIKEL W. SCHWAB
Dated: _____

E:\Jean\Plds\DJB\Marshalls\schedule order.wpd