# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MARSHALLS 201,<br><br>　　　　　Defendant. | Civil Case No. 06-00030<br><br><br><br><br>ORDER |

On November 27, 2006, the Defendant filed a Notice of disagreement of Schedule Order; Request for Schedule Notice. Therein, the Defendant requested that the Clerk of Court issue a Scheduling Notice pursuant to Rule LR 16.1 of the Local Rules of Practice for the District Court of Guam. The Court hereby denies the request since it is moot.[1]

SO ORDERED this 28th of November 2006.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

---

[1] On November 20, 2006, a Scheduling Notice was issued by the Clerk of Court. (Docket No. 24.) The Defendant received a copy of this Scheduling Notice on November 22, 2006.