BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
*MARSHALLS 201*

FILED
DISTRICT COURT OF GUAM
DEC 22 2006 nbo
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION FOR COUNSEL TO PARTICIPATE IN SCHEDULING CONFERENCE BY PHONE;** [PROPOSED] ORDER T.A. |
| MARSHALLS 201, | |
| Defendant. | |

COMES NOW Defendant MARSHALLS 201 and claimant MARSHALL ISLAND FISHING COMPANY and request that co-counsel, James P. Walsh of San Francisco, California, be allowed to participate in the Scheduling Conference on this matter set for Wednesday, January 3 at 10:15 A.m. in the Third Floor Courtroom. Mr. Walsh will be available at his office in San Francisco on January 2 at 4:15 p.m, Pacific Coast Time, phone number (415) 276-6556.

E:\Jean\Plds\DJB\Marshalls\mtn participate.wpd

| | |
|---|---|
| 1 | USA V. MARSHALLS 201 — CV06-00030 |
| 2 | DEFENDANT'S MOTION FOR COUNSEL TO PARTICIPATE — PAGE 2 |
|   | IN SCHEDULING CONFERENCE BY PHONE; [PROPOSED] ORDER |

Counsel for Defendant/Claimant have consulted with counsel for Plaintiff, and there is no objection to this proposal.

Dated: **Dec. 21, 2006**

*/s/ Daniel Berman*

Daniel Berman
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, Guam 96910

James P. Walsh
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California, 94111

Counsel for Defendant/Counterclaimant
MARSHALLS 201
and Claimant MARSHALL ISLAND
FISHING COMPANY

~~IT IS SO ORDERED.~~

~~DATED:~~ _____

T.A.

_____
HONORABLE ~~JOAQUIN~~ V.E. MANIBUSAN
MAGISTRATE

E:\Jean\Plds\DJB\Marshalls\mtn participate.wpd