**BERMAN O'CONNOR & MANN**
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
*MARSHALLS 201*

# UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARSHALLS 201,<br><br>    Defendant. | CIVIL CASE NO. 06-00030<br><br>**ORDER**<br>Granting Defendant's Motion to Appear Telephonically at Scheduling Conference |

This matter came before the Court on the Motion of the Defendant for an order allowing its counsel to participate in the scheduling conference by telephone. After reviewing the submission,

IT IS HEREBY ORDERED THAT:

James P. Walsh may participate by telephone in the Scheduling Conference. Counsel for the Defendant is directed to call (671) 473-9144 shortly before the scheduled conference time.

SO ORDERED this 27th day of December 2006.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**