FILED
DISTRICT COURT OF GUAM
JAN - 3 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MARSHALLS 201, *in rem*,<br>Defendant. | Civil Case No. 06-00030<br><br>**MINUTES** |

(√) SCHEDULING CONFERENCE (January 3, 2007, at 10:28 a.m.)

( ) PRELIMINARY PRETRIAL CONFERENCE

( ) FINAL PRETRIAL CONFERENCE

( ) STATUS CONFERENCE

**Notes**: Representing the Plaintiff was Assistant United States Attorney Mikel Schwab. Appearing on behalf of the Defendant was Daniel Berman, Esq., with James P. Walsh, Esq. participating telephonically.

Judge Manibusan and counsel went over the parties' proposed scheduling order and discovery plan. Judge Manibusan made changes to ¶¶ 6(b), 8, 11 and 12, and thereafter signed the parties' submission.

Judge Manibusan noted that the trial herein is scheduled in approximately 11 months and inquired whether this was realistic. Mr. Berman stated that the Defendant wanted to expedite this case, and he believed the schedule agreed upon by the parties was achievable.

The conference concluded at 10:37 a.m.

Dated: January 3, 2007.

Judith P. Hattori

JUDITH P. HATTORI
Law Clerk

ORIGINAL