1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagåtña, Guam 96910
   Telephone: (671) 472-7332
5  Facsimile: (671) 472-7215

6  Attorneys for Plaintiff the United States of America

7

8  DANIEL J. BERMAN
   BERMAN O'CONNOR & MANN
9  Suite 503, Bank of Guam Building
   111 Chalan Santo Papa
10 Hagåtña, GU 96910
   Telephone: (671) 472-2778
11 Facsimile: (671) 477-4366

12 JAMES P. WALSH (Pro Hac Vice)
   DAVIS WRIGHT TREMAINE LLP
13 505 Montgomery Street, Suite 800
   San Francisco, CA 94111-6533
14 Telephone: (415) 276-6556
   Facsimile: (415) 276-6599

15 Attorneys for Defendant and Counterclaimant MARSHALLS 201

16

17             **IN THE UNITED STATES DISTRICT COURT**

               **FOR THE TERRITORY OF GUAM**

18

19

20 UNITED STATES OF AMERICA          )    CIVIL CASE NO. 06-00030
                                     )
21             Plaintiff,            )    ~~(PROPOSED)~~ (JMT)
                                     )
22        vs.                        )    JOINT SCHEDULING ORDER
                                     )    AND DISCOVERY PLAN
23 MARSHALLS 201, in rem,            )
                                     )
24             Defendant.            )
   _____ )
25

26        Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule

27 16.1 for the District Court of Guam, the parties hereby submit the following Scheduling Order

28 and Discovery Plan:

ORIGINAL

FILED
DISTRICT COURT OF GUAM
JAN - 3 2007
MARY L.M. MORAN
CLERK OF COURT

1.   **Nature of the Case.** This is a complaint for condemnation and forfeiture of Defendant vessel MARSHALLS 201, a tuna purse seine vessel operating under the flag of the Republic of the Marshall Islands, for alleged violations of provisions of the Magnuson-Stevens Fishery Conservation and Management Act, 16 U.S.C. §1801 et seq. Defendant MARSHALLS 201 has filed an Answer denying such violations and a Counterclaim seeking damages for maritime trespass. Defendant posted a special bond of $2,950,000.00 (two million nine hundred and fifty thousand dollars) to provide for the release of the vessel.

2.   **Posture of the Case.**

a.   There are no motions currently on file.

b.   The following motions have been resolved: On November 30, 2006, the Court issued an Order deying Plaintiff's Motion to Quash Discovery Prior to Scheduling Order (Docket No. 33).

c.   The following discovery has been initiated: Defendant made initial disclosures under Rule 26(a)(1) by letter dated November 1, 2006. Defendant also conducted the testimony preservation deposition of the captain of the MARSHALLS 201 on December 7 and 8, 2006.

d.   The Court has scheduled a Scheduling Conference for **Wednesday, January 3, 2007** at 10:15 a.m. in the Third Floor Chambers.

3. **Motions to Amend.** All motions to amend the pleadings shall be filed on or before **Friday, March 2, 2007.**

4. **Motions to Add Parties**: All motions to add parties shall be filed on or before **Friday, March 2, 2007.**

5. **Discovery Plan.** The following is the description and schedule of all pretrial discovery each party intends to initiate prior to the close of discovery:

a.   **Initial Disclosures**: The times for disclosures under Rules 26(a) and 26(e) of the Federal Rules of Civil procedure are modified as follows:  26(a)(1) - due within 15

2

days from the date of this order.

    b.  **Depositions**: We will begin depositions approximately one week from the date Initial Disclosures are due.

    c.  **Written Discovery**: Each party may propound interrogatories and requests to produce and requests for admissions within the limits set by the Federal Rules of Civil Procedure. If either party determines that it needs to propound more discovery than permitted by the Rules, the parties will confer in good faith to accommodate reasonable discovery requests prior to the filing of any motion relating to a discovery dispute.

    d.  **Discovery Cutoff**. The discovery cutoff date (defined as the last date to file responses to discovery) shall be **Friday, July 27, 2007.**

    e.  **Expert Discovery**:

        i.  The disclosures of expert testimony required under Federal Rule of Civil Procedure 26(a)(2) shall be made not later than **Friday, August 3, 2007.**

        ii.  Any designation of rebuttal expert testimony under Rule 26(a)(2) shall be made no later than **Friday, August 24, 2007.**

        iii.  The depositions of experts may be scheduled at any time at least 20 days subsequent to the submission of rebuttal reports. The depositions of said experts shall be completed no later than **Friday, September 14, 2007.**

6.  **Motions**.

    a. Discovery motions shall be filed on or before **Friday, August 31, 2007.**

    b. Dispositive motions shall be filed on or before ~~Friday, September 14, 2007.~~ Tuesday Aug 25th

7. **Settlement**. The prospect for settlement is unlikely.

8. **Preliminary Pretrial Conference.** The preliminary pretrial conference shall be held on Friday, November 2, 2007 at 10:30 a.m.

3

9. **Pretrial Filings**. The parties' pretrial materials, discovery materials, witness lists, exhibit lists, and designation of discovery responses shall be filed on or before **Friday, November 9, 2007.**

10. **Pretrial Order**. The proposed pretrial order shall be filed on or before **Friday, November 9, 2007.**

11. **Final Pretrial Conference**. The final pretrial conference shall be held on **Monday, November 19, 2007** *at 10:30 a.m.*

12. **Trial**. Trial shall commence at *9:00* a/m. **Monday, November 26, 2007.**

13. **Jury.** This case will be tried in its entirety to the Court.

14. **Anticipated Trial Time.** It is anticipated that it will take approximately 5-7 days to try this case.

15. **Identity of Counsel**. The counsel involved in this case are:

For Defendant / Counterclaimant:

BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, GU 96910

and

JAMES P. WALSH (pro hac vice)
DAVIS WRIGHT TREMAINE, LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111

For Plaintiff:

Mikel W. Schwab - Assistant U.S. Attorney for the United States.
U.S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, GU 96910

16. **Settlement Conference**: The parties do not wish to submit this case to a settlement conference.

17. **Suggestions for Shortening Trial**. The parties will explore stipulations as to

4

undisputed facts.

      18. **Case Management Issues**: None at this time.

DATED this _3rd_ day of ~~2006.~~ January , 2007.



JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

RECEIVED

DEC 1 8 2006

DISTRICT COURT OF GUAM
HAGATNA, GUAM

5

APPROVED AS TO FORM AND CONTENT:

_____
Mikel W. Schwab
Assistant U.S. Attorney
Counsel for Plaintiff United States

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI
Sirena Plaza Suite 500
108 Hernan Cortez Ave.
Hagåtña, GU 96910

Counsel for Plaintiff United States




DATED: _12·18·06_

_____
DANIEL J. BERMAN
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, GU 96910


JAMES P. WALSH (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533

Counsel for Defendant / Counterclaimant
MARSHALLS 201 and
Claimant MARSHALL ISLAND
FISHING COMPANY


DATED: _12·18·06_

6