**BERMAN O'CONNOR & MANN**
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (Pro hac vice)
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Tel: (415) 276-6556
Fax: (415) 276-6599

Attorneys for Defendants:
*MARSHALLS 201 and MARSHALL
ISLANDS FISHING COMPANY*

FILED
DISTRICT COURT OF GUAM
FEB - 9 2007
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MARSHALLS 201, )<br>)<br>Defendant. )<br>_____ ) | CIVIL CASE NO. 06-00030<br><br>**NOTICE OF MOTION AND<br>MOTION TO AMEND ANSWER** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the ___ day of _____, 2007, at the hour of ___ ___.m., in the District Court of Guam, Defendant MARSHALLS 201, sued in rem, and Claimant, MARSHALL ISLANDS FISHING COMPANY (hereinafter jointly "Defendants"), through counsel, Berman O'Connor & Mann, will move this Court to file an Amend Answer and Counterclaim to the Complaint for Forfeiture under Rule 15(a) of the Federal Rules of Civil

E:\Jean\Plds\DJB\Marshalls\ntc. amend 2.wpd

Procedure.

## MOTION

This Motion is made pursuant to Federal Rules of Civil Procedure Rule 15(a), the Memorandum of Points and Authorities contemporaneously filed herewith, the pleadings, declarations and such other oral and documentary evidence that may be presented at the hearing of this Motion.

Dated this 9 day of February, 2007.

BERMAN O'CONNOR & MANN
Attorneys for Defendant *MARSHALLS 201*

BY: _____
DANIEL J. BERMAN

E:\Jean\Plds\DJB\Marshalls\ntc. amend 2.wpd