```
 1  BERMAN O'CONNOR & MANN
    Suite 503, Bank of Guam Building
 2  111 Chalan Santo Papa
    Hagåtña, Guam 96910
 3  Telephone: (671) 477-2778
    Facsimile: (671) 477-4366
 4
    JAMES P. WALSH (Pro hac vice)
 5  Davis Wright Tremaine LLP
    505 Montgomery Street, Suite 800
 6  San Francisco, CA 94111-6533
    Tel: (415) 276-6556
 7  Fax: (415) 276-6599
 8
 9  Attorneys for Defendant:
    MARSHALLS 201
10
```

**FILED**
DISTRICT COURT OF GUAM
FEB 16 2007
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | **DEFENDANT'S NOTICE OF TAKING DEPOSITION** |
| v. | |
| MARSHALLS 201, | JOHN F. BARYLSKY |
| Defendant. | |

### NOTICE OF TAKING RULE 30 DEPOSITION

TO: **MIKEL W. SCHWAB, ESQ., ASSISTANT U.S. ATTORNEY, U.S. ATTORNEY OFFICE OF THE UNITED STATES ATTORNEY, 108 HERNAN CORTES AVENUE, SUITE 500, HAGÅTÑA, GUAM 96910**

Please take Notice that on **WEDNESDAY, FEBRUARY 28, 2007, at the hour of 9:00 A.M.**, at the Law Office of Clay Chapman Crumpton Iwamura & Pulice, 700 Bishop Street, Suite 2100, Honolulu, Hawaii 96813, Defendant and Claimant, through their attorney of record, James

E:\Jean\Plds\DJB\Marshalls\ntc. depo 5.wpd

**ORIGINAL**

P. Walsh of Davis Wright Tremaine LLP, will take the deposition of John F. Barylsky, Special Agent, National Oceanic and Atmospheric, pursuant to Rule 30(a), Federal Rules of Civil Procedure, before a notary public or some other officer authorized by law to administer oaths.

The Deponent, who is a representative of Plaintiff in this action is required to produce all documents relating to Plaintiff's cause of action against the F/V MARSHALLS 201 for civil forfeiture pursuant to 16 U.S.C. §1860, a provision of the Magnuson-Stevens Fishery Conservation and Management Act.

The oral examination will continue from day to day until completed.

Dated this 16 day of February, 2007.

**BERMAN O'CONNOR & MANN**

Attorneys for Defendant *MARSHALLS 201*

BY: _____
DANIEL J. BERMAN

E:\Jean\Plds\DJB\Marshalls\ntc. depo 5.wpd