1  BERMAN O'CONNOR & MANN
   Suite 503, Bank of Guam Building
2  111 Chalan Santo Papa
   Hagåtña, Guam 96910
3  Telephone: (671) 477-2778
   Facsimile: (671) 477-4366
4
   JAMES P. WALSH (Pro hac vice)
5  Davis Wright Tremaine LLP
   505 Montgomery Street, Suite 800
6  San Francisco, CA 94111-6533
   Tel: (415) 276-6556
7  Fax: (415) 276-6599
8
9  Attorneys for Defendant:
   MARSHALLS 201
10

**FILED**

DISTRICT COURT OF GUAM

FEB 16 2007

MARY L.M. MORAN
CLERK OF COURT

11              **UNITED STATES DISTRICT COURT**

12                **FOR THE TERRITORY OF GUAM**

13  UNITED STATES OF AMERICA,        )   CIVIL CASE NO. 06-00030
                                     )
14                                   )
              Plaintiff,             )
15                                   )   **DEFENDANT'S NOTICE OF TAKING**
         v.                          )   **DEPOSITION**
16                                   )
                                     )
17  MARSHALLS 201,                   )   **LT. MATTHEW J. FUNDERBURK**
                                     )
18                                   )
              Defendant.             )
19  _____  )
20

21              <u>**NOTICE OF TAKING RULE 30 DEPOSITION**</u>

22  **TO:  MIKEL W. SCHWAB, ESQ., ASSISTANT U.S. ATTORNEY, U.S. ATTORNEY
          OFFICE OF THE UNITED STATES ATTORNEY, 108 HERNAN CORTES
23        AVENUE, SUITE 500, HAGÅTÑA, GUAM 96910**

24       Please take Notice that on **FRIDAY, MARCH 2, 2007, at the hour of 9:00 A.M.,** at the

25  Law Office of Clay Chapman Crumpton Iwamura & Pulice, 700 Bishop Street, Suite 2100,

26  Honolulu, Hawaii 96813, Defendant and Claimant, through their attorney of record, James P.

27

28  E:\Jean\Plds\DJB\Marshalls\ntc. depo 7.wpd

                         ORIGINAL

Walsh of Davis Wright Tremaine LLP, will take the deposition of LT. MATTHEW J. FUNDERBURK, United States Coast Guard, pursuant to Rule 30(a), Federal Rules of Civil Procedure, before a notary public or some other officer authorized by law to administer oaths.

The Deponent, who is a representative of Plaintiff in this action is required to produce all U.S. Coast Guard documents relating to Plaintiff's cause of action against the F/V MARSHALLS 201 for civil forfeiture pursuant to 16 U.S.C. §1860, a provision of the Magnuson-Stevens Fishery Conservation and Management Act.

The oral examination will continue from day to day until completed.

Dated this *16* day of February, 2007.

**BERMAN O'CONNOR & MANN**

Attorneys for Defendant *MARSHALLS 201*

BY: _____
**DANIEL J. BERMAN**

E:\Jean\Plds\DJB\Marshalls\ntc. depo 7.wpd