```
 1  BERMAN O'CONNOR & MANN
    Suite 503, Bank of Guam Building
 2  111 Chalan Santo Papa
    Hagåtña, Guam 96910
 3  Telephone: (671) 477-2778
    Facsimile: (671) 477-4366
 4
    JAMES P. WALSH (Pro hac vice)
 5  Davis Wright Tremaine LLP
    505 Montgomery Street, Suite 800
 6  San Francisco, CA 94111-6533
    Tel: (415) 276-6556
 7  Fax: (415) 276-6599
 8
 9  Attorneys for Defendant:
    MARSHALLS 201
10
```

FILED
DISTRICT COURT OF GUAM
FEB 16 2007
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | DEFENDANT'S NOTICE OF TAKING DEPOSITION |
| MARSHALLS 201, | LTJG. THOMAS J. PRZYBYLA |
| Defendant. | |

### NOTICE OF TAKING RULE 30 DEPOSITION

TO: MIKEL W. SCHWAB, ESQ., ASSISTANT U.S. ATTORNEY, U.S. ATTORNEY OFFICE OF THE UNITED STATES ATTORNEY, 108 HERNAN CORTES AVENUE, SUITE 500, HAGÅTÑA, GUAM 96910

Please take Notice that on **THURSDAY, MARCH 1, 2007, at the hour of 9:00 A.M.,** at the Law Office of Clay Chapman Crumpton Iwamura & Pulice, 700 Bishop Street, Suite 2100, Honolulu, Hawaii 96813, Defendant and Claimant, through their attorney of record, James P.

E:\Jean\Plds\DJB\Marshalls\ntc. depo 6.wpd

ORIGINAL

Walsh of Davis Wright Tremaine LLP, will take the deposition of LTJG. THOMAS J. PRZYBYLA, United States Coast Guard, pursuant to Rule 30(a), Federal Rules of Civil Procedure, before a notary public or some other officer authorized by law to administer oaths.

The Deponent, who is a representative of Plaintiff in this action is required to produce all U.S. Coast Guard documents relating to Plaintiff's cause of action against the F/V MARSHALLS 201 for civil forfeiture pursuant to 16 U.S.C. §1860, a provision of the Magnuson-Stevens Fishery Conservation and Management Act.

The oral examination will continue from day to day until completed.

Dated this 16 day of February, 2007.

**BERMAN O'CONNOR & MANN**

Attorneys for Defendant *MARSHALLS 201*

BY: _____
DANIEL J. BERMAN

E:\Jean\Plds\DJB\Marshalls\ntc. depo 6.wpd