BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (Pro hac vice)
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Tel: (415) 276-6556
Fax: (415) 276-6599

Attorneys for Defendant:
MARSHALLS 201

FILED
DISTRICT COURT OF GUAM
FEB 27 2007
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | DEFENDANT'S AMENDED NOTICE OF TAKING DEPOSITION |
| MARSHALLS 201, | JOHN F. BARYLSKY |
| Defendant. | |

## AMENDED NOTICE OF TAKING RULE 30 DEPOSITION

TO: MIKEL W. SCHWAB, ESQ., ASSISTANT U.S. ATTORNEY, U.S. ATTORNEY OFFICE OF THE UNITED STATES ATTORNEY, 108 HERNAN CORTES AVENUE, SUITE 500, HAGÅTÑA, GUAM 96910

Please take Notice that on **WEDNESDAY, MARCH 14, 2007, at the hour of 9:00 A.M.**, at the Law Office of Clay Chapman Crumpton Iwamura & Pulice, 700 Bishop Street, Suite 2100, Honolulu, Hawaii 96813, Defendant and Claimant, through their attorney of record, James

E:\Jean\Plds\DJB\Marshalls\ntc. depo 5 A.wpd

ORIGINAL

P. Walsh of Davis Wright Tremaine LLP, will take the deposition of John F. Barylsky, Special Agent, National Oceanic and Atmospheric, pursuant to Rule 30(a), Federal Rules of Civil Procedure, before a notary public or some other officer authorized by law to administer oaths.

The previous scheduled date of February 28, 2007 is hereby reset.

The Deponent, who is a representative of Plaintiff in this action is required to produce all documents relating to Plaintiff's cause of action against the F/V MARSHALLS 201 for civil forfeiture pursuant to 16 U.S.C. §1860, a provision of the Magnuson-Stevens Fishery Conservation and Management Act.

The oral examination will continue from day to day until completed.

Dated this **26** day of February, 2007.

        BERMAN O'CONNOR & MANN

        Attorneys for Defendant *MARSHALLS 201*

BY: _____
    DANIEL J. BERMAN

E:\Jean\Plds\DJB\Marshalls\ntc. depo 5 A.wpd