```
1  BERMAN O'CONNOR & MANN
   Suite 503, Bank of Guam Building
2  111 Chalan Santo Papa
   Hagåtña, Guam 96910
3  Telephone: (671) 477-2778
   Facsimile: (671) 477-4366
4
   JAMES P. WALSH (Pro hac vice)
5  Davis Wright Tremaine LLP
   505 Montgomery Street, Suite 800
6  San Francisco, CA 94111-6533
   Tel: (415) 276-6556
7  Fax: (415) 276-6599
8
9  Attorneys for Defendant:
   MARSHALLS 201
10
```

FILED
DISTRICT COURT OF GUAM
FEB 27 2007
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | DEFENDANT'S AMENDED NOTICE OF TAKING DEPOSITION |
| MARSHALLS 201, | LT. MATTHEW J. FUNDERBURK |
| Defendant. | |

### AMENDED NOTICE OF TAKING RULE 30 DEPOSITION

TO: MIKEL W. SCHWAB, ESQ., ASSISTANT U.S. ATTORNEY, U.S. ATTORNEY OFFICE OF THE UNITED STATES ATTORNEY, 108 HERNAN CORTES AVENUE, SUITE 500, HAGÅTÑA, GUAM 96910

Please take Notice that on **FRIDAY, MARCH 16, 2007, at the hour of 9:00 A.M.**, at the Law Office of Clay Chapman Crumpton Iwamura & Pulice, 700 Bishop Street, Suite 2100, Honolulu, Hawaii 96813, Defendant and Claimant, through their attorney of record, James P.

E:\Jean\Plds\DJB\Marshalls\ntc. depo 7.wpd

**ORIGINAL**

Walsh of Davis Wright Tremaine LLP, will take the deposition of LT. MATTHEW J. FUNDERBURK, United States Coast Guard, pursuant to Rule 30(a), Federal Rules of Civil Procedure, before a notary public or some other officer authorized by law to administer oaths.

The previous scheduled date of March 2, 2007 is hereby reset.

The Deponent, who is a representative of Plaintiff in this action is required to produce all U.S. Coast Guard documents relating to Plaintiff's cause of action against the F/V MARSHALLS 201 for civil forfeiture pursuant to 16 U.S.C. §1860, a provision of the Magnuson-Stevens Fishery Conservation and Management Act.

The oral examination will continue from day to day until completed.

Dated this 26 day of February, 2007.

BERMAN O'CONNOR & MANN

Attorneys for Defendant *MARSHALLS 201*

BY: _____
DANIEL J. BERMAN

E:\Jean\Plds\DJB\Marshalls\ntc. depo 7.wpd