1  **BERMAN O'CONNOR & MANN**
   Suite 503, Bank of Guam Building
2  111 Chalan Santo Papa
   Hagåtña, Guam 96910
3  Telephone: (671) 477-2778
   Facsimile: (671) 477-4366

4  JAMES P. WALSH (Pro hac vice)
   Davis Wright Tremaine LLP
5  505 Montgomery Street, Suite 800
   San Francisco, CA 94111-6533
6  Tel: (415) 276-6556
   Fax: (415) 276-6599
7

8  Attorneys for Defendants:
   *MARSHALLS 201 and MARSHALL*
9  *ISLANDS FISHING COMPANY*



**FILED**
DISTRICT COURT OF GUAM

FEB 2 8 2007

**MARY L.M. MORAN**
**CLERK OF COURT**

10                  **UNITED STATES DISTRICT COURT**

11                  **FOR THE TERRITORY OF GUAM**

12  UNITED STATES OF AMERICA,          )   CIVIL CASE NO. 06-00030
                                       )
13              Plaintiff,             )
                                       )
14       v.                            )   **CERTIFICATE OF SERVICE**
                                       )
15  MARSHALLS 201,                     )
                                       )
16              Defendant.             )
    _____)

17                  **CERTIFICATE OF SERVICE**

18       I hereby certify that on the 27th day of February, 2007, I caused to be served a
19  copy of the Defendant's Amended Notice of Taking Deposition of LTJG. Thomas J.
20  Przybyla, Defendant's Amended Notice of Taking Deposition of LT. Matthew J.
    Funderburk, and Defendant's Amended Notice of Taking Deposition of John F. Barylsky,
21  on the following:

22                  **VIA HAND DELIVERY**

23                  Mikel W. Schwab, Esq.
                    Office of the United States Attorney
24                  108 Hernan Cortes Avenue, Suite 500
                    Hagåtña, Guam 96910
25

26       Dated this 27th day of February, 2007.

27

28                                  BY: _____
                                        JEANNETTE F. RIVERA

E:\Jean\Plds\DJB\Marshalls\COS 9.wpd

ORIGINAL