BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (Pro hac vice)
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Tel: (415) 276-6556
Fax: (415) 276-6599

Attorneys for Defendant:
*MARSHALLS 201*

FILED
DISTRICT COURT OF GUAM
MAR - 5 2007
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | DEFENDANT'S SECOND AMENDED NOTICE OF TAKING DEPOSITION |
| MARSHALLS 201, | JOHN F. BARYLSKY |
| Defendant. | |

### SECOND AMENDED NOTICE OF TAKING RULE 30 DEPOSITION

TO: **MIKEL W. SCHWAB, ESQ., ASSISTANT U.S. ATTORNEY, U.S. ATTORNEY OFFICE OF THE UNITED STATES ATTORNEY, 108 HERNAN CORTES AVENUE, SUITE 500, HAGÅTÑA, GUAM 96910**

Please take Notice that on **TUESDAY, MARCH 13, 2007, at the hour of 9:00 A.M.**, at the Law Office of Clay Chapman Crumpton Iwamura & Pulice, 700 Bishop Street, Suite 2100, Honolulu, Hawaii 96813, Defendant and Claimant, through their attorney of record, James P.

E:\Jean\Plds\DJB\Marshalls\ntc. depo 5 B.wpd

**ORIGINAL**

Walsh of Davis Wright Tremaine LLP, will take the deposition of John F. Barylsky, Special Agent, National Oceanic and Atmospheric, pursuant to Rule 30(a), Federal Rules of Civil Procedure, before a notary public or some other officer authorized by law to administer oaths.

The previous scheduled date of March 14, 2007 is hereby reset.

The Deponent, who is a representative of Plaintiff in this action is required to produce all documents relating to Plaintiff's cause of action against the F/V MARSHALLS 201 for civil forfeiture pursuant to 16 U.S.C. §1860, a provision of the Magnuson-Stevens Fishery Conservation and Management Act.

The oral examination will continue from day to day until completed.

Dated this 5 day of March, 2007.

BERMAN O'CONNOR & MANN

Attorneys for Defendant *MARSHALLS 201*

BY: *Daniel Berman*
DANIEL J. BERMAN

E:\Jean\Plds\DJB\Marshalls\ntc. depo 5 B.wpd