| | |
|---|---|
| 1 | BERMAN O'CONNOR & MANN |
| | Suite 503, Bank of Guam Building |
| 2 | 111 Chalan Santo Papa |
| | Hagåtña, Guam 96910 |
| 3 | Telephone: (671) 477-2778 |
| | Facsimile: (671) 477-4366 |
| 4 | |
| | JAMES P. WALSH (Pro hac vice) |
| 5 | Davis Wright Tremaine LLP |
| | 505 Montgomery Street, Suite 800 |
| 6 | San Francisco, CA 94111-6533 |
| | Tel: (415) 276-6556 |
| 7 | Fax: (415) 276-6599 |

FILED
DISTRICT COURT OF GUAM
MAR - 5 2007
MARY L.M. MORAN
CLERK OF COURT

Attorneys for Defendant:
*MARSHALLS 201*

# UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 06-00030 |
| Plaintiff, | ) ) ) | **DEFENDANT'S SECOND AMENDED** |
| v. | ) ) | **NOTICE OF TAKING DEPOSITION** |
| MARSHALLS 201, | ) ) | LTJG. THOMAS J. PRZYBYLA |
| Defendant. | ) ) ) | |

### SECOND AMENDED NOTICE OF TAKING RULE 30 DEPOSITION

**TO:** **MIKEL W. SCHWAB, ESQ., ASSISTANT U.S. ATTORNEY, U.S. ATTORNEY OFFICE OF THE UNITED STATES ATTORNEY, 108 HERNAN CORTES AVENUE, SUITE 500, HAGÅTÑA, GUAM 96910**

Please take Notice that on **FRIDAY, MARCH 16, 2007, at the hour of 9:00 A.M.**, at the Law Office of Davis Wright Tremaine LLP, 2600 Century Square, 1501 Fourth Street, Seattle, Washington, Defendant and Claimant, through their attorney of record, James P. Walsh of Davis

E:\Jean\Plds\DJB\Marshalls\ntc. depo 6 B.wpd

Wright Tremaine LLP, will take the deposition of LTJG. THOMAS J. PRZYBYLA, United States Coast Guard, pursuant to Rule 30(a), Federal Rules of Civil Procedure, before a notary public or some other officer authorized by law to administer oaths.

The previous scheduled date of March 15, 2007 is hereby reset.

The Deponent, who is a representative of Plaintiff in this action is required to produce all U.S. Coast Guard documents relating to Plaintiff's cause of action against the F/V MARSHALLS 201 for civil forfeiture pursuant to 16 U.S.C. §1860, a provision of the Magnuson-Stevens Fishery Conservation and Management Act.

The oral examination will continue from day to day until completed.

Dated this 5 day of March, 2007.

**BERMAN O'CONNOR & MANN**

Attorneys for Defendant *MARSHALLS 201*

BY: _____
DANIEL J. BERMAN

E:\Jean\Plds\DJB\Marshalls\ntc. depo 6 B.wpd