**BERMAN O'CONNOR & MANN**
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (Pro hac vice)
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Tel: (415) 276-6556
Fax: (415) 276-6599

Attorneys for Defendants:
*MARSHALLS 201 and MARSHALL
ISLANDS FISHING COMPANY*

FILED
DISTRICT COURT OF GUAM
MAR - 6 2007
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 06-00030 |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| MARSHALLS 201, | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2007, I caused to be served a copy of the Defendant's Second Amended Notice of Taking Deposition of LTJG. Thomas J. Przybyla, Defendant's Second Amended Notice of Taking Deposition of LT. Matthew J. Funderburk, and Defendant's Second Amended Notice of Taking Deposition of John F. Barylsky, on the following:

### VIA HAND DELIVERY

Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910

Dated this 5th day of March, 2007.

BY: _____
JEANNETTE F. RIVERA

E:\Jean\Plds\DJB\Marshalls\COS 11.wpd