# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARSHALLS 201,<br><br>Defendant. | Civil Case No. 06-00030<br><br><br><br>ORDER |

Presently before the Court is the Defendant's Motion to Amend Answer (Docket No. 48), filed on February 9, 2007. To date, the Plaintiff has not filed a response to the motion. In light of this lack of opposition and given Rule 15(a)'s liberal standard to permit such amendments, the Court hereby grants the motion. The Defendant shall file its amended answer within 10 days from the issuance of this Order.

SO ORDERED this 9th day of March 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**