```
 1  BERMAN O'CONNOR & MANN
    Suite 503, Bank of Guam Building
 2  111 Chalan Santo Papa
    Hagåtña, Guam 96910
 3  Telephone: (671) 477-2778
    Facsimile: (671) 477-4366
 4
    JAMES P. WALSH (Pro hac vice)
 5  Davis Wright Tremaine LLP
    505 Montgomery Street, Suite 800
 6  San Francisco, CA 94111-6533
    Tel: (415) 276-6556
 7  Fax: (415) 276-6599

 8  Attorneys for Defendants:
    MARSHALLS 201 and MARSHALL
 9  ISLANDS FISHING COMPANY
```

**FILED**
DISTRICT COURT OF GUAM
APR 19 2007
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 06-00030 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| MARSHALLS 201, | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April, 2007, I caused to be served a copy of the Defendant's Notice of Taking Deposition of LT. CDR. Mary Dean, on the following:

### VIA HAND DELIVERY

Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910

Dated this 19th day of April, 2007.

BY: _____
JEANNETTE F. RIVERA

ORIGINAL