DANIEL J. BERMAN
Berman O'Connor & Mann
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (Pro hac vice)
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Tel: (415) 276-6556
Fax: (415) 276-6599

Attorneys for Defendants:
MARSHALLS 201 and MARSHALL
ISLANDS FISHING COMPANY

**FILED**
DISTRICT COURT OF GUAM
JUN 1 8 2007
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT

### FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARSHALLS 201, <br><br> Defendant. | CIVIL CASE NO. 06-00030 <br><br> **CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June, 2007, I caused to be served a copy of the Defendant's Response to Plaintiffs First Request for Admission; Defendant's Response to Plaintiff's First Set of Interrogatories; Defendant's Response to Plaintiff's First Request for Production of Document r, on the following:

**VIA HAND DELIVERY**

Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910

Dated this 18th day of June, 2007.

BY: _____
ROSEMARIE G. AGULTO

H:\Jean\Plds\DJB\Marshalls\COS 14.wpd

ORIGINAL

Case 1:06-cv-00030  Document 69  Filed 06/18/2007  Page 1 of 1