ORIGINAL

FILED

DISTRICT COURT OF GUAM

JUL 25 2007 ⊗

MARY L.M. MORAN
CLERK OF COURT

1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Tel: 671-472-7332
5  Fax: 671-472-7215

6  Paul Ortiz
   Senior Attorney
7  Office of General Counsel
   National Oceanic and Atmospheric Administration
8  501 West Ocean Blvd.
   Suite 4470
9  Long Beach, California 90802
   Tel: 562 980 4069

10
   Counsel for Plaintiff the United States of America
11

12            **IN THE UNITED STATES DISTRICT COURT**

13              **FOR THE TERRITORY OF GUAM**

14

15
   UNITED STATES OF AMERICA           )    CIVIL CASE NO. 06-00030
16                                     )
                   Plaintiff,          )
17                                     )    **STIPULATION TO AMEND**
              vs.                      )    **SCHEDULING ORDER**
18                                     )    **AND DISCOVERY PLAN**
   MARSHALLS 201,                      )
19                                     )
                   Defendant.          )
20   _____)

21       The United States hereby requests to amend the Scheduling Order and Discovery Plan in

22  this case to extend the time for discovery. The requested continuance allows the Plaintiff and the

23  United States to complete necessary discovery and appropriately present the claim for trial before

24  the U.S. District Court. The continuance will best serve the pursuit of justice in this matter and

25  will assist the Court in the ultimate decision on this claim.

26       Therefore, the parties humbly request the approval of the Court for continuance as

27  follows:

28

1. **Discovery Cutoff**. The discovery cutoff date (defined as the last date to file responses to discovery) shall be **Monday, August 27, 2007.**

2. **Expert Discovery**:

    a. The disclosures of expert testimony required under Federal Rule of Civil Procedure 26(a)(2) shall be made not later than **Tuesday, September 4, 2007.**

    b. Any designation of rebuttal expert testimony under Rule 26(a)(2) shall be made no later than **Monday, September 24, 2007.**

    c. The depositions of experts may be scheduled at any time at least 20 days subsequent to the submission of rebuttal reports. The depositions of said experts shall be completed no later than **Monday, October 15, 2007.**

3. **Motions**.

    a. Discovery motions shall be filed on or before **Monday, October 1, 2007.**

    b. Dispositive motions shall be filed on or before **Monday, October 29, 2007.**

So stipulated.

MIKEL W. SCHWAB
Assistant U.S. Attorney

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI
Sirena Plaza Suite 500
108 Hernan Cortez Ave.
Hagåtña, GU 96910

Counsel for Plaintiff United States

DATED: 7-23-07

DANIEL J. BERMAN
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, GU 96910

JAMES P. WALSH (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Counsel for Defendant / Counterclaimant

DATED: 7/24/07

2