BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (Pro hac vice)
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Tel: (415) 276-6556
Fax: (415) 276-6599

**FILED**
DISTRICT COURT OF GUAM

AUG 10 2007

JEANNE G. QUINATA
Clerk of Court

Attorneys for Defendant:
*MARSHALLS 201*

## UNITED STATES DISTRICT COURT

### FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | **DEFENDANT'S NOTICE OF TAKING DEPOSITION** |
| MARSHALLS 201, | NOAA REPRESENTATIVE IAN CHUN |
| Defendant. | |

### NOTICE OF TAKING RULE 30 DEPOSITION

TO: MIKEL W. SCHWAB, ESQ., ASSISTANT U.S. ATTORNEY, U.S. ATTORNEY OFFICE OF THE UNITED STATES ATTORNEY, 108 HERNAN CORTES AVENUE, SUITE 500, HAGÅTÑA, GUAM 96910

Please take Notice that on **FRIDAY, AUGUST 17, 2007, at the hour of 1:30 P.M.**, at the Prince Hotel - Waikiki, 100 Holomoana Street, Room 516, Honolulu, Hawaii 96813, Defendant and Claimant, through their attorney of record, James P. Walsh of Davis Wright

E:\Jean\Plds\DJB\Marshalls\ntc. depo 11.wpd

**ORIGINAL**

Tremaine LLP, will take the deposition of NOAA Representative Ian Chun, pursuant to Rule 30(a), Federal Rules of Civil Procedure, before a notary public or some other officer authorized by law to administer oaths.

The Deponent, who is a representative of Plaintiff in this action is required to produce all documents relating to Plaintiff's cause of action against the F/V MARSHALLS 201 for civil forfeiture pursuant to 16 U.S.C. §1860, a provision of the Magnuson-Stevens Fishery Conservation and Management Act.

The oral examination will continue from day to day until completed.

Dated this __9__ day of August, 2007.

                    **BERMAN O'CONNOR & MANN**

                    Attorneys for Defendant *MARSHALLS 201*

BY: _____
                    **DANIEL J. BERMAN**
                    **JAMES WALSH**

E:\Jean\Plds\DJB\Marshalls\ntc. depo 11.wpd