| | |
|---|---|
| 1 | BERMAN O'CONNOR & MANN |
| 2 | Suite 503, Bank of Guam Building<br>111 Chalan Santo Papa |
| 3 | Hagåtña, Guam 96910<br>Telephone: (671) 477-2778 |
| 4 | Facsimile: (671) 477-4366 |



**FILED**
DISTRICT COURT OF GUAM

AUG 10 2007

JEANNE G. QUINATA
Clerk of Court

1  BERMAN O'CONNOR & MANN
   Suite 503, Bank of Guam Building
2  111 Chalan Santo Papa
   Hagåtña, Guam 96910
3  Telephone: (671) 477-2778
   Facsimile: (671) 477-4366
4
5  JAMES P. WALSH (Pro hac vice)
   Davis Wright Tremaine LLP
6  505 Montgomery Street, Suite 800
   San Francisco, CA 94111-6533
7  Tel: (415) 276-6556
   Fax: (415) 276-6599
8
9  Attorneys for Defendant:
   MARSHALLS 201
10

## UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CIVIL CASE NO. 06-00030 |
|---|---|
| Plaintiff, | ) |
| v. | ) **DEFENDANT'S NOTICE OF**<br>) **TAKING DEPOSITION** |
| MARSHALLS 201, | ) **NOAA AGENT JON BARYLSKY** |
| Defendant. | ) |

### NOTICE OF TAKING RULE 30 DEPOSITION

TO:  MIKEL W. SCHWAB, ESQ., ASSISTANT U.S. ATTORNEY, U.S. ATTORNEY OFFICE OF THE UNITED STATES ATTORNEY, 108 HERNAN CORTES AVENUE, SUITE 500, HAGÅTÑA, GUAM 96910

Please take Notice that on **FRIDAY, AUGUST 17, 2007, at the hour of 9:00 A.M.**, at the Prince Hotel - Waikiki, 100 Holomoana Street, Room 516, Honolulu, Hawaii 96813, Defendant and Claimant, through their attorney of record, James P. Walsh of Davis Wright

E:\Jean\Plds\DJB\Marshalls\ntc. depo 10.wpd

**ORIGINAL**

Tremaine LLP, will take the deposition of NOAA Agent Jon Barylsky, pursuant to Rule 30(a), Federal Rules of Civil Procedure, before a notary public or some other officer authorized by law to administer oaths.

The Deponent, who is a representative of Plaintiff in this action is required to produce all documents relating to Plaintiff's cause of action against the F/V MARSHALLS 201 for civil forfeiture pursuant to 16 U.S.C. §1860, a provision of the Magnuson-Stevens Fishery Conservation and Management Act.

The oral examination will continue from day to day until completed.

Dated this 9 day of August, 2007.

                                              BERMAN O'CONNOR & MANN

                                              Attorneys for Defendant *MARSHALLS 201*

BY: _____
       DANIEL J. BERMAN
       JAMES WALSH

E:\Jean\Plds\DJB\Marshalls\ntc. depo 10.wpd