BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (Pro hac vice)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Tel: (415) 276-6556
Fax: (415) 276-6599

Attorneys for Defendants:
MARSHALLS 201 and MARSHALL
ISLANDS FISHING COMPANY

**FILED**
DISTRICT COURT OF GUAM
AUG 10 2007
JEANNE G. QUINATA
Clerk of Court

## UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| MARSHALLS 201, | |
| Defendant. | |

I hereby certify that on the ____th day of August, 2007, I caused to be served a copy of the Defendants' Notices of Taking Depositions of Jon F. Barylsky and Ian Chun on the following:

**VIA HAND DELIVERY**

Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910

Dated this  9  th day of August, 2007.

BY: _____
JACQUELINE ROBERTSON

E:\Jacque\Marshalls\certificate of service.wpd

ORIGINAL