1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Tel: 671-472-7332
5  Fax: 671-472-7215

6  PAUL ORTIZ
   Senior Attorney
7  Office of General Counsel
   National Oceanic and Atmospheric Administration
8  501 West Ocean Blvd.
   Suite 4470
9  Long Beach, California 90802
   Tel: 562 980 4069
10
   Counsel for Plaintiff the United States of America
11

12              **IN THE UNITED STATES DISTRICT COURT**

13                   **FOR THE TERRITORY OF GUAM**

14

15
   UNITED STATES OF AMERICA          )     CIVIL CASE NO.  06-00030
16                                    )
                    Plaintiff,        )
17                                    )     **ORDER TO AMEND**
              vs.                     )     **SCHEDULING ORDER**
18                                    )     **AND DISCOVERY PLAN**
   MARSHALLS 201,                     )
19                                    )
                    Defendant.        )
20  _____  )

21         The Court, having considered the Stipulation to Amend Scheduling Order and Discovery

22  Plan hereby grants the motion to extend the time for discovery as follows:

23

24         1. **Discovery Cutoff**.  The discovery cutoff date (defined as the last date to file responses

25  to discovery) shall be **Monday, August 27, 2007.**

26  //

27  //

28  //

2. **Expert Discovery**:

    a.  The disclosures of expert testimony required under Federal Rule of Civil Procedure 26(a)(2) shall be made not later than **Tuesday, September 4, 2007.**

    b.  Any designation of rebuttal expert testimony under Rule 26(a)(2) shall be made no later than **Monday, September 24, 2007.**

    c.  The depositions of experts may be scheduled at any time at least 20 days subsequent to the submission of rebuttal reports.  The depositions of said experts shall be completed no later than **Monday, October 15, 2007.**

3. **Motions**.

    a.  Discovery motions shall be filed on or before **Monday, October 1, 2007.**

    b.  Dispositive motions shall be filed on or before **Monday, October 29, 2007.**

IT IS SO ORDERED.

 **/s/ Joaquin V.E. Manibusan, Jr.**
      **U.S. Magistrate Judge**
**Dated: Aug 24, 2007**

2