| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | MIKEL W. SCHWAB<br>Assistant U.S. Attorney |
| 3 | Sirena Plaza, Suite 500<br>108 Hernan Cortez Avenue |
| 4 | Hagatna, Guam 96910<br>Tel: 671-472-7332 |
| 5 | Fax: 671-472-7215 |

FILED
DISTRICT COURT OF GUAM
AUG 31 2007
JEANNE G. QUINATA
Clerk of Court

PAUL ORTIZ
Senior Attorney
Office of General Counsel
National Oceanic and Atmospheric Administration
501 West Ocean Blvd.
Suite 4470
Long Beach, California 90802
Tel: 562 980 4069

Counsel for Plaintiff the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CIVIL CASE NO. 06-00030 |
| Plaintiff, ) | |
| ) | **MOTION TO TAKE FOREIGN DEPOSITION OUTSIDE THE CLOSE OF FACT WITNESS DISCOVERY; STIPULATION** |
| vs. ) | |
| MARSHALLS 201, ) | |
| Defendant. ) | |

Comes now the United States, pursuant to Rule Federal Rules of Civil Procedure, Rule 6 (b) and Rule 26, and hereby motions the Court to enlarge time for the fact-witness deposition of one witness. The witness, Eugene Mueller, is located on the Island of Majuro, Federated States of Micronesia (FSM), and is not able to travel to Guam. The parties will travel to Majuro for the Deposition. The deposition requires the coordination of the attorneys and will require a "Host Country Clearance" for the United States' counsel, from the U.S. Department of State (derived from the authority of Ambassadors and Chiefs of Mission, 22 U.S.C. § 3927 and E.O. 10893),

which is presently pending. The earliest dates the parties could coordinate for the deposition of Mr. Mueller in Majuro is September 21, 2007, at 9:00 a.m. The Discovery cutoff for fact witnesses was Monday, August 27, 2007. Deposition of experts is scheduled to be completed by Monday, September 24, 2007.

The September 21, 2007 deposition of the one fact witness located in the FSM would take place within the time period for expert witness discovery, and none of the other dates presently set under the Court's Scheduling Orders would be affected. The parties have stipulated to this Motion, it is hereby submitted on the pleadings, and no hearing is requested.

So stipulated.

MIKEL W. SCHWAB
Assistant U.S. Attorney

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI
Sirena Plaza Suite 500
108 Hernan Cortez Ave.
Hagåtña, GU 96910

Counsel for Plaintiff United States

DATED: 8/30/07

DANIEL J. BERMAN
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, GU 96910

JAMES P. WALSH (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Counsel for Defendant / Counterclaimant

DATED: 8/30/07