1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Tel: (671) 472-7332
5  Fax: (671) 472-7215

6  PAUL ORTIZ
   Senior Attorney
7  Office of General Counsel
   National Oceanic and Atmospheric Administration
8  501 West Ocean Blvd.
   Suite 4470
9  Long Beach, California 90802
   Tel: 562 980 4069

Counsel for Plaintiff United States of America

FILED
DISTRICT COURT OF GUAM
AUG 31 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 06-00030 |
| Plaintiff, ) | |
| vs. ) | **NOTICE TO TAKE DEPOSITION** |
| MARSHALLS 201, ) | |
| Defendant. ) | |

TO:   EUGENE MUELLER
      Manager
      Marshall Islands Fishing Company
      P.O. Box 1138
      Majuro, RMI

      JAMES P. WALSH, Attorney for Defendant
      Davis Wright Tremaine LLP
      505 Montgomery Street, Suite 800
      San Francisco, CA 94111-6533

DANIEL J. BERMAN, Attorney for Defendant
Berman O'Connor & Mann
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, Guam 96910

**PLEASE TAKE NOTICE**, that on **September 21, 2007, at 9:00 a.m.**, Republic of the Marshall Islands time, at the Marshall Islands Resort Hotel, Room 238, P.O. Box 3279 Mieco Beach Front, Amata Kabua Blvd., Majuro, MH 96960, Plaintiff United States will take the deposition of **EUGENE MUELLER**, upon oral examination pursuant to the Rules of Civil Procedure. The deposition shall be taken before a notary public or before some other officer authorized by law to administer oaths. The deposition shall be recorded by audiotape or stenographic means.

The Deponent, who is a representative of Defendant in this action, is required to produce all documents relating to the acquisition and ownership of the MARSHALLS 201, as well as any records relating to electronic communications with the vessel, to include Vessel Monitoring System (VMS) tracking data, for the period September 1-9, 2006.

DATED this 29th day of August, 2007.

                    LEONARDO M. RAPADAS
                    United States Attorney
                    Districts of Guam and CNMI

By: _____
      MIKEL W. SCHWAB
      Assistant U.S. Attorney