ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

PAUL ORTIZ
Senior Attorney
Office of General Counsel
National Oceanic and Atmospheric Administration
501 West Ocean Blvd.
Suite 4470
Long Beach, California 90802
Tel: 562 980 4069

Counsel for Plaintiff United States of America

**FILED**
DISTRICT COURT OF GUAM

SEP - 4 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARSHALLS 201, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL CASE NO. 06-00030 <br><br> **CERTIFICATE OF SERVICE** |

    I hereby certify that on the __31st__ day of August, 2007, I caused to be served a copy of the Plaintiff's Notice to Take Deposition of Eugene Mueller, on:

### **VIA HAND DELIVERY**

DANIEL J. BERMAN, Attorney for Defendant
Berman O'Connor & Mann
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, Guam 96910

1 | DATED this 4th day of September, 2007.
2 |
3 |         LEONARDO M. RAPADAS
4 |         United States Attorney
5 |         Districts of Guam and CNMI
6 |     By: /s/ GREGORY E. HELM
7 |         GREGORY E. HELM
        Litigation Support Specialist