# ORIGINAL

1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Tel: (671) 472-7332
5  Fax: (671) 472-7215

6  PAUL ORTIZ
   Senior Attorney
7  Office of General Counsel
   National Oceanic and Atmospheric Administration
8  501 West Ocean Blvd.
   Suite 4470
9  Long Beach, California 90802
   Tel: 562 980 4069
10
   Counsel for Plaintiff United States of America
11

**FILED**
DISTRICT COURT OF GUAM

SEP - 4 2007 *nbd*

JEANNE G. QUINATA
Clerk of Court

12
13            **IN THE UNITED STATES DISTRICT COURT**

14            **FOR THE TERRITORY OF GUAM**

15
   UNITED STATES OF AMERICA,          )     CIVIL CASE NO. 06-00030
16                                     )
                Plaintiff,             )
17                                     )     **CERTIFICATE OF SERVICE**
                vs.                    )
18                                     )
                                       )
19  MARSHALLS 201,                     )
                                       )
20              Defendant.             )
   _____   )
21

22       I hereby certify that on the __31st__ day of August, 2007, I caused to be served a copy of the

23  Plaintiff's Motion to Take Foreign Deposition Outside the Close of Fact Witness Discovery;

24  Stipulation, on:

25                          **VIA HAND DELIVERY**

26            DANIEL J. BERMAN, Attorney for Defendant
              Berman O'Connor & Mann
27            Suite 503, Bank of Guam Building
              111 Chalan Santo Papa
28            Hagatna, Guam 96910

1  DATED this 4th day of September, 2007.

2

3                                   LEONARDO M. RAPADAS
                                    United States Attorney
4                                   Districts of Guam and CNMI

5
                          By:
6                                   GREGORY E. HELM
                                    Litigation Support Specialist
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                  - 2 -