BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
*MARSHALLS 201*

FILED
DISTRICT COURT OF GUAM
OCT 1 1 2007
JEANNE G. QUINATA
Clerk of Court

## UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | STIPULATION WITH REGARD TO DEPOSITION OF EXPERTS AND SCHEDULE MODIFICATION |
| MARSHALLS 201, | |
| Defendant. | |

Defendant Marshalls 201 and Plaintiff United States of America, through counsel undersigned, respectively, hereby stipulate to the following schedule modification and manner of deposing designated experts in this case, as an amendment to the previously approved case management schedule:

1. All expert depositions shall be concluded by November 9, 2007.

2. Depositions shall be conducted as follows:

    a. The following experts shall be deposed for one day each, at a location to be designated at a later time, in Honolulu, Hawaii:

        i. Prof. Jon Van Dyke (Defendant's expert), Wednesday, October 31;

        ii. Scott Edmonds (Defendant's expert), (travel and lodging

to be paid by Plaintiff), Thursday, November 1; and

    iii.    Dr. Richard Smith (Plaintiff's expert), (travel and lodging to be paid by Plaintiff), Friday, November 2.

    b.    The following experts shall be deposed for one day each, at a location to be designated at a later time, in San Diego, CA;

    i.    John C. Timmel (Plaintiff's expert), (travel and lodging to be paid by Defendant), Monday, November 5;

    ii.    Richard J. Stephenson (Plaintiff's expert), Tuesday, November 6; and

    iii.    Manuel Silva (Defendant's expert), Wednesday, November 7;

3.    In accordance with FRCP 26(b)(4)(C), each party shall pay a witness fee equal to the disclosed hourly compensation rate of each of the opponent's expert witness multiplied by the number of hours of deposition.

4.    The parties agree that the expert report of Robert Cohen, Defendant's designated expert on wind and current conditions on September 9, 2006, shall be treated as his testimony at trial.

**SO STIPULATED:**

                      **BERMAN O'CONNOR & MANN**

                      Attorneys for Defendant *MARSHALLS 201*

DATED: OCT. 10, 2007  BY:  _____
                                        DANIEL J. BERMAN, ESQ.

E:\Jean\Plds\DJB\Marshalls\stip 100807.wpd

**OFFICE OF THE UNITED STATES ATTORNEY**

Attorneys for Plaintiff *UNITED STATES OF AMERICA*

DATED: 10-10-07   BY: /s/
MIKEL W. SCHWAB, ESQ.

~~SO ORDERED:~~ T.A.

~~JUDGE
UNITED STATES DISTRICT COURT OF GUAM~~ T.A.

E:\Jean\Plds\DJB\Marshalls\stip 100807.wpd