BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
*MARSHALLS 201*

**FILED**
DISTRICT COURT OF GUAM
OCT 1 8 2007
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 06-00030 |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION TO MOTION FOR** |
| v. ) | **ORDER TO WITHDRAW** |
| ) | **DEFENDANTS' SECOND SUPPLEMENTAL** |
| MARSHALLS 201, ) | **RESPONSE TO REQUEST FOR** |
| ) | **PRODUCTION OF DOCUMENTS** |
| ) | **FILED OCTOBER 11, 2007** |
| Defendant. ) | |

**STIPULATION TO MOTION FOR ORDER TO WITHDRAW
DEFENDANTS' SECOND SUPPLEMENTAL RESPONSE TO
REQUEST FOR PRODUCTION OF DOCUMENTS FILED OCTOBER 11, 2007**

Comes Now Defendant MARSHALLS 201 and Plaintiff UNITED STATES OF AMERICA, by and through counsel undersigned, respectively, and hereby stipulate to a Motion for an Order to direct Clerk to permit withdrawal of the Defendants'/Claimants' Second Response to Request for Production of Documents erroneously and mistakenly filed by Defendant/Claimant on October 11, 2007. This Stipulation and Motion is based on F.R.Civ.Pro. 60(b) mistake of Defendant's/Claimant's counsel. Plaintiff's counsel bears no responsibility for the mistake; it is only Defendant's counsel error. Discovery responses should not be filed by the parties and their counsel.

H:\Norma\Working Docs 2007\DJB\(2) Oct - Dec\P077008.DJB.wpd

**ORIGINAL**

USA V. MARSHALLS 201  
STIPULATION TO MOTION FOR ORDER TO WITHDRAW  
DEFENDANT'S SUPPLEMENTAL RESPONSE TO REQUEST  
FOR PRODUCTION OF DOCUMENTS ON OCTOBER 11, 2007

CV06-00030  
Page     2

WHEREFORE, Defendant/Claimant moves the Honorable Court for an Order to direct the Clerk of Court to permit withdrawal of the Defendants'/Claimants' Second Supplemental Response to Request for Production of Documents filed on October 11, 2007.

**IT IS SO STIPULATED:**

**BERMAN O'CONNOR & MANN**

Attorneys for Defendant *MARSHALLS 201*

DATED: Oct. 17, 2007     BY: _____
                              **DANIEL J. BERMAN, ESQ.**

**OFFICE OF THE UNITED STATES ATTORNEY**

Attorneys for Plaintiff *UNITED STATES OF AMERICA*

DATED: Oct 17 2007     BY: _____
                              **MIKEL W. SCHWAB, ESQ.**