BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (Pro hac vice)
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Tel: (415) 276-6556
Fax: (415) 276-6599

Attorneys for Defendant:
*MARSHALLS 201*

**FILED**
DISTRICT COURT OF GUAM

OCT 1 9 2007

JEANNE G. QUINATA
Clerk of Court

## UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | **DEFENDANT'S NOTICE OF TAKING DEPOSITION** |
| MARSHALLS 201, | ROBERT L. SMITH |
| Defendant. | |

### NOTICE OF TAKING RULE 30 DEPOSITION

**TO:** MIKEL W. SCHWAB, ESQ., ASSISTANT U.S. ATTORNEY, U.S. ATTORNEY OFFICE OF THE UNITED STATES ATTORNEY, 108 HERNAN CORTES AVENUE, SUITE 500, HAGÅTÑA, GUAM 96910

Please take Notice that on **FRIDAY, NOVEMBER 2, 2007, at the hour of 9:00 A.M.,** at the NOAA Conference Room, 1601 Kapiolani Boulevard, Room 950, Honolulu, Hawaii 96813, Defendant and Claimant, through their attorney of record, James P. Walsh of Davis

E:\Jean\Plds\DJB\Marshalls\ntc. depo 12.wpd

**ORIGINAL**

Wright Tremaine LLP, will take the deposition of **ROBERT L. SMITH**, pursuant to Rule 30(a), Federal Rules of Civil Procedure, before a notary public or some other officer authorized by law to administer oaths.

The Deponent, who is an expert witness of Plaintiff in this action is required to produce all documents relating to Plaintiff's cause of action against the F/V MARSHALLS 201 for civil forfeiture pursuant to 16 U.S.C. §1860, a provision of the Magnuson-Stevens Fishery Conservation and Management Act.

The oral examination will continue from day to day until completed.

Dated this 19 day of October, 2007.

**BERMAN O'CONNOR & MANN**

Attorneys for Defendant *MARSHALLS 201*

BY: _____
**DANIEL J. BERMAN**

E:\Jean\Plds\DJB\Marshalls\ntc. depo 12.wpd