BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (Pro hac vice)
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Tel: (415) 276-6556
Fax: (415) 276-6599

Attorneys for Defendant:
*MARSHALLS 201*
FILED
DISTRICT COURT OF GUAM
OCT 1 9 2007
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| MARSHALLS 201, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 19TH day of October, 2007, I caused to be served a copy of the Defendant's Notice of Taking Deposition of Robert L. Smith, on the following:

### VIA HAND DELIVERY

Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910

Dated this 19TH day of October, 2007.

BY: _____
JEANNETTE F. RIVERA

E:\Jean\Plds\DJB\Marshalls\ntc. depo 12.wpd

ORIGINAL