BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (Pro hac vice)
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6556
Facsimile: (415) 276-6599

**FILED**
DISTRICT COURT OF GUAM

OCT 22 2007

JEANNE G. QUINATA
Clerk of Court

Attorneys for Defendant:
MARSHALLS 201

UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | DEFENDANT'S NOTICE OF TAKING DEPOSITION |
| MARSHALLS 201, | CAPTAIN JOHN C. TIMMEL [STARBOARD TEN, INC.] |
| Defendant. | |

NOTICE OF TAKING RULE 30 DEPOSITION

TO: MIKEL W. SCHWAB, ESQ., ASSISTANT U.S. ATTORNEY, U.S. ATTORNEY OFFICE OF THE UNITED STATES ATTORNEY, 108 HERNAN CORTES AVENUE, SUITE 500, HAGÅTÑA, GUAM 96910

Please take Notice that on **MONDAY, NOVEMBER 5, 2007, at the hour of 9:00 A.M.**, at the Orange Reporting, 201 E. Kennedy Blvd., Suite 9501, Tampa, Florida, 33602, Defendant and

H:\Jean\Plds\DJB\Marshalls\ntc. depo 13.wpd

ORIGINAL

Claimant, through their attorney of record, James P. Walsh of Davis Wright Tremaine LLP, will take the deposition of **CAPTAIN JOHN C. TIMMEL [STARBOARD TEN, INC.]**, pursuant to Rule 30(a), Federal Rules of Civil Procedure, before a notary public or some other officer authorized by law to administer oaths.

The Deponent, who is an expert witness of Plaintiff in this action is required to produce all documents relating to Plaintiff's cause of action against the F/V MARSHALLS 201 for civil forfeiture pursuant to 16 U.S.C. §1860, a provision of the Magnuson-Stevens Fishery Conservation and Management Act.

The oral examination will continue from day to day until completed.

Dated this 22nd day of October, 2007.

                                  BERMAN O'CONNOR & MANN

                                  Attorneys for Defendant *MARSHALLS 201*

BY: _/s/ Daniel Berman_
      **DANIEL J. BERMAN**

H:\Jean\Plds\DJB\Marshalls\ntc. depo 13.wpd