DANIEL J. BERMAN
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (PRO HAC VICE)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Tel: (415) 276-6556
Fax: (415) 276-6599

Attorneys for Defendant and Claimant:
*MARSHALLS 201 and MARSHALL
ISLANDS FISHING COMPANY*

## UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARSHALLS 201,<br><br>Defendant. | CIVIL CASE NO. 06-00030<br><br>STIPULATION TO MOTION FOR ORDER PERMITTING TELEPHONIC APPEARANCE RE: PRELIMINARY PRE-TRIAL CONFERENCE<br><br>DATE: NOVEMBER 2, 2007<br>TIME: 10:30 A.M. |

**STIPULATION TO MOTION FOR ORDER GRANTING TELEPHONIC APPEARANCE RE: PRELIMINARY PRE-TRIAL CONFERENCE**

Comes Now Defendant MARSHALLS 201 and Plaintiff UNITED STATES OF AMERICA, by and through counsel undersigned counsel, respectively, and hereby move, by stipulation pursuant to GR 3.1 and GR 19.1, the Honorable Court for an Order permitting appearance by telephonic connection with counsel who will be situated in Honolulu, Hawaii on November 2, 2007, at 10:30 a.m. (Guam time) for the scheduled Preliminary Pre-Trial

E:\Jean\Plds\DJB\Marshalls\stip telephone.wpd

Conference in the above captioned action. Assistant United States Attorney Mikel Schwab and Defendant's Pro Hac Vice Counsel James Walsh will be taking an expert witness deposition on November 1, 2007, at 2:30 p.m. (Hawaii time), in Honolulu, Hawaii and will arrange to recess in order to call in to the Court on a shared line.

On behalf of Defendant Marshalls 201, counsel Daniel J. Berman, undersigned will appear in person in the Preliminary Pre-Trial Conference on November 2, 2007, at 10:30.

For this reason, counsel stipulate to a Motion for an Order granting permission to appear by telephone connection in the Preliminary Pre-Trial Conference scheduled on Friday, November 2, 2007, at 10:30 a.m. in this Court.

**IT IS SO STIPULATED:**

**BERMAN O'CONNOR & MANN**

Attorneys for Defendant *MARSHALLS 201*

DATED: Oct. 26, 2007    BY: _____
                             DANIEL J. BERMAN, ESQ.

**OFFICE OF THE UNITED STATES ATTORNEY**

Attorneys for Plaintiff *UNITED STATES OF AMERICA*

DATED: Oct 26, 2007    BY: _____
                             MIKEL W. SCHWAB, ESQ.

E:\Jean\Plds\DJB\Marshalls\stip telephone.wpd