DANIEL J. BERMAN
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (PRO HAC VICE)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Tel: (415) 276-6556
Fax: (415) 276-6599

Attorneys for Defendant and Claimant:
*MARSHALLS 201 and MARSHALL
ISLANDS FISHING COMPANY*

FILED
DISTRICT COURT OF GUAM
OCT 29 2007
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs,<br><br>MARSHALLS 201,<br><br>　　　　Defendant. | CIVIL CASE NO. 06-00030<br><br>**CLAIMANT'S MOTION FOR SUMMARY JUDGMENT** |

**CLAIMANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Claimant Marshall Islands Fishing Company (herein "MIFCO"), respectively, through counsel undersigned, and moves this Honorable Court for an Order granting summary judgment pursuant to F.R.Civ.Pro. 56; or in the alternative, Federal Supplemental Rule of C(6) (Claim and Answer). Claimant's Motion is based upon The Civil Asset Forfeiture Reform Act (herein "CAFRA") set forth at 18 U.S.C. § 983(i)(1). MIFCO asserts that the Innocent Owner law applies, as set forth in CAFRA, based upon the undisputed material facts in the instant case.

Simultaneously, Defendant Marshalls 201 has also moved to dismiss this case for a lack of jurisdiction. Due to the dispositive motion deadline, Claimant MIFCO files and asserts its Motion for Summary Judgment, in the alternative, that the Court does not dismiss the case for lack of jurisdiction.

On October 10, 2006, MIFCO, the owner, filed its claim to recover the vessel. See Verified Statement of Right or Interest in Vessel, pursuant to Rule C(6)(a). On October 13, 2006, the vessel Marshalls 201 was released from the arrest of the Plaintiff by virtue of payment by MIFCO of a Release Bond equal to $2,950,000.00 based on Supplemental Rule E(5)(a). The parties stipulated that the estimated vessel value was $2,600,000.00 and its fish catch was $350,000.00. The Bond serves as the substitute *res* for the Plaintiff's *in rem* action.

Claimant MIFCO is the innocent owner of the Marshalls 201 and had no knowledge, actual or constructive, of alleged illegal fishing by the Marshalls 201, through its Master Wen Yueh Lu on or before September 7, 8 or 9, 2006. Claimant MIFCO's motion seeks by summary judgment the release of its Bond, held in lieu of the vessel Marshalls 201 and its fish catch, based on Supplemental Rule E(5)(c) and C(6) Claim and Answer.

Pursuant to F.R.Civ.Pro. 56, Claimant moves the Honorable Court for entry of Summary Judgment pursuant to CAFRA and the release of the vessel now held in form of a Bond.

Dated: OCT. 29, 2007

/s/ Daniel Berman
DANIEL BERMAN
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, Guam 96910

JAMES P. WALSH (PRO HAC VICE)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California, 94111

Counsel for Defendant MARSHALLS 201 and Claimant MARSHALL ISLANDS FISHING COMPANY