DANIEL J. BERMAN
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (PRO HAC VICE)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Tel: (415) 276-6556
Fax: (415) 276-6599

**FILED**
DISTRICT COURT OF GUAM

OCT 29 2007 

JEANNE G. QUINATA
Clerk of Court

Attorneys for Defendant and Claimant:
*MARSHALLS 201 and MARSHALL
ISLANDS FISHING COMPANY*

## UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL CASE NO. 06-00030 |
| Plaintiff, | ) |
| v. | ) DECLARATION OF JUTZU CHUANG |
| MARSHALLS 201, | ) RE: INNOCENT OWNER |
| Defendant. | ) |

### DECLARATION OF JUTZU CHUANG

I, JUTZU CHUANG, hereby declare under penalty of perjury that:

1. I make this Declaration upon personal knowledge unless otherwise stated and will testify in Court as an adult to the following.

2. I am President of the Marshall Islands Fishing Company (herein


"MIFCO").

3. At no time prior to September 7, 8 or 9, 2006, did MIFCO or I have any knowledge or reason to know of alleged violations of the United States fishing laws by the Marshalls 201.

4. I personally took steps and did in fact warn Master Wen Yueh Lu, prior to the September 2006 voyage of the Marshalls 201, and I warned the subsequent Masters of the Marshalls 201, not to violate any Exclusive Economic Zones of the United States or other Pacific Island nations for which no permit to fish existed.

5. I personally supervised the acquisition of the United States Government published map of its Exclusive Economic Zone, and delivery of this map to Master Wen Yueh Lu and the Marshalls 201, prior to the September 2006 voyage of the Marshalls 201. See, Map, Exhibit "4", attached to the deposition of Wen Yueh Lu.

6. I am also referred to by the name of Johnson Chuang.

Further Declarant Sayeth Naught.

Dated this 25 day of October, 2007.

BY: _____
JUTZU CHUANG

DEC Jutzu Chuang.doc