DANIEL J. BERMAN
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (PRO HAC VICE)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Tel: (415) 276-6556
Fax: (415) 276-6599

Attorneys for Defendant and Claimant:
MARSHALLS 201 and MARSHALL
ISLANDS FISHING COMPANY

**FILED**
DISTRICT COURT OF GUAM
OCT 29 2007
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| MARSHALLS 201, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October, 2007, I caused to be served a copy of the Declaration of Claimant's Counsel, Declaration of Scott B. Edmunds in Support of Defendant's Motion to Dismiss; Declaration of Jon Van Dyke in Support of Defendant's Motion to Dismiss; Declaration of Jutzu Chuang, Declaration of Eugene Muller, Claimant's Motion For Summary Judgment, Defendant's Motion to Dismiss for Lack of Subject Matter And in Rem Jurisdiction; Memorandum of Points and Authorities in Support Thereof, Claimant's Memorandum of Points and Authorities in

E:\Jean\Plds\DJB\Marshalls\17.wpd

**ORIGINAL**

Support of Motion for Summary Judgment on the following:

**<u>VIA HAND DELIVERY</u>**

Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910

Dated this 29th day of October, 2007.

BY: _____
JEANNETTE F. RIVERA

E:\Jean\Plds\DJB\Marshalls\17.wpd