LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

*Attorneys for the United States of America*

**FILED**
**DISTRICT COURT OF GUAM**

OCT 31 2007

**JEANNE G. QUINATA**
**Clerk of Court**

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARSHALLS 201, ) <br> ) <br> Defendant. ) | CIVIL CASE NO. 06-00030 <br><br> UNITES STATES' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT THEREOF |

The United States hereby moves this Court for an extension of time no less than sixty days to respond to Defendant's Motion to Dismiss and Motion for Summary Judgment.

On October 26th the United States noticed all of Guam's practicing attorneys that the only Civil Division attorney in the U.S. Attorney's Office, Mikel W. Schwab, would be off-island Monday, October 29th through Sunday, November 11, 2007 (Exhibit A). On Monday, October 29th, the Defendant filed both a Motion to Dismiss and Motion for Summary Judgment, both with voluminous attachments and declarations. Plaintiff's counsel will not be back in the office until November 13th as he is currently completing discovery depositions for this case. Upon return he would like adequate time to review, research and respond to these two motions.

In addition, based on these filings by Defendant, the United States Department of State is specifically asking for no less than sixty days extension of time to respond as serious foreign policy and international law issues have been raised which will require extensive consultations at the U.S. State Department (Exhibit B).

An extension of time to respond to Defendant's Motion to Dismiss and Motion for Summary Judgment of not less than sixty days is humbly requested.

DATED this **31st** day of **October** 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

_____
MIKEL W. SCHWAB
Assistant U.S. Attorney

2



**U.S. Department of Justice**

*Leonardo M. Rapadas*
*United States Attorney*
*Districts of Guam and NMI*

---

Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910

FAX

October 26, 2007

To: Clerk of Court, District Court of Guam
All Practicing Attorneys

Re: Off-Island Travel, Mikel W. Schwab, Chief, Civil Division

Please be advised that I will be off-island from Monday, October 29, 2007 through Sunday, November 11, 2007.

Sincerely,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

**RECEIVED**
OCT 26 2007
DISTRICT COURT OF GUAM
HAGATNA GUAM

**GOVERNMENT EXHIBIT A**

OCT-30-2007 17:17    OES FRONT OFFICE    202 647 0217    P.01/01



# United States Department of State

*Bureau of Oceans and International
Environmental and Scientific Affairs*

*Washington, D.C. 20520*

Leonardo M. Rapadas
United States Attorney
United States Attorney's Office
U.S. Department of Justice
Sirena Plaza, Suite 500
Hagatna, Guam 96910
FAX: 671-472-7215

OCT 30 2007

Re: United States of America v. Marshalls 201, Civil Case No. 06-00030

Dear Mr. Rapadas:

Thank you for informing the U.S. Department of State that the defendant in the above referenced case has filed a motion to dismiss for lack of jurisdiction. This motion asserts that the United States Exclusive Economic Zone (EEZ) off of Howland and Baker Islands was established contrary to international law. The United States has claimed a Fishery Conservation Zone or an EEZ off of Howland and Baker Islands for over thirty years. It is worth noting that Congress has expressly cited this portion of the US EEZ in the Magnuson-Stevens Fisheries Conservation and Management Act, 16 U.S.C. 1824(e)(8) (as recently authorized in January 2007).

Accordingly, the defendant's argument is a direct challenge to the exercise by the United States of its authority to establish its EEZ in these areas, and potentially others. The argument also raises serious foreign policy and international law issues, and will require extensive internal consultations at the State Department. On behalf of the State Department, I request that you seek an extension of at least 60 days to respond to this motion.

Thank you for your consideration.

Best regards,

Ambassador David Balton
Deputy Assistant Secretary of State for Oceans and Fisheries

GOVERNMENT EXHIBIT B

# CERTIFICATE OF SERVICE

I, Marie Chenery, working in the United States Attorney's Office, hereby certify that I caused to be served via e-mail a copy of the **United States' Motion for Extension of Time to Respond to Defendant's Motion to Dismiss and Motion for Summary Judgment; Memorandum in Support Thereof** and **Agreement of Hearing Date** to:

Daniel J. Berman
Berman, O'connor, Mann
Suite 503 Bank of Guam Bldg
111 Chalan Santo Papa
Hagatna, GU 96910

Dated: October 31, 2007

                                                                    Marie Chenery
                                                                    Paralegal