LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

*Attorneys for the United States of America*

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CIVIL CASE NO. 06-00030 |
| Plaintiff, ) | |
| vs. ) | AGREEMENT OF HEARING DATE |
| MARSHALLS 201, ) | |
| Defendant. ) | |

Pursuant to Local Rule 7.1, the United States hereby acknowledges the following:

1. I, Mikel W. Schwab, am the attorney for the United States of America in this matter. I contacted the attorney for the opposing party in this action to agree upon a date for oral argument of my Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss and Motion for Summary Judgment.

2. The attorneys for the opposing party are Daniel Berman and James P. Walsh, *pro hac vice.*

3. I contacted opposing counsel but they have been unable to confirm a range of dates they are available for a hearing.

4. I called the Deputy Clerk of Court to ensure that the Court is available on the above date. The Deputy Clerk said she is currently unable to schedule anything and instead requested that we submit a range of dates when both parties are available for this hearing. We request that the hearing date be set at the Court's convenience.

DATED this 31st day of October ~~November~~ 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

MIKEL W. SCHWAB
Assistant U.S. Attorney

2