DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARSHALLS 201, *in rem*,<br><br>Defendant. | CIVIL CASE NO. 06-00030<br><br><br><br>**ORDER** |

Due to the scheduling needs of the Court, the November 2, 2007, Preliminary Pretrial Conference is hereby moved to Wednesday, November 14, 2007, at 9:00 a.m. Additionally, the November 26, 2007, trial date and all other dates and deadlines associated thereto are hereby vacated. Counsel shall come to the Preliminary Pretrial Conference prepared to discuss a new trial date.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Nov 01, 2007