DANIEL J. BERMAN
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (PRO HAC VICE)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Tel: (415) 276-6556
Fax: (415) 276-6599

Attorneys for Defendant and Claimant:
*MARSHALLS 201 and MARSHALL ISLANDS FISHING COMPANY*

# DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO PERMIT TELEPHONIC APPEARANCE RE: PRELIMINARY PRE-TRIAL CONFERENCE** |
| MARSHALLS 201, | |
| Defendant. | DATE: NOVEMBER 14, 2007<br>TIME: 9:00 A.M. |

Upon review of the Stipulation filed October 29, 2007, to permit appearance by telephonic connection with counsel for the scheduled Preliminary Pre-Trial Conference in the above-captioned action, permission is hereby granted for Plaintiff's and/or Defendant's counsel to appear by telephone connection in the Preliminary Pre-Trial Conference scheduled on Wednesday, November 14, 2007, at 9:00 a.m.

**IT IS SO ORDERED.**

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Nov 02, 2007