BERMAN O'CONNOR & MANN
DANIEL J. BERMAN, ESQ.
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (PRO HAC VICE)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6556
Facsimile: (415) 276-6599

Attorneys for Defendant:
*MARSHALLS 201*

FILED
DISTRICT COURT OF GUAM
NOV - 2 2007
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARSHALLS 201,<br><br>　　　　Defendant. | CIVIL CASE NO. 06-00030<br><br>**DEFENDANT MARSHALLS 201'S OPPOSITION TO MOTION FOR EXTENSION OF TIME TO RESPOND** |

　　　　The Defendant Marshalls 201 opposes the United States' Motion for Extension of Time to Respond to Defendant's Motion to Dismiss and Motion for Summary Judgment on October 31, 2007.

　　　　In background, the Court may note that Defendant Marshalls 201 has on deposit $2,950,000.00 in bond. This Bond accrues a very small amount of interest per year. The delay to the court ordered schedule and possible grant of an extension of time of 60 days is prejudicial, serious and expensive to Defendant. Plaintiff's Motion for Extension of Time lacks a showing

of good cause or unforseeable events. This is so because the Scheduling Order for this case was reached by stipulation and each and every deadline date was planned, foreseeable and subject to careful litigation plan.

1. On October 18, 2006, Defendant Marshalls 201 filed an Answer and Counterclaim with affirmative defenses. The affirmative defenses and Counterclaim affirmatively assert that no jurisdiction or claim can exist for an EEZ around Baker and Howland Islands. *Id.* at ¶ 16, 17, and 18.

2. On December 18, 2006, Stipulation and Scheduling Order was entered by Plaintiff United States and the deadline dates for motion practice were established. In fact, the latest agreed discovery schedule includes taking depositions of the expert witnesses in the mainland USA and Hawaii State which involved careful and expensive attorney plans revolving around the fixed schedule and trial date. The schedule is well known to both parties and counsel for the parties.

3. On August 24, 2007, Order Granting Leave to Amend was entered for Defendant's Answer and Counterclaim to assert Claimant MIFCO's right of relief as an innocent owner under CAFRA.

4. On September 4, 2007, Defendant Marshalls 201 served their Defendant's Disclosures of Expert Witnesses with Expert Witness Reports that identify the specifics of how, why, and what supports the Defendant Marshalls 201's claims of an innocent owner, and no jurisdiction or claim can exist to an EEZ surrounding Howland and Baker Islands in the Central Pacific Ocean.

5. Defendant and Claimant's Expert Witness Reports disclose in detail the reasons and method to their legal conclusions that no Exclusive Economic Zone can exist around Howland and Baker Islands.

H:\Norma\Working Docs 2007\DJB\(2) Oct - Dec\P077013DJB.wpd

6. October 29, 2007 was the dispositive motions filing deadline. The opposing parties knew well in advance that the dispositive motions would require dispositive oppositions. Hearing dates would be set according to the Court's schedule consistent with the trial date that was foreseeable by mutual agreement.

7. Defendant objects to the Plaintiff's use of self-serving supporting statements or correspondence from the Department of State, or its office memo, about one counsel's travel, which travel is directly related to the scheduling order of this very case, as neither persuasive nor new information.

8. On November 1, 2007, Plaintiff's counsel Mikel Schwab and Defendants' co-counsel James Walsh met and conferred in Honolulu, Hawaii with respect to the schedule for the litigation; however, no agreement can be stated as between the parties and counsel.

For the reasons set forth above, Defendant Marshalls 201 opposes the Plaintiff's Motion for a 60 day extension to oppose the Defendant's Motion for Summary Judgment and Motion to Dismiss.

DATED this 2 day of November, 2007.

**BERMAN O'CONNOR & MANN**
Attorneys for Defendant *MARSHALLS 201*

BY: /s/ Daniel Berman
DANIEL J. BERMAN

H:\Norma\Working Docs 2007\DJB\(2) Oct - Dec\P077013DJB.wpd