BERMAN O'CONNOR & MANN
DANIEL J. BERMAN, ESQ.
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (PRO HAC VICE)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6556
Facsimile: (415) 276-6599

Attorneys for Defendant:
*MARSHALLS 201*

**FILED**
DISTRICT COURT OF GUAM
NOV - 2 2007
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| MARSHALLS 201, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, **NORMA B. DUENAS**, hereby certify that on November 2, 2007, I will cause to be served a copy of the Defendant Marshalls 201's Opposition to Motion for Extension of Time to Respond, on the following:

**VIA HAND DELIVERY**

Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910

Dated this 2nd day of November, 2007.

_____
NORMA B. DUENAS

H:\Norma\Working Docs 2007\DJB\(2) Oct - Dec\P077014DJB.wpd

**ORIGINAL**