BERMAN O'CONNOR & MANN
DANIEL J. BERMAN, ESQ.
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (PRO HAC VICE)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6556
Facsimile: (415) 276-6599

Attorneys for Defendant:
*MARSHALLS 201*

FILED
DISTRICT COURT OF GUAM
NOV - 2 2007
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | **AGREEMENT OF HEARING DATE** |
| MARSHALLS 201, | |
| Defendant. | |

Pursuant to Local Rule 7.1, the United States hereby acknowledges the following:

1. I, Attorney Daniel J. Berman, am the co-counsel for the Defendant in this matter. On November 1, 2007, Attorney James Walsh in Honolulu contacted the attorney for the opposing party in this action to agree upon a date for oral argument of Defendant's Motion to Dismiss and Claimant's Motion for Summary Judgment.

2. The attorney for the opposing party is the United States Attorney for the District of Guam and Assistant U.S. Attorney Mikel W. Schwab.

H:\Norma\Working Docs 2007\DJB\(2) Oct - Dec\P077012DJB.wpd

ORIGINAL

3. Despite contact with opposing counsel, we have been unable to confirm a range of dates that they are available for a hearing.

4. I called the Deputy Clerk of Court to ensure that the Court is available on the certain dates. The Deputy Clerk apparently informed Plaintiff's counsel that she is currently unable to schedule anything and instead requested that we submit a range of dates when both parties are available for this hearing.

5. We request that the hearing date be set as soon as possible at the Court's convenience.

6. The Preliminary Pre-Trial Conference is now rescheduled and undersigned counsel anticipates that the hearing date will be set in, at, or before said hearing.

DATED this 2 day of November, 2007.

BERMAN O'CONNOR & MANN
Attorneys for Defendant *MARSHALLS 201*

BY: _____
DANIEL J. BERMAN

H:\Norma\Working Docs 2007\DJB\(2) Oct - Dec\P077012DJB.wpd