ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

NOV - 9 2007

JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CIVIL CASE NO. 06-00030 |
| Plaintiff, | ) | |
| | ) | MOTION REQUESTING FOR TELEPHONIC PARTICIPATION BY THE UNITED STATES OF AMERICA |
| vs. | ) | |
| MARSHALLS 201, | ) | |
| | ) | Date: November 14, 2007 |
| Defendant. | ) | Time: 9:00 A.M.. |

The United States of America submits this Motion to allow Paul Ortiz, General Counsel for National Oceanic and Atmospheric Administration (NOAA) to participate by telephone in the Preliminary Pretrial Conference set for November 14, 2007, at 9:00 a.m. The telephone number to call is (562) 980-4069.

The attorneys thank the Court for the courtesy of considering this request.

Respectfully submitted this 9th day of November, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

## CERTIFICATION

I, FRANCES B. LEON GUERRERO, working in the United States Attorneys Office, hereby certify that a copy of the "Motion Requesting for Telephonic Participation by the United States of America", CV 06-00030, was served by personal service to the attorney of record at the following address:

>Daniel J. Berman
>Berman, O'connor, Mann
>Suite 503 Bank of Guam Bldg
>111 Chalan Santo Papa
>Hagatna, GU 96910

*Frances B. Leon Guerrero*
FRANCES B. LEON GUERRERO
Legal Assistant