LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

*Attorneys for the United States of America*

# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARSHALLS 201, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL CASE NO. 06-00030 <br><br> ORDER GRANTING TELEPHONIC PARTICIPATION BY THE UNITED STATES OF AMERICA <br><br> Date: November 14, 2007 <br> Time: 9:00 A.M.. |

This matter came before the Court on the Motion of the United States for an Order allowing counsel for the United States National Oceanic and Atmospheric Administration (NOAA) to participate in the preliminary pretrial conference by telephone. After reviewing the submission,

IT IS HEREBY ORDERED that Paul Ortiz may participate by telephone in the Preliminary Pretrial Conference set for November 14, 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Nov 13, 2007**