
DANIEL BERMAN
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6556
Facsimile: (415) 276-6599

Attorneys for Defendant and Claimant:
*MARSHALLS 201 and MARSHALL ISLAND FISHING COMPANY*

## UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | DECLARATION OF SCOTT B. EDMONDS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS |
| MARSHALLS 201 | |
| Defendant. | |

### DECLARATION OF SCOTT B. EDMONDS

I, **SCOTT B. EDMONDS**, hereby declare under oath and penalty of perjury that:

1. I am the President of International Mapping, 5300 Dorsey Hall Drive, Suite 201, Ellicott City, Maryland 21042. Our firm provides expert cartography services to governments involved in either land or maritime boundary disputes before the International Court of Justice or other international arbitral bodies. I make this Declaration upon personal knowledge with respect to the matters addressed in this Declaration and, if called upon to testify in Court, I could truthfully and competently testify to the following.

2. I have been retained as an expert witness for the Defendant and Claimant in the above captioned action.

3. I have reviewed the background materials concerning the location of the maritime boundary claimed by the United States between the U.S. Territories of Howland and Baker Islands and the islands of the Phoenix Group that form part of the Republic of Kiribati.

4. The boundary claimed by the United States between Baker and Howland Islands and the islands of the Phoenix Group and published in the Federal Register on August 23, 1995 (60 Fed. Reg. at 43829) is a maritime claim that, to my knowledge, has not been agreed to by treaty with the Republic of Kiribati, or recognized by any other nation. The United States boundary claim is an equidistant line plotted between Baker Island belonging to the United States and Gardner, McKean and Canton Islands belonging to the Republic of Kirbati. To my knowledge, the United States claim is not depicted on any nautical charts published by the National Geospatial-Intelligence Agency (NGA), which serves as the international charting authority of the United States government. A small-scale depiction of the claimed boundary line is shown on a Department of State Map entitled, *Claimed and Potential Maritime Zones in the Central and South Pacific.*

5. The locations of the MARSHALLS 201 on September 7, 2006 (02°29.0'S, 176°43.0'W) and September 9, 2007 (02°06.1'S, 176°00.5'W) would be, if the United States were not entitled under international law to claim an exclusive economic zone (EEZ) around Baker and Howland Islands, within the EEZ of the Republic of Kiribati. (See Appendix A).

//

//

SFO 375594v1 0081226-000001

//

Dated this 25th day of October, 2007.

BY: _____
SCOTT B. EDMONDS

SFO 375594v1 0081226-000001

