BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
*MARSHALLS 201*

FILED
DISTRICT COURT OF GUAM
NOV 14 2007
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARSHALLS 201,<br><br>Defendant. | CIVIL CASE NO. 06-00030<br><br>**CERTIFICATE OF SERVICE** |

I, **NORMA B. DUENAS,** hereby certify that on November 14, 2007, I caused to be served via hand delivery, copies of the (1) Declaration of Jon Van Dyk in Support of Defendant's Motion to Dismiss; (2) Declaration of Scott B. Edmonds in Support of Defendant's Motion to Dismiss; (3) Declaration of Eugene Miller Re: Innocent Owner; and (4) First Amended Answer to Complaint for Forfeiture of Vessel; Counterclaim, on the following:

Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagatna, Guam 96910

Dated this 14th day of November, 2007.

_____
NORMA B. DUENAS

H:\Norma\Working Docs 2007\DJB\(2) Oct - Dec\P077017DJB.wpd

**ORIGINAL**