**BERMAN O'CONNOR & MANN**
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone:   (671) 477-2778
Facsimile:   (671) 477-4366

Attorneys for Defendant:
*MARSHALLS 201*

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | **ORDER**<br>**Granting Stipulated Motion to Withdraw Defendant's Erroneously Filed Production of Discovery Documents** |
| MARSHALLS 201, | |
| Defendant. | |

Pursuant to the stipulation of the parties, the court grants the request and orders the Clerk of Court to restrict access to the document (Docket No. 81), as it was erroneously filed with the court by the Defendant.

**IT IS SO ORDERED**.

/s/ Joaquin V.E. Manibusan, Jr.
**U.S. Magistrate Judge**
**Dated: Nov 14, 2007**