# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | Civil Case No. 06-00030 |
|---|---|
| Plaintiff, | |
| vs. | |
| MARSHALLS 201, | MINUTES |
| Defendant. | |

( ) SCHEDULING CONFERENCE    (✓) PRELIMINARY PRETRIAL CONFERENCE
(November 14, 2007, at 9:15 a.m.)

( ) FINAL PRETRIAL CONFERENCE    ( ) STATUS CONFERENCE

**Notes**: On behalf of the United States appeared Assistant United States Attorney Mikel Schwab, with Paul Ortiz, General Counsel for NOAA[1] participating telephonically. Daniel Berman appeared on behalf of the Defendant, with James P. Walsh participating telephonically.

    Judge Manibusan stated that although the Court granted the Defendant's motion to file an amended answer on March 9, 2007, to date no such amended answer has been filed. Mr. Walsh stated the parties also recently realized this oversight and would correct this promptly. Mr. Walsh also stated that the complaint contains very general allegations and requested the United

---

[1] National Oceanic and Atmospheric Administration

States to amend its complaint to contain more particularity with regard to the alleged violations or the Defendant would consider filing a motion for a more definite statement. Mr. Schwab stated that the complaint as filed, which alleges two violations of the Magnuson Fishery conservation and Management Act, needs no further amendment. Mr. Schwab stated that while other violations may be relevant to rebut a defense of innocent owner, the United States was only relying on the two incidents as alleged in the complaint – one occurring on September 7, 2006, and the other on September 9, 2006 – to form the bases for this forfeiture action. Judge Manibusan stated that the Defendant is only required to respond to the allegations raised against it and is not liable for actions not alleged in the complaint.

Judge Manibusan stated that there are two dispositive motions pending before the Chief Judge, and she currently is still considering the United States' request for an extension to file its opposition briefs to the motions.

In light of the district judge's criminal trial schedule, the November 26, 2007, trial date and associated dates and deadlines were vacated. Judge Manibusan announced the following revised schedule:

- <u>Submission of Trial Briefs</u>: Friday, February 22, 2008
- <u>Continued Preliminary Pretrial Conference</u> : Tuesday, March 4, 2008, at 10:00 a.m.
- <u>Pretrial Materials Filing Deadline</u>: Tuesday, March 11, 2008
- <u>Proposed Pretrial Order</u>: Tuesday, March 11, 2008
- <u>Final Pretrial Conference</u>: Tuesday, March 18, 2008, at 10:00 a.m.
- <u>Bench Trial</u>: Tuesday, March 25, 2008, at 9:00 a.m.

The parties stated they anticipated the trial to last a total of ten (10) trial days.

Judge Manibusan asked the parties to consider whether they would consider submitting the matter for a settlement conference in the event Judge Tydingco-Gatewood denies the dispositive motions. Judge Manibusan stated that he would preside over the settlement conference since Judge Tydingco-Gatewood would preside over the trial.

Mr. Berman inquired about the status of the stipulated motion requesting the Defendant be permitted to withdraw discovery documents that were inadvertently filed with the Court.

1 Judge Manibusan stated that the Court would restrict access to said document so that it would
2 not longer be accessible for public viewing.
3     The conference concluded at 9:30 a.m.
4     Dated: November 14, 2007.

6                   Prepared by Judith P. Hattori, Law Clerk