DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>MARSHALLS 201,<br><br>    Defendant. | Civil Case No. 06-00030<br><br><br><br>ORDER |

Before the court is a Motion for Extension of Time to Respond to Defendant's Motion to Dismiss and Motion for Summary, filed by the United States on October 31, 2007. See Docket No. 102. Therein, the United States, at the request of the Department of State, sought at least 60 days to respond to the motions which raise "serious foreign policy and international law issues, and will require extensive internal consultations at the State Department." Id. and Exhibit B thereto.

The Defendant, on the other hand, objects to the requested extension. See Opp'n, Docket No. 106. The Defendant contends the United States has not shown good cause or unforeseeable events to warrant an extension. The Defendant asserts that its expert witness reports provided to the United States on September 24, 2007, identify the specific details supporting the arguments raised in the pending dispositive motions. Furthermore, the Defendant argues the United States was well aware of the deadline dates for motion practice and it should have realized that

"dispositive motions would require dispositive oppositions." Id. at 3.  Finally, the Defendant alleges that it will be prejudiced by any delay since a bond was posted in this instance which accrues at a low rate of interest per year.

While the court is sympathetic to the Defendant's concerns, the court finds that the United States has established good cause to warrant an extension.  The issues presented in the motions are ones of first impression for this court and potentially impact U.S. foreign policy.  It is likely that the district judge would appreciate the submission of thorough briefs on the matter to assist in her decision-making.  Additionally, the court is aware that expert depositions were just completed in early November.  These depositions may further clarify the issues before the court.  Finally, the court notes that the trial herein has continued from November 26, 2007, to March 25, 2007.  Given this delay in trial date and the fact that the Defendant just filed an amended answer to the complaint today, a short continuance to permit compete briefing of important issues will not greatly prejudice the Defendant.

Accordingly, the court hereby GRANTS the motion for extension.  The United States shall file its opposition to the motions no later than December 28, 2007.  Because the United States was given an extension, the court will grant the Defendant a short extension to file a reply brief as well.  The Defendant shall file a reply brief no later than January 11, 2008.

IT IS SO ORDERED.



**/s/ Joaquin V.E. Manibusan, Jr.**
    U.S. Magistrate Judge
**Dated: Nov 14, 2007**