LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: 671-472-7332
Fax: 671-472-7215

Paul Ortiz
Senior Attorney
Office of General Counsel
National Oceanic and Atmospheric Administration
501 West Ocean Blvd.
Suite 4470
Long Beach, California 90802
Tel: 562 980 4069

Attorneys for the United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
DEC 1 4 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff/Counterclaim-Defendant, <br><br> vs. <br><br> MARSHALLS 201, <br><br> Defendant/Counterclaim-Plaintiff. | CIVIL CASE NO. 06-00030 <br><br> ANSWER OF THE UNITED STATES TO COUNTERCLAIM |

United States hereby Answers paragraphs 21 to 24 of Defendant's/Counterclaim-Plaintiff's "First Amended Answer To Complaint For Forfeiture Of Vessel; Counterclaim". Those paragraphs constitute a Counterclaim.

21. This is a legal conclusion that does not require an answer. To the extent an answer is necessary, DENIES.

22. This is a legal conclusion that does not require an answer. To the extent an answer is necessary, DENIES.

23. DENIES.

1

24. DENIES.

## AFFIRMATIVE RESPONSES

### FIRST AFFIRMATIVE RESPONSES

The Counterclaim fails to state a cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE RESPONSES

The Court lacks jurisdiction over the Counterclaim.

### THIRD AFFIRMATIVE RESPONSES

The Magnuson Fishery Conservation and Management Act is a strict liability statute.

### FOURTH AFFIRMATIVE RESPONSES

Sovereign immunity of the United States can only be waived by express statutory authority.

WHEREFORE, having fully answered all counts of the Counterclaim, Plaintiff/Counterclaim-Defendant United States of America, prays that Defendants/Counterclaim-Plaintiffs take nothing by way of their Complaint against it, that the same be dismissed, and that judgment be awarded in favor of the Plaintiff/Counterclaim-Defendant United States of America, together with forfeiture, fines, and such other and further relief as the Court deems appropriate in this case.

SO SUBMITTED this 13th day of December, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, hereby certify that on the 13th day of December, 2007, I caused to be served by personal service the following document: "Answer of the United States to Counterclaim", in the above entitled cause to the following attorney of record:

> Daniel J. Berman
> Berman O'Connor & Mann
> Attorneys at Law
> Suite 503, Bank of Guam Building
> 111 Chalan Santo Papa
> Hagatna, Guam 96910

*[signature]*
FRANCES B. LEON GUERRERO
Legal Assistant