# Attachment C

Comments on
Jon Van Dyke's Report
For the
Marshalls 201 Case

By Dr. Robert W. Smith
September 2007

1. Mr. Van Dyke has quoted an article that Dr. Robert Hodgson (then The Geographer of the U.S. Department of State) and I (then an Assistant Geographer in the U.S. Department of State) wrote in 1976 in which we analyzed the geographical aspects of the negotiating text that was before the Third United Nations Conference on the Law of the Sea (UNCLOS III).[1] Mr. Van Dyke implies that by what we wrote in this article that we agree with his assessment of what became Article 121 (3), on rocks. This is a mischaracterization of the position that Dr. Hodgson and I took at the time and to which I continue to maintain. I believe the paragraph, as written, lacks an objective definition that allows a reasoned application.

2. What became Article 121 (3) of the LOS Convention was Article 132 of Working Paper 8 that became the "Informal Single Negotiating Text" (ISNT) of UNCLOS III. In our opening statement of the subject of "rocks" Hodgson and I said that this paragraph "raises further complications for an already difficult issue, that of islands, and that the paragraph "contains the seed of the problem."[2] The basic problem was of interpretation and definition. We asked, "(1) What constitutes a 'rock' as a form of an island? And (2) What is meant by 'cannot sustain human habitation or economic life of their own"?[3]

3. We then went into a discussion of definition, particularly as it related to size. And, I should note that Mr. Van Dyke did not even quote us correctly, for we wrote that, "it appears fairly obvious that 'rock' is intended to refer to a **smaller-sized island**."[4] We said that "if the Hodgson definition [of a rock] is accepted as a reasonable limit, then to what islands would the term apply? By definition, the island must be smaller than 27, 878 sq. ft or 2, 590 sq. m. This island, if square, would measure approximately 51 m. on a side or, if circular, have a radius of approximately 28.7 m."[5] The area of Howland Island, of 1.64 sq. kilometers, as cited by Mr. Van Dyke out of the noted reference Wikipedia[6], greatly exceeds that of the Hodgson rock.

4. We then wrote,

---

[1] Expert report of Jon M. Van Dyke (Van Dyke), p. 10 and footnote 13.
[2] Robert D. Hodgson and Robert W. Smith (Hodgson and Smith), "The Informal Single Negotiating Text (Committee II): A Geographical Perspective," Ocean Development and International Law Journal, Vol. 3, No.3, 1976, 230.
[3] Ibid.
[4] Ibid.
[5] Ibid, p. 231.
[6] Van Dyke, p 2.

Attachment C

"The second question—what is meant by 'cannot sustain human habitation or economic life of their own'—must be dealt with. Logically, to qualify, the rock must meet one of the two implicit criteria.

We note that the definition does not refer to uninhabited rocks but rather to uninhabitable rocks. Consequently, it is assumed that some uninhabited rocks may have economic zones because they could sustain human habitation or they could have an economic life of their own. People may prefer not to inhabit the particular rock owing to other factors."[7]

We continue with the analysis of the language in this paragraph by noting that many mainland areas and larger islands also possess the conditions of not having water or vegetation and that certain areas are inhabited as a result of the importation of water or desalinization of seawater to sustain life. Thus, we point out, "any rock could support human habitation if the state was willing to spend enough money; for example, a rock with a lighthouse built upon it sustains human habitation by external expenditure of funds by the state, which gives the rock an economic life of its own in its value to shipping, ocean sports, and so forth."[8]

5. Our article then continues by examining where these "rocks" may be located worldwide. The vast majority of them would be coastal with nearby larger islands. We noted that thousands likely existed immediately offshore the coasts of places like Alaska, Chile, Australia, China, Korea, and Cuba. Few of these coastal "rocks" would seriously affect a state's maritime claim, if at all.

6. We did note a few non-coastal features that possibly could be considered a "rock" under the definition provided. Rockall, a British feature, has been the only "rock" acknowledged by the coastal State. Rockall has an area of 624 sq. m."[9]

7. We raised an additional problem in our article. And, that is that under a strict reading of the negotiating text, a low-tide elevation situated within the territorial sea [e.g. within 12 n. miles] of an island or mainland is considered a part of the baseline. Therefore, a low-tide elevation would be allowed to generate an exclusive economic zone or perhaps even a continental shelf, whereas a particular type of rock, which is above the water at all times, would not. As we noted, "the equity of this development would seem very difficult to determine, and the validity of the concept is hard, indeed impossible, to justify."[10]

8. Hodgson and I concluded, therefore, that the paragraph on rocks "should be eliminated [from the negotiating text] for geographical reasons as being impossible to administer. If, for other reasons, this paragraph must remain, it is essential that a rock be defined objectively so as to remove all doubt as to which rocks would be affected by this

---

[7] Hodgson and Smith, p. 231.
[8] Ibid.
[9] Ibid. p. 232.
[10] Ibid. p. 233.

provision."[1] Unfortunately, the text as written in the ISNT remained and the difficulty of defining an Article 121 (3) rock and applying it remains today.

9. It should be noted that if Mr. Van Dyke's approach to this Article 121 (3) were applied as he writes, then many Howland Island- sized islands that are presently uninhabited could very well be identified in the Pacific Ocean area and adversely affect the exclusive economic zone and continental shelf claims of states such as Kiribati, Marshall Islands, the Federated States of Micronesia, and Palau.

10. It should also be noted that Mr. Van Dyke's contention that under article 121(3) of the LOS Convention the United States is not entitled to claim an EEZ or a continental shelf around Howland and Baker Islands has never been argued by the United States or Kiribati. In fact, as is well documented in the Federal Register Notices, the United States has claimed an exclusive economic zone around Howland and Baker Islands. This assertion of maritime jurisdiction has never been challenged by any State.

---

[1] Ibid.

# Attachment D

1       IN THE UNITED STATES DISTRICT COURT

2          FOR THE TERRITORY OF GUAM

3   UNITED STATES OF AMERICA,    ) CIVIL NO. 06-00030

4              Plaintiff,        )

5       vs.                      )

6   MARSHALLS 201,               )

7              Defendant.        )

8   _____ )

9

10

11

12          DEPOSITION OF JON M. VAN DYKE

13   Taken on behalf of Plaintiff at the Offices of

14   NOAA Office of General Counsel, Suite 1110, 1601

15   Kapiolani Boulevard, Honolulu, Hawaii  96814,

16   commencing at 9:09 a.m., on Wednesday, October 31st,

17   2007, pursuant to Notice.

18

19

20

21

22

23   BEFORE:   PATRICIA ANN CAMPBELL, CSR 108

24             Certified Shorthand Reporter

25             Notary Public, State of Hawaii

**Attachment D**

Ralph Rosenberg Court Reporters, Inc.
2460 American Savings Bank, 1001 Bishop Street
Honolulu, Hawaii  96822  (808) 524-2090

1    A.    Well, Japan would be one which claims an

2  exclusive economic zone around a reef system called

3  Okino Torishima.

4    Q.    And others?

5    A.    Do you want a spelling?

6    Q.    Oh, yes, please a spelling for the court

7  reporter.

8    A.    O K I N O, T O R O S H I M A.

9    Q.    And the others?

10    A.    France appears to claim an exclusive

11  economic zone around Clipperton.

12    Q.    Clipperton off the coast of Mexico?

13    A.    It's about 750 miles south of Acapulco.

14    Q.    Okay.

15    A.    New Zealand claims exclusive economic

16  zones around some remote islands that perhaps do not

17  qualify.

18    Q.    Australia?

19    A.    Many of these are still in conflict and

20  being resolved.  Judge Vukas of the International

21  Tribunal for the Law of the Sea raised questions

22  about Australia's claims around some of its islands

23  in the southern ocean.

24    Q.    Judge Vukas, can you identify where he

25  was?

1        A.     Yes, Vukas, V U K A S, he was a judge on

2   the International Tribunal for the Law of the Sea.

3        Q.     Was he the president of the

4   International Tribunal?

5        A.     No, he was not.

6        Q.     He was the vice-president?

7        A.     I'm not sure what he was, but he was a

8   judge on that International Tribunal for the Law of

9   the Sea.

10       Q.     Okay.  Was there a president of the

11   tribunal at the same time that he was on that

12   tribunal?

13       A.     Yes, of course.

14       Q.     Did he have a different opinion than

15   Judge Vukas?

16       A.     None of the other judges gave their

17   opinion on this issue.

18       Q.     When Judge Vukas gave his opinion, did

19   he do it to disassociate himself from the other

20   members of the panel?

21       A.     He wrote a separate opinion giving his

22   views.

23       Q.     Did he use the words, I disassociate

24   myself with the rest of the commission?

25       A.     I don't recall what words he used, but

1    he did seek to present his views on that issue.

2        Q.     So you don't recall whether he was

3    seeking to express a view that was a minority

4    opinion on that commission?

5        A.     It's not clear that it was a minority

6    opinion, but he thought that he wanted -- he wanted

7    to give his views on an issue that the rest of the

8    court had not addressed directly.

9        Q.     So he disagreed with the court that

10    recognized an EEZ around an island?

11        A.     I don't support that characterization of

12    his views.

13        Q.     That's not what he stated in his

14    opinion?

15        A.     He stated in his opinion that the

16    uninhabitable islands should not generate an

17    exclusive economic zone because of the rationale for

18    the exclusive economic zones which is to recognize

19    the link between coastal communities and coastal

20    resources.

21        Q.     How many other judges were on that

22    panel?

23        A.     There are 21 judges on the court.

24        Q.     21 judges, and how many joined him in

25    his opinion?

1    A.    No other judge joined him in his
2    opinion.

3    Q.    So that was a sole opinion in 21 judges?

4    A.    It was a separate opinion giving his
5    views on a topic that was not addressed by the other
6    judges.

7    Q.    Okay, but you still would say that
8    that's a majority opinion?

9         MR. WALSH:  Asked and answered.  You
10   have already asked that question, and he has
11   answered it.

12   Q.    (By Mr. Schwab)  And your answer is?

13   A.    Judge Vukas was expressing his views on
14   this topic based on his active participation in the
15   Law of the Sea negotiations and his work as a
16   scholar and diplomate, and it's a sound opinion
17   that's well supported by the negotiating history and
18   the previous thinking and writing on this topic.

19   Q.    So that's what you mean by a consensus,
20   is that it?  Was he a part of the consensus?

21   A.    His views accurately expressed the
22   underlying rationale for the exclusive economic
23   zone.

24   Q.    Which you would describe as a part of a
25   consensus among academics, I think that was your

1    a zone around a feature called Rockall.

2         Q.     Let's talk about Rockall. What is

3    Rockall, can you describe that?

4         A.     It's a granite structure northwest of

5    Scotland.

6         Q.     When you say granite structure, how

7    large is the structure?

8         A.     Oh, 200 meters high, approximately.

9         Q.     200 meters high, and is there a

10   shoreline to this structure?

11        A.     It's a granite structure emerging out of

12   the sea, and, yes, of course, there's a shoreline in

13   the sense that there's a place where land and water

14   meet.

15        Q.     So you say that there's a shoreline in

16   that water meets the land?

17        A.     Yes.

18        Q.     But is there a shore in the sense that

19   there's a beach or an area that someone could land a

20   vessel?

21        A.     There have been landings on Rockall, but

22   it's difficult.

23        Q.     Why is it difficult?

24        A.     Because it's a -- a structure that

25   emerges rather dramatically from the ocean.

1        Q.     Were you about to say that it's a rock,

2   is that what you were -- you said it's a, and was

3   that rock that you were about to say?

4        A.     No.

5        Q.     It's not a rock?

6        A.     It's a granite structure that is called

7   Rockall, obviously, because it looks like a huge

8   rock, yes.

9        Q.     So it's a huge rock that sticks out of

10  the water?

11       A.     It gives the appearance of being a huge

12  rock, yes.

13       Q.     And how large is it, do you know?

14       A.     I don't have the measurements in my

15  mind.

16       Q.     Is it big enough to land a helicopter

17  on?

18       A.     I believe there has been an attempt to

19  put a helicopter landing pad on it.

20       Q.     So it's not big enough to be easy to put

21  a helicopter on?

22       A.     No, it's not.

23       Q.     And it sticks out of the ocean.  How

24  high does it stick up?

25       A.     Well, it sticks up pretty high, but I

1    don't have the exact figure in my mind.

2    Q.    And it's sheer walls?

3    A.    It is fairly sheer walls, yes.

4    Q.    And how many miles off the coast of

5    Great Britain is that?

6    A.    I don't have those figures in my mind.

7    Q.    Okay, and was that a contested area?

8    Was that an area that when they tried to explore an

9    EEZ around it, and there were protests, problems

10   from other states?

11   A.    Yes.

12   Q.    So that was a contested area?

13   A.    Yes, it was.

14   Q.    Okay, and who contested it, do you know?

15   A.    I believe the Faroes and Iceland raised

16   objections.

17   Q.    So these were other states that raised

18   the objections?

19   A.    That is correct.

20   Q.    Let me show you what we will mark as

21   Government's Exhibit Number 2, just so you can see

22   that.

23                (Deposition Exhibit 2 was marked for

24                identification.)

25                MR. WALSH:   I am going to object, lack

1    of foundation.

2              MR. SCHWAB:  Okay.

3              MR. WALSH:  I have no idea whether

4    that's an accurate representation of anything other

5    than something off the Internet.

6         Q.    (By Mr. Schwab)  Okay, let me ask you to

7    describe what I have just placed in front of you as

8    Government's Exhibit Number 2.

9         A.    Right, I am seeing a picture of a rocky

10   structure.

11        Q.    A rock jutting out of the ocean, is that

12   the appropriate description?

13        A.    That would be an appropriate

14   description, yes.

15        Q.    And are you familiar with Rockall?

16        A.    I have seen pictures of Rockall.

17        Q.    Is this a picture of Rockall?

18        A.    I can't confirm that, no.

19        Q.    Why can't you confirm that?  Is it an

20   unclear picture?

21        A.    The picture is clear, but I haven't seen

22   a picture of Rockall that looks like that.

23        Q.    How do the pictures that you have seen

24   differ from that picture?

25        A.    The pictures that I have seen make

1    Rockall look larger, and I have seen pictures with

2    people on Rockall and flags on Rockall and signs on

3    Rockall and so on.

4         Q.    The picture that you are looking at now

5    shows two photos; isn't that correct?

6         A.    Yes.

7         Q.    And does one of them show a flag on

8    Rockall?

9         A.    Well --

10         MR. WALSH:  Objection, he hasn't agreed

11   that it is Rockall.

12         A.    Yes, there's what looks like a green

13   cloth in one of the pictures, yes.

14         Q.    (By Mr. Schwab)  A green cloth on a

15   pole?

16         A.    Yes.

17         Q.    Would you describe that as a flag?

18         A.    It could be what some people would view

19   as a flag.

20         Q.    Now, do you see a shoreline there that

21   you could pull up in a boat on?

22         A.    I can't answer that question.

23         Q.    Because you don't see a shoreline?

24         A.    I don't see the complete view of

25   Rockall, of whatever this is in this picture, so I

1    can't answer the question based on these pictures.

2        Q.    Do you have reason to believe that's not

3    Rockall, is that the --

4        A.    I simple am not able to answer one way

5    or the other whether that is Rockall.

6        Q.    But you have seen pictures of Rockall?

7        A.    Yes, I have.

8        MR. WALSH:  Objection, asked and

9    answered.

10        Q.    (By Mr. Schwab)  And they look like

11    this?

12        MR. WALSH:  Objection, asked and

13    answered.

14        A.    They do not look particularly like this,

15    the pictures I have seen.

16        Q.    (By Mr. Schwab)  What do the pictures

17    that you have seen look like?

18        A.    I tried to answer that question

19    previously.

20        Q.    How would you describe it?

21        A.    How would I describe Rockall?

22        Q.    Mm-hm.

23        A.    Rockall is a large granite structure

24    sticking out of the ocean.

25        Q.    Okay.  Are there any other state

1    representatives, representatives of states that

2    agree with your position on exclusive economic

3    zones?

4         A.    China has vigorously objected to Japan's

5    claim of an exclusive economic zone around Okino

6    Torishima.

7         Q.    So that's a conflict between China and

8    Japan?

9         A.    Conflict over the question of whether

10   Japan is entitled to claim an exclusive economic

11   zone around --

12        Q.    -- a particular island?

13        A.    A particular insular feature.

14        Q.    Has China said that they will not do

15   exclusive economic zones around islands that they

16   have that are uninhabited?

17        A.    China, according to one of the more

18   prominent Chinese scholars, Ji Guoxing, China's

19   position is that the Senkaku Diaoyu Dao Islands

20   between Taiwan and Okinawa are not entitled to

21   generate exclusive economic zones.

22        Q.    Those are conflicted islands?

23        A.    Yes.

24             MR. WALSH:    Excuse me, what's a

25   conflicted island?

1    Q.    (By Mr. Schwab)  Tell me, is that an
2    island that you would describe as in conflict?
3    A.    Those islands are claimed by Japan,
4    China, and Taiwan.
5    Q.    So in a situation where the island is
6    claimed by two different people, there is a position
7    by China that there shouldn't be an economic zone
8    around it?
9    A.    That's correct.
10   Q.    How does that support your position?
11   A.    Sir, your question was whether China
12   takes the position that small insular features can
13   not generate exclusive economic zones, and I was
14   explaining that they have taken that position on
15   Okino Torishima, they have taken that position on
16   the Senkaku Diaoyu Dao Islands, and although their
17   position is not clear, that seems also to be their
18   position regarding at least some of the Spratly
19   Islands in the South China Sea.
20   Q.    Well, we started talking about your
21   research into this area of uninhabited islands in
22   the '80's, but you also said that you studied it
23   again with a study group in 1995.  What was the
24   nature of that study?
25   A.    Would you like me to give more answers

1    protests that have been issued by the Eastern

2    Caribbean countries with regard to Aves Island which

3    is a Venezuelan island, A V E S, bird island, which

4    is a Venezuelan island in the northeastern part of

5    the Caribbean, I guess you would say.

6         Q.    Now, would Venezuela be included on your

7    list of colonial powers that have to be limited on

8    their exclusive economic zones as you testified

9    earlier?

10        A.    Venezuela has a whole series of complex

11   maritime boundary disputes.  The one that's most

12   relevant to our current discussion concerns Aves

13   Island, and the United States entered into a

14   boundary delimitation with Venezuela in which the

15   United States recognized Aves as having the capacity

16   to generate an extended maritime zone fully as if it

17   were a continental land mass and thus gave up

18   potential ocean space south of Puerto Rico and the

19   US Virgin Islands to Venezuela.  Other countries

20   east of Aves have protested that and have argued

21   that Aves should not be able to have that capacity

22   to generate an extended maritime zone like an

23   exclusive economic zone.

24        Q.    So is Venezuela on your list of colonial

25   powers that have to be limited for taking EEZs on

1      Q.     Is that one of those powers that you see

2    that needs to be inhibited, when you first became

3    interested in the 1908's, is that one of the places

4    that you think needed to be inhibited?

5      A.     Well --

6      Q.     Am I mischaracterizing at all what you

7    said?

8      A.     Palmyra is an uninhabited island, and so

9    the question of whether Palmyra has the capacity to

10   generate an exclusive economic zone I would say is

11   still in play.

12      Q.     In play, but you are not coming to a

13   conclusion one way or another on that?  That's --

14      A.     Are you asking me for my conclusion?

15      Q.     I am asking you if you have one.

16      A.     I could give you an opinion on Palmyra

17   if you would like one, but I haven't previously

18   taken a position on Palmyra, to my knowledge.

19      Q.     And then how about Kingman Reef?

20      A.     Kingman Reef is uninhabitable, and I

21   don't think a plausible claim could be made that the

22   United States is entitled to generate an exclusive

23   economic zone around Kingman.

24      Q.     And, of course, Howland and Baker you

25   have expressed an opinion?

1  the Japanese call Takeshima is very much involved in

2  that dispute.

3         Q.    Dokdo is D O C T O W?

4         A.    D O K --

5         Q.    D O K.

6         A.    -- D O.

7         Q.    Dokdo.

8         A.    Dokdo.

9         Q.    Okay.

10        A.    Takeshima is T A K E S H I M A.

11        Q.    Okay.

12        A.    The South China Sea, of course, is a

13  huge complicated area with Vietnam, China,

14  Philippines, Brunei, Malaysia, and Taiwan all making

15  claims very much involving uninhabited islands.  The

16  dispute between Greece and Turkey and the Aegean is

17  very much festering, and there are some islands that

18  are uninhabited that are involved in that one.  The

19  US and Canada has a dispute in the Gulf of Maine

20  over the Machias Seal Island that --

21        Q.    I think that was in your report as well,

22  or did I read that somewhere else?  I read that

23  somewhere else.  That's not in your report.

24        A.    It's an unresolved dispute, in any

25  event.

1       Q.      Okay.

2       A.      What else do we have that's been talked

3   about recently?  The US and the Bahamas have a

4   dispute off the coast of Florida.  Perhaps some

5   uninhabited islands are involved in that.  Anyway,

6   that gives you an idea of some of the ones that are

7   festering.

8       Q.      Okay, now, how many of these involve

9   excessive claims?  Is there a difference between

10  excessive claims and contested areas?

11      A.      Well, certainly in Okino Torishima, for

12  instance, China accepts that Japan has sovereignty

13  over the little reef system there but argues that

14  Japan has made an excessive claim in claiming a 200

15  mile exclusive economic zone around the reef system.

16      Q.      So there is a difference between an

17  excessive claim and a contested area?

18      A.      Well, I think we would use contested

19  area for a situation where each country makes an

20  overlapping claim, so in the East China Sea, for

21  instance, China makes a claim based on the natural

22  prolongation of the continental shelf.  Japan makes

23  a claim based on the equidistant or median line

24  principle, and their claims overlap, so there's a

25  contested area.

1    Q.    Of all of these that we have described

2    here today, how many involve this issue of a rock

3    versus an island?

4    A.    Well, certainly the Black Sea, Ukraine,

5    Romania one does.  Snake Island is a rather small

6    feature.  It can be landed on.  Nobody has ever

7    lived there historically.  So Romania's position is

8    that it is a rock which is not entitled to generate

9    a zone, and Ukraine's position is that it's an

10   island that can generate a zone.

11   Q.    So the two of those examples are this

12   rock versus island issue?

13   A.    Well, more than two, but I'm not sure

14   what your question is.

15   Q.    I'm asking which of these involve this

16   rock versus island issue?

17   MR. WALSH:    I believe that

18   mischaracterizes his testimony.  When he went over

19   every subject, he had mentioned that this issue of

20   rocks might be present in every one of the ones that

21   he mentioned.  I believe he said that.

22   A.    Yes, and I don't know all the details of

23   all of them, but certainly in the Dokdo Takeshima

24   issue, the rock versus island is there, and the

25   Senkaku Diaoyu Dao is there, and the Spratlys in the

1   South China Sea, it's very much there.  Aves Island,

2   it's certainly there.

3       Q.      (By Mr. Schwab)  And these are issues

4   between states where they are claiming that it is

5   either a rock or an island?

6       A.      Yes, sir.

7       Q.      Okay.  Now, the 1980's was when you

8   first got interested in this issue.  Is it because

9   of the fact that it's a contested issue among states

10  and has so many of these contentions and points of

11  conflict, is that why it interested you?

12      A.      Yes.

13      Q.      And then you say you became interested

14  again in '95, you joined a study group?

15      A.      I maintained an interest in this topic

16  steadily throughout the past 25 years, but there was

17  this moment in 1995 when I was asked by the State of

18  Hawaii officials to participate in discussions

19  regarding an initiative that had been taken in

20  Congress to discuss whether seven insular features

21  in the Pacific should be attached to the State of

22  Hawaii.

23      Q.      What was the name of the committee that

24  you were on then, or were you on a committee, or

25  were you a study group?  How would you describe it?

1        Q.        So an island can be a rock. What about

2    if there used to be habitation on that island, would

3    that mean that it's not a rock?

4        A.        In my view, sustaining human habitation

5    implies sort of an ongoing capacity, and the best

6    way to determine whether a structure can sustain

7    human habitation is to see whether there's

8    communities of humans living on that structure, so

9    the fact that there may sometime in the distant past

10   have been human habitation does not necessarily mean

11   that that structure can sustain human habitation.

12       Q.        So humans can abandon an island, and

13   that would make it potentially fall into the

14   definition of a rock?

15       A.        Yes, because they might well have

16   abandoned it because they found that they couldn't

17   survive there, that the structure could not sustain

18   them.

19       Q.        Now, what if it has an economic life of

20   its own because somebody can use it for something?

21       A.        Small insular structures that are near

22   larger land areas where people live and are used

23   regularly for fishing operations or perhaps even for

24   just recreation, could arguably sustain the capacity

25   to generate a zone because in that situation, they

1    sustain human habitation and an economic life of

2    their own even though people aren't literally living

3    on them.

4        Q.    So --

5        A.    In other words, if you can imagine a

6    community living on one island that goes to a nearby

7    island for fishing and/or recreation and thus is

8    actively using that structure, and at that point we

9    would see it sort of like an open space in a

10   continental area, and thus we might conclude that it

11   has that capacity to generate a zone.

12       Q.    So fishing or recreation.  Are there any

13   other uses that would qualify so that the island

14   stays an island and doesn't become a rock in your

15   definition?

16       A.    Well, I can't rule out other uses, but I

17   think the important thing is that we see a real link

18   between a nearby community.

19       Q.    A real link.  Is there an unreal link, a

20   false link?

21       A.    Well, if we were just somehow trying to

22   generate a zone around the island, and something

23   unnatural was happening just for the purposes of

24   getting that zone, then I think we would -- we may

25   call that an unreal link, to use your term.

1     Q.     So if the island was used with

2  navigational aids, would that qualify to keep it an

3  island rather than a rock under your definition?

4     A.     I don't think a navigational aid alone

5  would be sufficient, no.

6     Q.     Why not?

7     A.     Navigational aid is designed to protect

8  shipping and avoid collision.  It would indicate

9  that the structure is a hazard rather than something

10  that is sustaining human habitation and having an

11  economic life of its own.

12     Q.     How about an airstrip, would that

13  qualify?

14     A.     I don't think it would qualify alone by

15  itself, no.

16     Q.     How about if it's being used as a

17  refuge?

18     A.     A wildlife refuge?

19     Q.     Mm-hm.

20     A.     Well, obviously, we want to encourage

21  wildlife refuges, but the -- and that's an important

22  goal of the international community, so we want to

23  encourage countries to support wildlife refuges, but

24  I don't see anything in this language that supports

25  the proposition that a wildlife refuge is sufficient

1    to lead to a 200 nautical mile zone around the

2    structure.

3        Q.    And getting back to the language, then,

4    is that because it doesn't sustain human habitation,

5    or because it doesn't have an economic life of its

6    own?

7        A.    I'm pausing only because maybe I need a

8    more complete question, I guess.

9        Q.    You said a while life refuge wouldn't

10   justify an EEZ --

11       A.    By itself.

12       Q.    -- under this section, and you are

13   basing that on subsection three, that a rock which

14   can not sustain human habitation or economic life of

15   their own shall have no exclusive economic zone or

16   continental shelf.

17       A.    Right, and a wildlife refuge by itself

18   would not be sufficient to convert a rock into an

19   island that can generate an extended maritime zone.

20       Q.    Does the size of the island matter to

21   you at all in this definition?

22       A.    I wouldn't say the size is completely

23   irrelevant, but I think the size would certainly not

24   be dispositive of the question, and simply a large

25   size would not be sufficient, in my judgment.

1      Q.      Then let me take the perfect opportunity

2      just to refresh your recollection on Rockall.  In

3      your report, you say it's 14.61 meters by 21 meters.

4      Does that refresh your recollection about the size

5      of Rockall?

6      A.      Yes, and I apologize for not having

7      memorized that.

8      Q.      No, not at all.  I just wanted to get

9      that on the record.

10      A.      Could I look at my report?

11      Q.      Certainly.

12      A.      Right, I believe my earlier testimony

13      was 200 meters, and it should be 200 feet.  I was

14      thinking after I said that that I might have

15      misspoken on that.  So 200 feet in circumference and

16      70 feet high, okay.

17              MR. SCHWAB:  Let me mark this as

18      Government's Exhibit 5.

19              (Deposition Exhibit 5 was marked for

20              identification.)

21      Q.      (By Mr. Schwab)  Okay, I show that to

22      you, and what I am attempting to do is find a

23      picture that you do remember as Rockall.

24      A.      Yes, I remember seeing this picture.

25      Q.      And that's Rockall Island?

1  A.  To the best of my knowledge, it is, I
2 have never been there personally, but it looks like
3 other pictures I have seen designated as Rockall.

4  Q.  And it literally is a rock?

5  A.  It's a rocky structure, yes.

6  Q.  Is there anything other than rock there
7 that you can see?

8  A.  Well, this picture has some building, it
9 looks like, on the top.

10  Q.  But nothing, no terrain other than rock?

11  A.  There are some ledges there that people
12 could cling to, I suppose, if they wanted to spend
13 the night there.

14  Q.  Might have soil on it?

15  A.  There could be some grasses and wild
16 flowers.  Birds might have dropped seeds along the
17 way.

18  Q.  Okay.  So the size of the island
19 wouldn't matter, so it could be a land mass that's
20 large?

21  A.  Well, that was Judge Vukas' view,
22 certainly.

23  Q.  Is that your view?

24  A.  My view is that we should look to the
25 question of habitability and an economic life of its

1 own, that's the language in the provision, so that

2 doesn't refer to size in any direct way.

3     Q.    Could it apply to a country that is

4 desert and uninhabitable?

5         MR. WALSH:  Calls for speculation.

6         MR. SCHWAB:  I am calling for

7 speculation.  That's what experts are all about.

8     A.    Desert land areas are under the Law of

9 the Sea Convention and entitled to generate zones,

10 but if we imagine an entire island that was just

11 desert, then I think we would come back to the same

12 question of habitability.

13     Q.    (By Mr. Schwab)  So not all uninhabited

14 features are considered rocks under your definition?

15     A.    Can you say that question one more time?

16     Q.    Not all uninhabited features, islands,

17 are considered rocks under your definition?

18     A.    Under this definition, an insular

19 structure that can not sustain human habitation or

20 economic life of its own is a rock.

21     Q.    But it's either or?  It's either

22 inhabited or some sort of economic life, correct?

23     A.    I don't understand that question.

24     Q.    It's either or, it's either inhabited or

25 can sustain economic life or economic --

1      A.      Well, in my report, I explain how it

2   might be more logical to view them as both required.

3      Q.      So an island that is, say, mined, and

4   people are just staying there to do the mining,

5   that's not considered -- that's considered a rock in

6   your definition?

7      A.      If there is a short term population

8   there for a short term mission, then I don't think

9   most of us would think of that as constituting

10  habitation.

11     Q.      How short is short term?

12     A.      These are all fact based matters, and we

13  haven't got a clear consensus on that matter.

14     Q.      So you are saying we haven't.  You mean

15  scholars have not --

16     A.      The international community.

17     Q.      The international community.  By the

18  international community, you mean who?  States?

19     A.      States, scholars, citizens,

20  nongovernmental organizations.

21     Q.      One judge on a 21 panel, 21 judge panel,

22  that's --

23     A.      I think you shouldn't easily dismiss

24  this one judge on the panel because he was a person

25  that had been deeply involved in the negotiations,

1    is habitability.

2         Q.    So if the people left Pitcairn Island,

3    then it would no longer -- it would then be a rock

4    under your definition?

5         A.    If those people and the other six

6    billion of us decided that none of us wanted to live

7    on Pitcairn, then I think it would move into the

8    uninhabitable category, yes.  If nobody wants to

9    live there, then it's not habitable because there's

10   lots of people in the world that like to live

11   places, and there are a lot of people living in very

12   crowded places, so if there is any good place to

13   live, we are likely to find people living there.

14        Q.    So it's those places where people prefer

15   not to live that would then potentially fall into a

16   rock category under your interpretation?

17        A.    Yes, sir.

18            MR. SCHWAB:  Let me mark this as

19   Government's Exhibit Number 6.

20            (Deposition Exhibit 6 was marked for

21            identification.)

22        Q.    (By Mr. Schwab)  This is your expert

23   report.  Can you identify what I have just placed in

24   front of you?

25        A.    This is titled as the expert report of

1      Q.    Now, you state in your report on page

2   three that a visitor to Howland in 2000 reported

3   seeing a flat bulldozed plain of coral sand without

4   a single tree; is that correct?

5      A.    Yes, sir.

6      Q.    So someone had brought a bulldozer to

7   the island and bulldozed?

8      A.    I can't say how the flat bulldozed plain

9   came to be.  I just reported this statement.

10      Q.    How would something become bulldozed if

11   it wasn't done by a bulldozer?

12      A.    It may well have been done by a

13   bulldozer.

14      Q.    Isn't that --

15      A.    I have answered --

16      Q.    -- what you are saying?

17      A.    I have answered to the best of my

18   abilities.

19      Q.    You were aware when you studied Howland

20   and Baker Island that the island had been inhabited

21   at one time, correct?

22      A.    There was a period in which some young

23   men were sent to these islands in the late '30's,

24   early '40's, that's correct.

25           MR. SCHWAB:  Let's mark for Exhibit 8,

1    then, a photograph.

2                    (Deposition Exhibit 8 was marked for

3                    identification.)

4         Q.    (By Mr. Schwab)  If I could ask you to

5    look at that?  Could you tell where that photograph

6    is from?  Is there a stamp that tells you where it

7    is from?

8         A.    There are two stamps that indicate that

9    they are from the Bishop Museum archives.

10        Q.    And what is that a picture of?

11        A.    The picture shows four structures on a

12   chunk of land.

13        Q.    And the attached page is an explanation

14   from the Bishop museum.  What does that say?

15        A.    It says photo collection, Bishop Museum,

16   subject Meyerton, Baker Island, rock wall in

17   foreground was intended to keep waves out.  March,

18   October, 1940.

19        Q.    Were you aware at all of what Meyerton

20   is?

21        A.    I haven't heard the term Meyerton.

22        Q.    Okay.

23              MR. WALSH:  Let me just put an objection

24   on the record, the document, lack of foundation,

25   hearsay, and not the best evidence.

1          MR. SCHWAB:  And let me mark this as

2   Government's Exhibit 9.

3               (Deposition Exhibit 9 was marked for

4               identification.)

5     Q.    (By Mr. Schwab)  I will ask you to look

6   at that as well, and is that also stamped from

7   Bishop Museum archives?

8     A.    Yes, sir, it is.

9     Q.    And what is the picture shown?

10    A.    The picture shows a barren bleak piece

11  of land with three or four structures, a United

12  States flag, and a sign that reads Baker Island,

13  USA, South Seas Meyerton, Department of the

14  Interior, with a couple of drawings on the sign.

15    Q.    And what does the attached page say?

16    A.    Photo collection Bishop Museum, subject

17  Meyerton, the American settlement on Baker Island

18  date, 1938.

19          MR. SCHWAB:  Okay, and let me mark as

20  Government's Exhibit Number 10.

21          MR. WALSH:  Let me put my same

22  objections.  Again, it is lack of foundation,

23  hearsay.  There are penciled writings on this

24  document and stamps.  Not the best evidence.

25               (Deposition Exhibit 10 was marked for

1          identification.)

2          Q.     (By Mr. Schwab)  Okay, and what is

3     marked as Government's Exhibit Number 10, what does

4     that show you?

5               THE WITNESS:  Do you want to go first

6     this time?

7               MR. WALSH:  I will put my objections in.

8     The same objections.

9               MR. SCHWAB:  No problem.  Your

10    objections are noted for all of the --

11              MR. WALSH:  Photographs that are coming.

12              MR. SCHWAB:  -- photograph exhibits,

13    yes.

14    A.     And your question was?

15    Q.     (By Mr. Schwab)  What does that show

16    you?

17    A.     It's a photograph of five male

18    individuals in front of a building that has a sign

19    on it saying government house, Howland I, it looks

20    like.

21         Q.     Okay.

22         A.     And then there are pencil marks that

23    say --

24         Q.     And the attached page description, what

25    does that say?

1      A.      Well, the attached page has two more

2  pictures of a very bleak barren piece of land.  One

3  picture shows a lighthouse or what looks to be a

4  lighthouse, and the other picture shows five or six

5  small wooden structures and a lighthouse.  Do you

6  want me to read the typed or --

7      Q.      No, we are good.

8      A.      You're good.

9              MR. SCHWAB:  Government's Exhibit Number

10  11, and your objection is noted.

11              (Deposition Exhibit 11 was marked for

12              identification.)

13      Q.      (By Mr. Schwab)  What does that show

14  you?

15              MR. WALSH:  Same objection.

16      Q.      (By Mr. Schwab)  Do those purport to be

17  more pictures from Baker Island, people doing

18  different activities?

19      A.      This is a two-page document.  The first

20  page has four pictures.  Each picture has a couple

21  of -- one or more males doing different things.  Do

22  you want me to go into any more detail?

23      Q.      Is there a picture of a lighthouse being

24  constructed there?

25      A.      There is a picture of something that

1    looks like it might be intended to be a lighthouse

2    with some males climbing on it, yes.

3              MR. SCHWAB:  Okay, Exhibit 12, and

4    again, your objection is noted.

5              MR. WALSH:  Same objection.

6              (Deposition Exhibit 12 was marked for

7              identification.)

8         Q.   (By Mr. Schwab)  Okay, and what is that,

9    if you could describe it?

10        A.    Exhibit 12 is a two-page document.  The

11   first page has four pictures.  There is pencil

12   writing referring to Baker Island.  Three of the

13   four pictures have two or, in one case, three males

14   in them, and the fourth picture simply shows a

15   structure.

16        Q.    Let me ask you, if I could, if any of

17   these photos that I have shown you here today have

18   any effect on your opinion that Baker Island is a

19   rock under 121 three?

20        A.    They do not.  I am familiar with this

21   episode when the United States sent these young men

22   to Baker and Howland and I think also Jarvis and

23   perhaps other islands as well for the purpose of

24   solidifying the US claim of sovereignty over these

25   islands.  This was done just prior to World War II

1    at a time of world tension, and the islands then

2    played, I think, a very modest role in World War II.

3              MR. SCHWAB:  Mark this as Government's

4    Exhibit 13, and I will let you make your objection.

5              MR. WALSH:  Well, okay, I will make the

6    same objection.

7              (Deposition Exhibit 13 was marked for

8              identification.)

9         Q.    (By Mr. Schwab)  All right, let me show

10   you what is marked as Government's Exhibit 13.  This

11   is a list from the Internet from the Kamehameha

12   School showing the people that they sent to these

13   different islands to live for a short period of time

14   and a listing of the amount of months that they

15   lived on the islands.  Have you any familiarity with

16   the project from the school to have people live on

17   these islands including Baker Island?

18        A.    As I explained, I am familiar with this

19   episode where young men were sent down to solidify

20   the US claim of sovereignty over these tiny islets.

21             MR. WALSH:  Let me again note my

22   objections.

23             MR. SCHWAB:  Absolutely.

24             Okay, Exhibit 14.

25             (Deposition Exhibit 14 was marked for

1            identification.)

2        Q.    (By Mr. Schwab)   This is what I have

3    marked as Government's Exhibit 14 which is just from

4    the Honolulu Star Bulletin, and it is called the

5    boys of the Panala'au?

6        A.    Panala'au.

7        Q.    Panala'au, and are you familiar with the

8    boys of the Panala'au?

9        A.    I think I answered that question.   I am

10   familiar with this episode, and I am familiar with

11   the purpose and activities that were involved in it.

12       Q.    So you are aware that people did live on

13   the island at one time?

14       A.    Yes, Mr. Schwab.

15       Q.    Okay.

16           MR. WALSH:   Same objection to that

17   exhibit.

18           MR. SCHWAB:   And then I am going to mark

19   this as Exhibit 15.

20           (Deposition Exhibit 15 was marked for

21           identification.)

22       Q.    (By Mr. Schwab)   Can you look at what I

23   have given you as Government's Exhibit 15 and

24   describe that?

25       A.    Well, it's a piece of paper that appears

1    to have been printed on a color printer showing

2    something that must have been found on the Internet,

3    and it looks a little bit like the cover of an

4    envelope addressed to a Mr. or Ms. Hendrick in San

5    Diego and stamped with a US stamp and a stamp on it

6    that refers to the USS Astoria, which must be a

7    ship, and it says Baker Island on it, and it gives

8    us the date of September 4th, 1934.

9        Q.    So in 1934, that's a letter that was

10   sent from Baker Island?

11       A.    I can't confirm that.

12       Q.    That's what it purports to be by its

13   postal stamp?

14             MR. WALSH:  Objection, lack of

15   foundation.

16       A.    I simply can't confirm that.

17       Q.    (By Mr. Schwab)  You can't.  What do you

18   make of the postal marking that says Baker Island?

19       A.    As I testified, it was my understanding

20   that the US engaged in activities to firm up its

21   claim to sovereignty over these small Pacific

22   Islands and as a part of that effort sent some young

23   men to have a presence on those islands for several

24   years.

25       Q.    And you are aware of the men, the young

1    men that they -- where they came from?

2        A.    I believe most of them came from Hawaii,

3    yes.

4        Q.    From a particular school in Hawaii?

5        A.    I think they came, some of them, from

6    Kamehameha Schools, yes.

7        Q.    Kamehameha Schools, and all of the

8    government exhibits I have just shown you here today

9    have pictures from Howland and Baker, people on the

10   island, the construction of items on the island,

11   none of that would affect your opinion that this is

12   an island that does not deserve an EEZ?

13       A.    My opinion, which has been consistent

14   now in writings for 25 years, has been that the

15   proper way of defining and interpreting Article 121

16   three is to draw a distinction between those insular

17   structures that can maintain stable populations of

18   humans and those that can not, and I have written

19   that for a stable population of humans, we should

20   look for families, children being born and raised,

21   and we should look for a size of somewhere with at

22   least a minimum of fifty or so.

23            This activity was done for a limited

24   purpose, and to me the instructive part of it is

25   that for the last 65 years, there has been no

1    continued effort by any of the six billion of us on

2    the planet to live on Baker because apparently it's

3    not a habitable place.

4    Q.    And you are aware, of course, that Baker

5    Island has a beacon on it which you can see the

6    picture of that being constructed?

7    A.    I am not aware of what's on Baker at the

8    present time.

9    Q.    And you are aware of the runway that was

10    constructed on Howland Island, are you not?

11    A.    I understand a runway was put in during

12    World War II, yes, or prior to --

13    Q.    And that was a historic aspect, doesn't

14    it?

15    A.    Some people link Amelia Earhart to

16    Howland, yes.

17    Q.    So Amelia Earhart was expected at

18    Howland when she disappeared, is that the history as

19    you understand it?

20    A.    I can't confirm that, but I have heard

21    stories along those lines.

22    Q.    So if there were a future use for an

23    island, say as aviation is becoming more important

24    and the need for airports and a location such as

25    Howland Island, would that affect your opinion at

1    all?

2         A.      I think if you and your friends and

3    family all moved to Baker Island and lived there for

4    a period of time and have children and

5    grandchildren, of course, that would force me to

6    rethink my position on this matter --

7         Q.      But your position has to be at least 50

8    or so?

9         A.      Well, that's not an absolute number,

10    but --

11         Q.      Okay.

12         A.      -- it gives you a sense of what the

13    range should be to show that it's a community.

14         Q.      So there is no absolute number, but it

15    would have to be a community of people?

16         A.      And Pitcairn tends to be 60 or so, so I

17    picked 50 just to give a sense that it should be

18    probably more than just one family and something

19    like a small village.

20         Q.      So even though there's an economic

21    benefit being used in the island, the fact that it

22    has no population today would have you classify it

23    as a rock under 121 three; is that correct?

24         A.      Again, the language is an economic life

25    of its own, so to me it's improper to sort of say

1   that the economic value of an exclusive economic

2   zone would be an appropriate economic value. That

3   to me seems inappropriate logic, that we need to

4   look at the island in isolation, does it have an

5   economic life of its own, and only then is it

6   entitled to generate an exclusive economic zone.

7       Q.      So having a runway for airplanes would

8   not be an economic life of its own?

9       A.      Certainly having an abandoned runway

10  doesn't help us establish that.

11      Q.      Okay, and then the beacons you have

12  already testified would not be in your opinion an

13  economic --

14      A.      No.

15      Q.      -- life of its own because they aid in

16  navigation, so they wouldn't be considered --

17      A.      They help ships avoid bonking into the

18  structure, yes.

19      Q.      Didn't they help ships guide themselves

20  into the structure?

21      A.      Well, they could, but normally a

22  lighthouse is there to protect you from accidents

23  and sinking.

24      Q.      Or to guide you to the island. You know

25  where shore is because of a beacon?

1    A.    Yes, that's possible a beacon could

2  serve that purpose as well.

3    Q.    Okay.  You talk about Baker and Howland

4  both receiving scant rainfall.  Is rainfall a factor

5  in whether or not you would consider an island to be

6  a rock under 121 three?

7    A.    The existence of an actual water source

8  I think is a very important factor, so rainfall is

9  linked to water sources, so in general, that would

10  be a link, yes.

11    Q.    So it is a lack of fresh water would

12  make the area unsuitable for humans, and that would

13  tend you towards the 121 three interpretation?

14    A.    A lack of fresh water would be an

15  important factor to limit habitability, yes.

16    Q.    And that would apply throughout the

17  Pacific Islands, correct, not just to Howland and

18  Baker?

19    A.    I don't understand your question.

20    Q.    Other islands would be affected by that

21  interpretation as well?

22    A.    It's meant to be a generalizable

23  interpretation, yes.

24    Q.    Have you ever studied what effect it

25  would have on Pacific island nations if your

1    interpretation were to be accepted by states.or

2    courts?

3         A.    My interpretation is based on my study

4    of history and my understanding of the purpose of

5    the provision, and it will affect different

6    countries in different ways, I understand that, but,

7    no, I haven't --

8         Q.    Looked at the impact of --

9         A.    I haven't put together a score card on

10   winners and losers in this matter.

11        Q.    You think there would be losers

12   somewhere in the Pacific island nations?

13        A.    I can't give a broad general answer to

14   that, but --

15        Q.    Specifically, do you think the Northern

16   Marianas Islands would lose jurisdictions?

17        A.    Well, the Northern Mariana Islands have

18   uninhabited islands, so --

19        Q.    And do you think that the Federated

20   States of Micronesia would lose jurisdictions?

21        A.    I really can't give a broad answer to

22   that, but I suppose that it's possible that there

23   might be some of their claims that could be

24   challenged, yes.

25        Q.    And the Marshall Islands?

1         A.      It's possible that some of their claims

2    could be challenged over time, yes.

3         Q.      So all of these island nations would

4    lose, potentially, possibly, lose jurisdiction under

5    your definition as well?

6         A.      It's possible, yes.

7         Q.      As far as you know, no state or court

8    has ever accepted your definition?

9         A.      I have mentioned the Nicaragua Honduras

10   case, which is the absolute most recent

11   International Court of Justice case where both

12   states accepted -- it's not my view, but it's the

13   view that certain insular structures can not

14   generate exclusive economic zones, and I stand

15   behind that as a very good recent state practice

16   that supports the position that I have been trying

17   to articulate this morning.

18        Q.      But you have also stated that that only

19   occurs where two states are in conflict?

20        A.      No, sir, I did not say that.

21        Q.      Okay.  Is there an example of where two

22   states are not in conflict when that occurs?

23        A.      Where a country has for --

24        Q.      Has decided to give up --

25        A.      Yes.

1    Q.    And I don't mean to be abstract, but you

2    are promoting the increase of shared areas; is that

3    correct?

4    A.    I don't think of this as a personal

5    mission, but I do think that one of the underlying

6    goals of the effort that produced the Law of the Sea

7    Convention was to recognize the opportunities that

8    we have in the oceans to help the developing world

9    and to bridge the gap between the rich and the poor

10   and to use the resources of the areas of the ocean

11   beyond national jurisdiction to benefit the least

12   well off of us on the planet.

13   Q.    And this is the case, even though

14   there's a potential, as you said, that this would

15   deny jurisdiction to some of the smaller island

16   nations throughout the Pacific, including Hawaii?

17          MR. WALSH:    Lack of foundation.

18   Q.    (By Mr. Schwab)    Am I lacking

19   foundation?    Isn't that true what you were saying

20   earlier?

21   A.    As I said, I suppose there will be

22   winners and losers, but in the long run, we will all

23   be winners if we work together to manage the ocean

24   resources properly and fairly, and my hope is that

25   the small nations of the Pacific wind up as being

1    have the first question on this case of whether or

2    not Baker --

3        Q.      Isn't that why we are even --

4        A.      If I could finish?  Baker and Howland

5    can generate an exclusive economic zone?  If they

6    can, then we would have to delimit the boundary with

7    its neighbor, and what role Baker and Howland would

8    play in that delimitation would be up to grabs in

9    that negotiation.

10       Q.      The reason you are giving us Article 83

11   cases and, you know, cases that have to do with

12   these other sections that do not cite or rely on 121

13   three is because they are different, right?  The

14   only one that deals with 121 three is Rockall

15   Island, right, and that's a 200 feet by 70 feet

16   thumb of rock that sticks up in the ocean as opposed

17   to these islands?

18       A.      China has been very clear that it

19   objects to Japan's claim for an exclusive economic

20   zone around Okino Torishima based on Article 121

21   three.

22       Q.      And yet China has operated by using its

23   uninhabited islands as part of its baseline?

24       A.      Again, different criteria govern that.

25       Q.      So it really is up in the air, isn't it?