**Subject: rockall photos**
 **Date:** Mon, 29 Oct 2007 15:38:07 -0700
 **From:** Paul Ortiz <Paul.Ortiz@noaa.gov>
 **To:** "Schwab, Mikel (USAGU)" <Mikel.Schwab@usdoj.gov>, Alexa Cole <Alexa.Cole@noaa.gov>,
   Mark Simonoff <SimonoffMA@state.gov>





DEPOSITION
EXHIBIT
2

10 29 2007 3:26 PM




DEPOSITION
EXHIBIT

TelegramUNCLASSIFIED     SUVA     00000121
VZCZCXRO3868
PP RUEHMJ
DE RUEHSV #0121 0521348
ZNR UUUUU ZZH
P 211348Z FEB 07
FM AMEMBASSY SUVA
TO RUEHC/SECSTATE WASHDC PRIORITY 3805
RUWDQAA/CCGDFOURTEEN HONOLULU HI PRIORITY
RUEAWJB/DEPT OF JUSTICE WASHDC
RUCPDC/USDOC WASHDC
RUEHMJ/AMEMBASSY MAJURO 0630
BT
UNCLAS SUVA 000121

COMMERCE FOR NOAA GCEL/SW-PI

E.O. 12958: N/A
TAGS: EFIS, PHSA, PBTS, KR, FQ, HQ, RM
SUBJECT: KIRIBATI: F/V MARSHALLS 201 WAS OVER THE LINE

REF: REO MURPHY-AUSA SCHWAB TELCONS AND E-MAILS OF 02/21/07 AND
PREVIOUS

1. Kiribati Ministry of Foreign Affairs Permanent Secretary Elliot
Ali (the highest ranking career official in the ministry) told
embassy Suva on February 22, 2007, that the government of Kiribati
would not/not make a submission in U.S. court proceedings against
the F/V MARSHALLS 201 (Civil Case 06-00030) in support of the
defendant's claim to have been fishing in Kiribati's EEZ. Ali's
comments came after reviewing the complaint filed with the U.S.
District Court for Guam and after consulting with the Kiribati
Ministry of Fisheries and Marine Resources Development (MFMRD).

2. On February 19, 2007, MFMRD Vessel Monitoring System (VMS)
Officer Ioneba Temoai provided us with an electronic snapshot of F/V
MARSHALLS 201's VMS track for the period August 2006-February 2007.
This track first records the vessel as being inside Kiribati's
(Phoenix Islands) EEZ at 1:28 A.M. on September 8, 2006, having
crossed from the U.S. (Howland and Baker) EEZ, and last records it
in Kiribati's EEZ at 9:38 P.M. on September 8 headed back into the
U.S. EEZ. Ioneba's message, which we have forwarded to the U.S.
Attorney's office in Guam, says that the snapshot indicates that the
vessel was not in Kiribati waters during the "incident." Foreign
Affairs' Ali reiterated that position to us.

3. Background: According to information provided by the U.S.
Attorney's office in Guam (ref), The U.S. Coast Guard arrested the
RMI-flagged F/V MARSHALLS 201 on 9 September 2006 after it was
observed fishing within the U.S. EEZ around Howland and Baker
Islands on 7 and 9 September. The U.S. Attorney's office, via NOAA
and the Department (OES/OMC), asked for post's assistance in
determining if the government of Kiribati planned to support the
defense assertion that the locations where the F/V MARSHALLS 201 was
observed fishing were, in fact, within Kiribati's claimed EEZ. The
bottom line is that it does not and has, in fact, reached the
opposite conclusion, that the vessel was in U.S. waters as alleged
in the complaint.
Dinger
BT
#0121

DEPOSITION
EXHIBIT
_7_

Pacific Islands Photos [illegible]

Pacific Islands Photos [illegible] B.4.15

WRITTEN PERMISSION MUST BE OBTAINED FOR REPRODUCTION OF ANY
[illegible] MUSEUM ARCHIVES [illegible] CONCERNING THE COPYRIGHT
[illegible] TUS OF THIS MATERIAL [illegible] SIBILITY OF THE RESEARCHER.

B.P. BISHOP MUSEUM
ARCHIVES
1525 Bernice Street
Honolulu, HI 96817-2704







DEPOSITION
EXHIBIT
8

BISHOP MUSEUM
ARCHIVES
1525 Bernice Street
Honolulu, HI 96817-2704

Meyerton, Baker Island.
(Rock wall in foreground was intended to
keep waves out.)    Mar.-Oct. 1940

CP 126,478

Pac. Islands. Baker Island.

TL 2002.042

TL 2002.042



Album 1675.01 Baker &
Foldo

BISHOP MUSEUM:
ARCHIVES
1525 Bernice Street
Honolulu, HI 96817-2704

Meyerton, the American Settlement on Baker Is.
1938

CP 101463

BISHOP MUSEUM
ARCHIVES
1525 Bernice Street
Honolulu, HI 96817-2704

BAKER ISLAND U.S.A.
(OUTLYING POSSESSION) U.S.A.
DEPARTMENT OF
THE INTERIOR

WRITTEN PERMISSION MUST BE OBTAINED FOR REPRODUCTION OF ANY
SUCH MUSEUM ARCHIVES MATERIALS. DETERMINATION OF COPYRIGHT
STATUS OF THIS MATERIAL IS THE RESPONSIBILITY OF THE RESEARCHER.

DEPOSITION
EXHIBIT
9

PHOTO COLLECTION, BISHOP MUSEUM

Subject: _____

_____

Negative No. _____

File _____

Orig. Loc. _____

Photographer _____

Acc. No. _____

Colonists with military officer, Howland Is, 1937

# GOVERNMENT HOUSE



CP101 464

Howland Is folder

BISHOP MUSEUM
ARCHIVES
1525 Bernice Street
Honolulu, HI 96817-2704

WRITTEN PERMISSION MUST BE OBTAINED FOR REPRODUCTION OF ANY
BISHOP MUSEUM ARCHIVES MATERIALS. DETERMINING THE COPYRIGHT
STATUS OF THIS MATERIAL IS THE RESPONSIBILITY OF THE RESEARCHER.

DEPOSITION
EXHIBIT
10

BISHOP MUSEUM
ARCHIVES
1525 Bernice Street
Honolulu, HI 96817-2704

WRITTEN PERMISSION MUST BE OBTAINED FOR REPRODUCTION OF ANY
BISHOP MUSEUM ARCHIVES MATERIAL. DETERMINING THE COPYRIGHT
STATUS OF THIS MATERIAL IS THE SOLE RESPONSIBILITY OF THE RESEARCHER.

A IX Howland Island

Howland Island, Equatorial Islands, 1938.
Photos by Samuel H. Lamb, Hawaii National Park.

Upper left, Amelia Earhart light, looking west,
with U.S.Coast Guard "Taney" in distance.
Lower right, lighthouse and camp houses.





WRITTEN PERMISSION MUST BE OBTAINED FOR REPRODUCTION OF ANY
BISHOP MUSEUM ARCHIVES MATERIALS. DETERMINING THE COPYRIGHT
STATUS OF THIS MATERIAL IS THE RESPONSIBILITY OF THE RESEARCHER.

BISHOP MUSEUM
ARCHIVES
1.525 Bernice Street
Honolulu, HI 96817

DEPOSITION
EXHIBIT
11

(11)

Colonists were forbidden to have boats, so this canoe had to be hidden when the Coast guard's USS Taney visited. In 1942 it was used to evacuate colonists when rescued by U.S. Navy.

John Toomey and Hans Jensen burying their canoe in the sand to hide it; Baker Island.    Mar.-July-Oct. 1940

CP 126,483

Pac. Baker Island.

TL 2002.042

Woodie Phillips

TL 2002.042

U.S. colonists whitewashing lighthouse on Baker Is.: Woodie Phillips(top), Joe Kepoo, Carl Jensen(left), John Toomey (right).  Mar.-Oct. 1940

CP 126,493

Pac. Baker Island.

TL 2002.042

TL 2012.042

BISHOP MUSEUM
ARCHIVES
1525 Bernice Street
Honolulu, HI 96817-2704

Water shed (far left), kitchen, and food storage building at Meyerton, Baker Island.     Mar.-Oct. 1940

CP 126,479

Pac. Baker Island.

TL 2002.042

Woodie Phillips

TL 2002.042

Government House (far left), radio shade, and weather building(w/ Woodie Phillips), Baker Island.   Mar.-Oct. 1940

CP 126,487

Pac. Baker Island.

TL 2002.042

TL 2002.042





WRITTEN PERMISSION MUST BE OBTAINED FOR REPRODUCTION OF ANY
BISHOP MUSEUM ARCHIVES MATERIALS. DETERMINING THE COPYRIGHT
STATUS OF THIS MATERIAL IS THE RESPONSIBILITY OF THE RESEARCHER.

BISHOP MUSEUM
ARCHIVES
1525 Bernice Street
Honolulu HI 96817-2704

DEPOSITION
EXHIBIT
12

Melvin Paoa cutting Woodie
Phillips' hair on Baker Island.
Mar. - Oct. 1940

Cf. ... 480
Pac. Baker Island.
TL 2002.042

TL 2002.042
Woodie Phillips had to "pay Melvin five
tail-feathers from the tropic bird for
this haircut." (original caption)

Government Building at
Meyerton, Baker Island.
Mar.-Oct. 1940

Cf. ... 476
Pac. Baker Island.
TL 2002.042
Woodie Phillips
TL 2002.042

Melvin Paoa, Woodie Phillips,
+ John Toomey on Baker Island.
Mar. Oct. 1940

Cf. ... 301
Pac. Baker Island.
TL 2002.042

TL 2002.042

Hans Jensen and John Toomey
holding shark caught at Baker
Island.
Mar.-Oct. 1940

Cf. 124,472
Pac. Baker Island.
TL 2002.042
Woodie Phillips
TL 2002.042



**The Kamehameha Schools Archives**

Home | Timelines | First Years | Collections | Historical | Albums | PVSA | Photos | About us |

Home >> Other Historical Information >> Hui Panalā'au >> Membership

## >> Membership

Membership information is from a typewritten roster.

Codes used:



DEPOSITION
EXHIBIT
13

**Names in bold** =Hui O Panāl'au members, primarily Kamehameha Schools alumni
Number=cruise expedition number, about 4 months on an island. The more numbers, the longer the stay
s=spare person on the cruise expedition to replace anyone
L=Leader of the island expedition group
*italics*=commanding officer, army personnel, teacher (Dr. Mitchell)

| | | | |
|---|---|---|---|
| Ah Nee, Charley | Faufata, Folinga 3,7 | **Kinney, James** 12L,13L,15L,16L,17L,18L,19L | **Rahe, Bernard** 15s,16,17 |
| **Ahia, Charley** 7,8,10L,11L | Fialkowski, Henry 14,15L | **Leong, Ah Kin** 6,7,9,10,11,13,14 | Rankin, Ernest W. 21 |
| **Ahia, Henry B.** 1,2L,3L, 5L | Hall, Bernard 23,24 | **Lum, Harold** 7 | **Roberts, John** 13,14 |
| **Akana, Albert** Jr.7L,8L,9L,11L,12L | **Hailli, Jacob** 3,4,6,7,10s,12,13 | Lum, Kum 9s | **Roberts, Oliver** 17s,18,19,20 |
| **Akana, Bernard** 14L,15L | Harbottle, Issac Jr. 16 | **Lum, Paul Yat** 7,8,10 | **Ruddles, James** 19s |
| **Akana, George** 13, 15L | Harris, Arthur 2s, | **Lum, Yau Pai** 6,8,9,10,12 | **Riley, James** 22,23,24 |
| **Akana, John** | Hartwell, David 18, 19, 20,21,23,24 | **Lum-King, Kenneth** 11,12 | **Robinson, Alexander** 16,17 |
| **Akana, Lewellyn** 15s | **Henderson, Waldron** 18,19,20,21 | **Lee, Francis** 14L,15,16 | **Smith, Henry** 18,19,20,21 |
| **Akana, Theodore** 10,11L,12L | Hooper, Herbert 3, 4L, | **Lee, Frederick** 5,13,14,16 | **Sproat, Manuel** 6 |
| **Anakalea, Joe** 4L,6,7,10,11,12 | **Hutchinson, William** 15 | **Lee, Henry Kong** 13,14,15,17,18,19L,20L,21L,22 | **Stillman, Francis** 14,15,16,17L,19 |
| **Anahu, Bill** 2 | **Jensen, Karl** 18s,19,20,21,22,23,24 | Lieson, Robert W. 18,19,20 | **Stillman, George** 20 |
| Au, Charles 16,17 | **Jensen, Hans** 16,17,18,21,22L | MacKellar, Ian 15, 16,17,18 | **Suares, Louis** 15L,16L,17L,18L,19L,20L |
| Beatty, Rupert 15,16 | **Kaahea, Henry** 12,13 | **Mahikia, Henry** 4 | Stein, Charles 16,17,18L,19L |
| **Bederman, Thomas** 16,17,19,21L,22L,23L,24L | **Kahalewai, Sam** 13,15,16 | **Mattson, Elvin K.** 22,23,24 | Stein, James |
| Bell, Kenneth 5 | **Kahalewai, Carl** 10s,13 | **Markham, Stewart** 5 | **Tavares, William** 7,8,9,11,12,14L,15 |
| **Blake, Hartwell** 5 | **Kahanu, George** 4s,5 | **McCorriston, Edward Mike** 12,13L,15,18L,19L,20L,22L | **Toomey, Daniel K.** 1,2,3 |
| **Boyd, Andrew** 14,15 | **Kahapea, Alexander** 4 | McCorriston, Thomas 16L | **Toomey, John** 18,19,20 |
| Brahn, J.F. 23, 24 | Kahapea, William 19s | **Medeiros, Henry** 12,13 | **Toomey, William** 2 |
| Braun, Charles 14L | **Kaina, William** 1,2,3,5,6,8,9,10L | **Makua, Blue** 22,23,24 | **Towill, Henslee** |
| **Braun, Clarence** 13 | **Kalama, David** 17,18,19,20, | *Meyer, Col. H.A.* 1,2,3,4,5 | Victor, Gabriel 7,8,9 |
| **Burke, Eugene** 7,8,9,11,12,14,15L | **Kalama, Samuel** 2 | *Mitchell, Donald D.* | **Waiwaiole, Luther** 4,14,15 |

| | | | |
|---|---|---|---|
| **Burke, Walter** 16s,22L,23L,24L | **Kalama, Solomon** 1,4, 6L,7,10 | *Norwood, Bill* | **West, George** 2 |
| Bush, Harry 13s | **Kamakaiwi, James** 1,2L,3L,5L,7L,8L,9L,12L,13L,14L | Ohumukini, Henry 4 | **Whaley, Richard** 22,23 killed |
| *Bryan, Edwin* | **Kaninau, Charles** 5s,11,12 | **Opiopio, Killarney** 1,2,3, 5,6L | Wilhelm, Fred 14,16,17 |
| Calley, C.D.Jr. 14 | **Kauahikaua, Archie** 3,4 | Pacquette, Maurice 16,17L | **Williamson, Elmer** 2s,10,11 |
| **Carroll, James** 4s | **Kaulu, Albert** 21, 22 | **Phillips, Manuel** 16,21 | **Wong, Alexander** 12,13L,14 |
| **Chang, Herbert** 11,12,13,13 | **Keliihananui, Joseph** 18s,19,20,21,22,23 killed | **Phillips, Paul** 22,23,24 | Wood, Joshua 13 |
| **Ching, Archie** 2 | *Kenner, Betty* | Phillips, Woodrow 18,19 | **Whaley, Bill** |
| **Ching, Lawrence** 14,15,17,18,19,20 | **Kepoo, Joseph** 19,20,21,22,23,24 | **Paoa, Melvin** 14,15,16,18,20s,22s | Yomes, William 4,6 |
| **Cockett, Frank** 2 | **Kilbey, John C.** 21,22 | **Pea, Aki Kini Levi** 5,9,10,14,15 | **Young, Edward** 3, 4L,5,6,8,9 |
| .**Cockett, Herbert** 5s | Kim, Bak Sung 8,9 | **Pea, William** 16,17,18,20s,21, | Zagara, D.P. 18, 19,21 |
| **Coyle, James** .23,24 | Kim, Harold 12L,13L,16L,17L,18L | **Piianaia, Abraham** 1,2L,3L,5L,6L,16passenger | |
| Crowden, Lawrence 15 | Kim, Joseph 4,6,8L,9L,10L | **Pires, Manuel** 12,13,14 | |
| *Dippen, Clyde B.* | **Kim, Victor** | Renken, E.H. 22 | |
| *Fasik, Theodore* | Knell, Henry K. 21 | **Pease, James** 23,24 | |

Expedition information and the cruise roster are from *Panala'au Memors* by E.H. Bryan, Pacific Scientific Information Center, Bernice P. Bishop Museum, 1974, pages 224-229. There are no claims to accuracy

Images of the cruise roster : Cruise 1-4 | Cruise 5-8 | Cruise 9-12 | Cruise 13-16 | Cruise 17-20 | Cruise 21-24 |

Where and why are you going? | Who went first? | What is Hui Panalā'au? | *"Pioneering on Jarvis"* by George West KSB '35 | 1942, the bitter end

Hui Panalā'au remembered, 2002 exhibit | 2002 reception

Case 1:06-cv-00030     Document 121-4     Filed 12/28/2007     Page 15 of 30



CLICK TO SUPPORT OUR SPONSORS

# Starbulletin.com

Sunday, April 28, 2002



BURL BURLINGAME ARCHIVE
Kamehameha students wave goodbye as they're left behind on Jarvis island in the South Pacific. They would be left there for months.

# BOYS
## OF THE PANALAʻAU



### During the opening moves


DEPOSITION
EXHIBIT
14

Case 1:06-cv-00030    Document 121-4    Filed 12/28/2007    Page 16 of 30

# of the Pacific War, dozens
# of Kamehameha students
# were rushed into the breech

First of two parts

Bishop Museum exhibit

By Burl Burlingame
bburlingame@starbulletin.com

Immediately following the attack on Pearl Harbor on Dec. 7, 1941, the Imperial Navy's submarines RO-13, RO-64 and RO-68 used their deck guns to shoot up "enemy flying-boat installations" on Howland and Baker islands near the equator, south of Hawaii.

What they actually shot at were shacks manned by Hawaiian teenagers, there because of a bizarre territorial dispute that had erupted six years earlier.

Pan American Airlines had plans to pioneer air travel across the Pacific, and in 1935 came to an understanding with the U.S. government: It would establish refueling bases on remote atolls for its short-legged flying boats with help from the U.S. Navy. The Navy agreed. The agreement gave it an excuse to establish hegemony over far-flung areas of the Pacific, a concept essential for countering suspected Japanese buildups in the mandated islands.

Bill Miller, director of the Bureau of Air Commerce -- a single desk within the Department of the Interior -- came up with the idea of colonizing uninhabited atolls known as the Equatorial Line Islands, sun-blasted guano heaps called Jarvis, Baker and Howland. The islands had been claimed by the United States according the Guano Act of 1856, and had been steadily mined of bird droppings for 20 years. Phosphates gleaned from the droppings were turned into explosives. Americans abandoned the islands in 1877, and the British briefly inhabited them before they, too, left them to the seabirds.



BURL BURLINGAME ARCHIVE
The Coast Guard cutter Itasca approaches Baker Island.

Case 1:06-cv-00030    Document 121-4    Filed 12/28/2007    Page 17 of 30

By the 1930s, both countries were competing for air routes, and the Equatorials, almost halfway between the United States and Australia, once again looked promising. In Hawaii, Miller sprang the colonization idea on Albert Judd, a trustee of Bishop Estate. Judd suggested that boys from Kamehameha Schools would be ideal candidates for settlers.

The Hawaiian background of these boys made them excellent pioneer material, claimed Judd. He pointed out that they were used to hot weather and living off the sea, and were disciplined by years at a private school in which ROTC was a requirement. Miller was sold, and the operation began in 1935.

England got wind of the plan and rushed her own settlers to the islands, using New Zealand as a stand-in. Lt. Harold A. Meyer of the 19th Infantry, who advised Miller on military aspects of the settlement, made the extraordinary step of telephoning Washington directly from Schofield Barracks. In a two-hour phone call, Meyer begged for swift action.

Meyer was placed in charge. Within the day, March 20, 1935, the Coast Guard cutter Itasca was outfitted with supplies and Hawaiian settlers, and raced off for the Equatorials. Lt. Cmdr. Frank Kenner, skipper of Itasca, later recalled that the little cutter never made better speed.

The Hawaiians had no clue as to their destination. Nor did the dozen or so soldiers who accompanied them. They had been told simply that it was a security matter. Despite a scare when the ship spotted another vessel and a brief stop at Palmyra atoll to dig up some palm trees for transplanting, the Hawaiians and the soldiers managed to raise the American flag first on the contested atolls.



BURL BURLINGAME ARCHIVE
The boys on Baker Island used
scraps of driftwood and a crab net

Case 1:06-cv-00030     Document 121-4     Filed 12/28/2007     Page 18 of 30

to build a basketball hoop, with a
softball substituting as the
basketball.

Every six months or so thereafter, depending on the availability of Itasca, four boys were deposited on each of the three islands. By the time of the Pearl Harbor attack, some 135 Hawaiian teens had participated in the settlement.

"When we were invited to participate, there was a rush of applicants," recalled Abraham Piianaia, one of the first recruited. "They only wanted graduates, and for boys right out of high school, at the height of the Depression, the $3 a day they paid was good money." It was more than the salary of the soldiers who were rotated off the islands after a few months, leaving the boys alone.

At first the Hawaiians lived in pup tents, eventually graduating to wooden shacks dubbed "Government Houses," which were open on the sides to let the cool night breezes blow through. All fresh water had to be brought to the islands. The 50-gallon water drums were too heavy to boat to the shore, so each was dumped over the side of the supply ship and allowed to drift ashore. If the drums landed on the wrong side of the island, the boys walked across the island to get a drink. Whenever it rained, open containers on the island were set out.

Jarvis Island, nearly 1,000 miles east of Baker and Howland, had a ghost town still standing, testimony to American and British guano miners of the previous century. A 25-foot-high sign still read "The Pacific Phosphate Company of London and Melbourne." On the beach was the wreck of the barkentine Amaranth, which provided lumber for furniture, shacks and surfboards.

The settlers' main tasks were logging hourly weather reports, clearing land for a runway and servicing a small lighthouse. They also collected wildlife samples for the Bishop Museum of Honolulu. Otherwise, it was very much a Robinson Crusoe existence on the islands, which rose barely a dozen feet above the sea. Responsibility for the project was transferred to the Department of the Interior. Meyer's involvement was remembered in a billboard-sized sign, which declared Baker's few buildings to be the town of "Meyerton."

In the opening days of 1937, Howland Island was suddenly taken over by Navy engineers, who put in a short airstrip. The runway was built in anticipation of Amelia Earhart's planned 'round-the-world flight. When Earhart cracked up her Lockheed on the runway at Luke Field in Pearl Harbor, while taking off for Howland, the flight was rescheduled for the summer.

Earhart next tried to fly around the world in the opposite direction. On the leg between Lae, Papua New Guinea, and Howland, her aircraft disappeared, the last radio signals being picked up by Itasca, which had paused along her route to give bearings. Earhart and her aircraft vanished despite a massive Navy search. A shower and private bedroom the Hawaiians had built for Earhart went unused. They grieved for her and built a 20-foot sandstone monument, which they called the Amelia Earhart Lighthouse.

Things were quiet for the next few years, marred only by the death of a colonist in 1938 of peritonitis brought on by appendicitis. Coast Guard cutter Taney traveled 1,310 miles at full speed to save the boy, but arrived too late.

Canton and Enderbury islands were added to the program the same year, and were the subject of an exchange of notes between the United States and Great Britain in 1939, the upshot being an agreement to joint administration for at least 50 years, after which the agreement could be extended

Case 1:06-cv-00030    Document 121-4    Filed 12/28/2007    Page 19 of 30

indefinitely. Each government was to be represented by an official, and the islands were to be available for communications and airports for international aviation -- but only of American or British-empire airlines.

Similar circumstances prevailed at Christmas Island, under the administration of the British high commissioner of the Pacific, headquartered in Suva, Fiji. America claimed a seaplane base there, as both countries claimed sovereignty based on occupancy. Britain, however, controlled the island from the end of World War I to 1941. Johnston Island, actually a string of islets that were technically part of the Hawaiian Sea Frontier, was under sole jurisdiction of the United States. All the islands were prized solely for their location.

The Kamehameha students serviced the islands' meager facilities, and spent the rest of their days fishing and working on their tans. "Lobster every day, which we ate raw," said Piianaia. "And the island had these big rats, which ate the pili grass. Vegetarians. We used to catch them and roast them for red meat. They were delicious!

"We were paid our salary in a lump sum when we went back to Honolulu, and it was quite a bit of money. We let our hair and beards grow long; it made us feel like explorers. But as soon as we went home, we hit the barber shop."

At night, the bowl of the universe blazed above the isolated atolls. Falling stars were so bright they'd cast shadows. One night, the waters roiled with hundreds of porpoises, a pod that seemed to stretch to the horizon. Some evenings were reserved for ghost stories, punctuated by the sound of birds crying eerily in the darkness.

There was magic there.

**Tomorrow: A rescue mission to the South Seas.**

Portions of this story are excerpted from "Advance Force -- Pearl Harbor" by Burl Burlingame, Naval Institute Press, 2002.

BACK TO TOP

# Panala'au exhibit

The Bishop Museum will present "The Panala'au Years: Hawaiian Colonists of the South Seas 1935-1942," running May 18 through June 16. The museum-designed "traveling exhibit" tells how young Hawaiian men occupied remote, uninhabited islands in the equatorial Pacific. The exhibit includes oral histories, photographs, artifacts and programs. Information: 847-3511.

E-mail to Editorial Editor

Case 1:06-cv-00030    Document 121-4    Filed 12/28/2007    Page 20 of 30

**Text Site Directory:**
[News] [Business] [Features] [Sports] [Editorial] [Do It Electric!]
[Classified Ads] [Search] [Subscribe] [Info] [Letter to Editor]
[Feedback]

© 2002 Honolulu Star-Bulletin
http://starbulletin.com

Case 1:06-cv-00030    Document 121-4    Filed 12/28/2007    Page 21 of 30



CLICK TO SUPPORT OUR SPONSORS

# Starbulletin.com

Monday, April 29, 2002



BURL BURLINGAME AIRCHIVE
A Japanese submarine of the type that attacked the
Baker and Howland islands fired its large deck gun
in this Japanese propaganda image.

# Boys of the Panala'au

**Setting the scene:** Teenage boys were recruited from Kamehameha
Schools in the late 1930s to man remote outposts in the South Pacific,
establishing American possession of islands that might become
valuable in the event of a Pacific war. After the attack on Pearl
Harbor, the Japanese Imperial Navy began to bombard the islands.

Case 1:06-cv-00030    Document 121-4    Filed 12/28/2007    Page 22 of 30

## SECOND OF TWO PARTS

By Burl Burlingame
bburlingame@starbulletin.com

Shortly before the outbreak of the Pacific war, Abraham Piianaia was back for a second tour manning the windswept U.S. outpost on Jarvis Island. One morning he smelled something in the wind. "What is that?" he said, and the boys stood around sniffing.

"Smells like teriyaki!" joked one, but to Piianaia it did smell like Japanese cooking. Soon they saw a gray warship pull up alongside the island -- Piianaia described it as looking like a cross between a destroyer and a freighter, probably a seaplane tender -- with the flag of Japan on her stern. The ship put over a launch, which began pulling for shore. The boys decided that the ship couldn't see their shack, called a "Government House," very well, so they ran up a large American flag on a pole. Immediately, the launch turned around and went back to the ship, and the Imperial Navy hastily departed the Equatorials.

The Japanese didn't forget about the strategic islands. In December 1941, the boys on Baker Island were Walter Burke, Blue Makua, James Coyle and James Pease. On Howland Island, the colonists were Richard Whaley, Joe Keliihahanui, Thomas Bederman and Elvin Matson. By then, too far from established flying routes, Jarvis Island had been abandoned.

### Panala'au exhibit

The Bishop Museum will present "The Panala'au Years: Hawaiian Colonists of the South Seas 1935-1942," running May 18 through June 16. The museum-designed "traveling exhibit" tells how young Hawaiian men occupied remote, uninhabited islands in the equatorial Pacific. The exhibit includes oral histories, photographs, artifacts and programs. Information: 847-3511.

On the morning of Dec. 8, 1941, Burke went outside to raise the American flag and saw a Japanese RO-boat just offshore, ungainly in the water. The submarine fired a round and ripped off the top of the Government House. Burke dashed inside and told the dazed colonists that they'd "better skeedaddle out of there." The four ran across the island in record time, and sought shelter by digging foxholes. Burke ordered the others to disperse across the island, so that a single shell wouldn't get them all. The RO-boat walked shells across the island, methodically demolishing the building and other facilities, including the light station they had dedicated to the lost Amelia Earhart.

That night, the boys went back to survey the wreckage. Pieces of tin were scattered from the Government House roof, which they used as sunshades the next day. At noon, a four-engine H6K "Mavis" flying boat passed over the island, and let go a salvo of bombs.

The boys piled brush atop their foxholes for camouflage. The bomber came back nearly every day from its base in the Marianas or Marshalls, gutting the atoll with explosives. Little of the food was saved, and rats got into the rest, but there was a little coffee, and palolo leaves to chew on, and the ocean provided fish and squid. The U.S. flag that the boys had never managed to raise on the morning of Dec. 8 was wrapped in a gunny sack and buried, marked by a cairn of stones.

Case 1:06-cv-00030     Document 121-4     Filed 12/28/2007     Page 23 of 30

They settled in to wait, cut off from the rest of the world. Christmas dinner was lobster under a full moon and carols into the dawn. They kept a low profile, going to ground when a Japanese submarine or destroyer came by. After weeks of bombing, they expected the Japanese to land any moment.

Imperial Navy submarine I-74 spied on Howland Island between Dec. 23 and 25, and its crew mistakenly thought it "recognized installations for ships."

At Baker Island, a warship showed up on Jan. 28. The teenage colonists hid in their foxholes and watched the gray destroyer put over a boat, which began pulling for shore. "Oh, boy, we've had it now!" said Burke.



BURL BURLINGAME ARCHIVE
Relief showed on the faces of the boys of the panala'au (colony) on their returned to Honolulu after two classmates were killed by Imperial Navy shelling.
The Kamehameha students are Walter Burke, Blue Makua, James Coyle, James Pease, Thomas Bederman and Elvin Matson.

They saw a blond head among the sailors and realized that the boat must be American. It was destroyer Helm, making the dash from Pearl Harbor to retrieve the colonists. "We found those guys living like Robinson Crusoe," remembered Victor Dybdal.

The boys threw off the brush cover and rushed to shore, where the boat halted just at reef's edge. In his haste, Walter Burke cut his foot on a piece of jagged shrapnel buried in the sand. Blood poured out, and he was concerned the scent would attract sharks. The Navy officer in charge of the boat refused to row to the other side of the island, where the waters were quieter.

Blue Makua swam back to shore and convinced Burke to swim for the boat. Even sharks were better than the daily bombings from the Japanese Navy.

Aboard Helm, the Hawaiians learned that Richard Whaley and Joe Keliihahanui had been killed by

Case 1:06-cv-00030    Document 121-4    Filed 12/28/2007    Page 24 of 30

the shelling on Howland, and were buried there. Thomas Bederman and Elvin Matson were still in shock, their adventure turned tragic.

Skipper Chester Carroll secured from general quarters as the destroyer moved away from Baker, and he came down to quiz the survivors. Just as they told the lieutenant commander that a Japanese bomber came over every day promptly at noon, they heard the sound of feet running on deck, always the first sign of impending danger on a destroyer. Dybdal looked at his watch: noon. As he gained the deck, a pair of bombs bracketed the destroyer; Dybdal could see the "Mavis" flying boat circling around for another run.

The aircraft made three passes, missing each time. By the third run, the destroyer's anti-aircraft guns were hosing the sky around it. The plane fled. Helm turned around and raced back to Pearl.

By the beginning of 1942, radar was in operation on these isolated islands and Japanese submarines couldn't get close without tipping their hand. After the month of aggressive shellings, Japanese submarine attacks against the islands thinned out.

Burke returned to Baker Island in 1943, and located the flag he had buried two years before. He took it home, where it remained until he passed away in 1990. The Amelia Earhart Lighthouse was restored to operating condition by the Coast Guard in 1963, part of a nationwide observance of Earhart's 65th birthday. In the 1950s, the bodies of Whaley and Keliihahanui were exhumed on Howland and reburied in the military cemetery at Schofield Barracks.

"When I reminisce about those times, I realize that we were young and naive," recalled Piianaia. "I realize now that we were there to strengthen our position in the Pacific, and I'm only beginning to appreciate how important that was.

"The opportunity to be left in nature is something youngsters don't have any more. Our companions were the birds. All we had were the four of us and nothing else. Perhaps that's how Adam and Eve could have felt in the Garden of Eden. Everything was ... so pristine."

Piianaia later became head of the Hawaiian Studies Department at the University of Hawaii and director of Hawaiian Home Lands. The surviving members call themselves "Hui Panala'au." or society of colonizers.

Occasionally, the veterans of the brief colonization of the Equatorial Islands meet to remember their boyhood friends, and they unroll the American flag and let it fly over the graves of Whaley and Keliihahanui.

Portions of this story are excerpted from "Advance Force -- Pearl Harbor" by Burl Burlingame, Naval Institute Press, 2002.

E-mail to Editorial Editor

Case 1:06-cv-00030    Document 121-4    Filed 12/28/2007    Page 25 of 30

© 2002 Honolulu Star-Bulletin
http://starbulletin.com

Case 1:06-cv-00030     Document 121-4     Filed 12/28/2007     Page 26 of 30



Home >> Other Historical Information >> Hui Panalā'au >> Reception

>> Kamehameha Schools 2002 reception to honor the service of the Hui



**Samuel Kalama '37, Kenneth Bell '35, James Carroll '37, Arthur Harris '37, George Kahanu '37**

**Dr. Michael Chun**, President and Headmaster of the Kapalama Campus, greets the surviving members of the hui.

Above: Friends and family gather for the ho'okipa.

Above: **Janet Zisk**, Kamehameha Schools Archivist, organized the reception and worked to bring the exhibit to the Kapalama campus. She thanks participants and those who made this event possible

http://kapalama.ksbe.edu/archives/historical/huipanalaau/reception.php

10/30/2007



| | |
|---|---|
| Above: **Noelle Kahanu**, grandaughter of George Kahanu '37, , is the originator of the Bishop Museum exhibit. | Above: Commemorative booklet for this exhibit and reception. |

Where and why are you going? | Who went first? | What is Hui Panalā'au? | *Pioneering on Jarvis* by George West KSB '35 | 1942, the bitter end

Hui Pana'ā'au remembered, 2002 exhibit | 2002 reception

---

Web site maintained by Kamehameha Schools Archives
General photo credit: Kamehameha Schools Photo Archives
©Kamehameha Schools. Statements of copyright, privacy and disclaimer.

26279

Case 1:06-cv-00030      Document 121-4      Filed 12/28/2007      Page 28 of 30



W.C. Hendrick, F2c
5 Div. U.S.S. Dobbin
C/O Postmaster,
San Diego, Calif.



DEPOSITION
EXHIBIT
15

http://www.cifr.it/Baker-island.jpg

10/29/2007





DEPOSITION
EXHIBIT

25