LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: 671-472-7332
Fax: 671-472-7215

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
DEC 2 8 2007
JEANNE G. QUINATA
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| MARSHALLS 201, | |
| Defendant. | |

I, Jacqueline O. Emmanuel, Administrative Assistant, hereby certify that on 28th day of December 2007, I caused to be served by personal service the following documents: "Opposition of the United States to Defendant's Motion to Dismiss for Lack of Subject Matter and In Rem Jurisdiction" and "Plaintiff's Opposition to Claimant's Motion for Summary Judgment", Civil Case No. 06-00030, United States of America vs. Marshalls 201, to the following attorney of record:

Daniel Berman
Berman O'Connor & Mann
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, Guam 96910

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: *(signature)*
JACQUELINE EMMANUEL
Administrative Assistant