DANIEL J. BERMAN, ESQ.
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
Suite 600, One Embarcadero Center
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Defendant and Claimant:
*MARSHALLS 201 and MARSHALL ISLANDS*
*FISHING COMPANY*

FILED
DISTRICT COURT OF GUAM
JAN 1 1 2008
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 06-00030 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MOTION TO EXCEED** |
| ) | **PAGE LIMITATION** |
| MARSHALLS 201 and MARSHALL ) | |
| ISLANDS FISHING COMPANY, ) | |
| ) | |
| Defendants. ) | |

COMES NOW Defendant Marshalls 201 and Claimant Marshall Islands Fishing Company ("Defendants") and move this Court to enter its Order allowing Defendants to file a Reply Memorandum in Support of Motion for Summary Judgment 23 pages in length, and as grounds therefore states as follows:

1. Rule 7.1(g) of the Local Rules of the District Court of Guam provides that reply briefs shall not exceed ten pages in length without leave of Court.

2. Defendants' Reply Memorandum in Support of Motion for Summary Judgment, filed contemporaneously herewith, is 23 pages in length.

3. Defendants have attempted to be as succinct as possible in drafting its Brief. However, Defendants believe there are voluminous facts, declarations, depositions, exhibits and complex legal grounds to grant summary judgment and the Plaintiff's Opposition Memorandum was long in points and factual assertion, and that it is important to provide the Court with a full explanation of these grounds along with the citation of relevant authority.

4. The Plaintiff's Opposition to Defendants' Motion for Summary Judgment is 17 pages and the Opposition's supporting attachments are another 74 pages for a total of 91 pages.

WHEREFORE, Defendants move this Court to enter its Order allowing Defendants to submit a Reply Memorandum in Support of Motion for Summary Judgment 23 pages in length. A proposed Order is attached.

DATED this 11th day of January, 2008.

DANIEL BERMAN
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, Guam 96910

JAMES P. WALSH (PRO HAC VICE)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California, 94111

Counsel for Defendant MARSHALLS 201 and Claimant MARSHALL ISLANDS FISHING COMPANY

By: _____
DANIEL J. BERMAN

DANIEL J. BERMAN, ESQ.
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
Suite 600, One Embarcadero Center
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Defendant and Claimant:
*MARSHALLS 201 and MARSHALL ISLANDS*
*FISHING COMPANY*

**UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 06-00030 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MARSHALLS 201 and MARSHALL ISLANDS FISHING COMPANY, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

Good cause appearing therefore, Defendants are granted permission to file a Reply Memorandum in Support of Motion for Summary Judgment 23 pages in length.

**SO ORDERED:**_____, 2008.

_____
**JOAQUIN V.E. MANIBUSAN, JR.**
Magistrate Judge, District Court of Guam

H:\Normal\Working Docs 2007\DJB\(1) Jan-Feb 2008\P087006DJB.doc