BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
MARSHALLS 201

FILED
DISTRICT COURT OF GUAM

JAN 1 1 2008

JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| MARSHALLS 201, | |
| Defendant. | |

I, **NORMA B. DUENAS**, hereby certify that on January 11, 2008, I caused to be served via hand delivery, copies of (1) Defendants' Rely in Support of Motion to Dismiss for Lack of Jurisdiction; (2) Claimants' Reply Memorandum in Support of Motion for Summary Judgment; (3) Motion to Exceed Page Limitation; and, (4) [Proposed] Order, on the following:

Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagatna, Guam 96910

Dated this 11th day of January, 2008.

_____
NORMA B. DUENAS

H:\Norma\Working Docs 2007\DJB\(1) Jan-Feb 2008\P087004DJB.wpd

**ORIGINAL**

Case 1:06-cv-00030   Document 126   Filed 01/11/2008   Page 1 of 1