DANIEL J. BERMAN, ESQ.
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
Suite 600, One Embarcadero Center
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Defendant and Claimant:
MARSHALLS 201 and MARSHALLS ISLANDS
FISHING COMPANY

FILED
DISTRICT COURT OF GUAM
JAN 30 2008
JEANNE G. QUINATA
Clerk of Court

## UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARSHALLS 201 and MARSHALL, ISLANDS FISHING COMPANY, <br><br> Defendants. | CIVIL CASE NO. 06-00030 <br><br><br> **REQUEST FOR HEARING DATE** |

Pursuant to Local Rule 7.1, the Defendant Marshalls 201 hereby acknowledge the following:

1. I, Daniel J. Berman, am an attorney and co-counsel for the Defendant Marshalls 201 and Claimant Marshall Islands Fishing Company, the individual Defendants in this matter.

2. Defendants' Motion for Summary Judgment and Motion to Dismiss were filed on October 29, 2007; Plaintiff's Opposition Memoranda to these Motions were filed on December 28, 2007; and Defendants' Reply Memoranda in support of the

H:\Norma\Working Docs 2007\DJB\(1) Jan-Feb 2008\P087012DJB.wpd

ORIGINAL

Case 1:06-cv-00030    Document 127    Filed 01/30/2008    Page 1 of 2

Motions were filed on January 11, 2008. The Motion papers are closed.

3. Trial is scheduled on March 25, 2008; and, Pre-Trial Conference is set on March 18, 2008; and Preliminary Pre-Trial Conference is set on March 4, 2008.

4. I request a hearing date on the Defendants' Motion for Summary Judgment and Motion to Dismiss at the Court's earliest convenience.

5. On January 30, 2008, I contacted by e-mail the opposing party in this action, Assistant U.S. Attorney Mikel W. Schwab to determine any calendar problems in order to assist in setting a date for oral argument of my Motion for Summary Judgment and Motion to Dismiss of Defendants. The attorney for the opposing party is: Assistant U.S. Attorney Mikel W. Schwab. At present, I have no response from opposing counsel.

6. I called the Deputy Clerk of Court on January 29, 2008 to request if the Court is available and was told that no date is certain.

DATED this 30th day of January, 2008.

> DANIEL J. BERMAN
> BERMAN O'CONNOR & MANN
> Suite 503, Bank of Guam Building
> 111 Chalan Santo Papa
> Hagatna, Guam 96910
>
> JAMES P. WALSH (PRO HAC VICE)
> DAVIS WRIGHT TREMAINE LLP
> 505 Montgomery Street, Suite 800
> San Francisco, California 94111
>
> Attorneys for Defendant *MARSHALLS 201* and Claimant *MARSHALL ISLANDS FISHING COMPANY*
>
> By: _____
> DANIEL J. BERMAN