BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
MARSHALLS 201

**FILED**
DISTRICT COURT OF GUAM

JAN 30 2008

JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| MARSHALLS 201, | |
| Defendant. | |

I, **NORMA B. DUENAS**, hereby certify that on January 30, 2008, I caused to be served via hand delivery, a copy of the REQUEST FOR HEARING DATE, on the following:

> Mikel W. Schwab, Esq.
> Office of the United States Attorney
> 108 Hernan Cortes Avenue, Suite 500
> Hagatna, Guam 96910

Dated this 30th day of January, 2008.

_____
NORMA B. DUENAS

H:\Norma\Working Docs 2007\DJB\(1) Jan-Feb 2008\P087013DJB.wpd