```
LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215
```

*Attorneys for the United States of America*

FILED
DISTRICT COURT OF GUAM
FEB 0 1 2008
JEANNE G. QUINATA
Clerk of Court

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CIVIL CASE NO. 06-00030 |
| Plaintiff, ) | |
| vs. ) | **NOTICE OF DATE AND TIME** |
| ) | **AVAILABILITY OF** |
| MARSHALLS 201, ) | **THE UNITED STATES** |
| Defendant. ) | |

On January 31, 2008, Defendant, Marshalls 201, filed a Request for Hearing Date. The United States hereby gives notice that Plaintiff is available for a hearing beginning March 4, 2008. Plaintiff requests that the hearing be scheduled in the morning so that co-counsel and counsel for the United States Department of State in the mainland United States may participate via video teleconference.

DATED this 1st day of February 2008.

```
LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI


MIKEL W. SCHWAB
Assistant U.S. Attorney
```

# CERTIFICATE OF SERVICE

I, Jacqueline Emmanuel, Administrative Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that, on February 1, 2008, I caused to be served by personal service a copy of the "Notice of Date and Time Availability of the United States", in Civil Case No. 06-00030, <u>United States of America v. Marshalls 201</u>, to the following attorney of record:

>Daniel Berman
>Law Offices of Berman, O'Connor & Mann
>BOG Bldg., Ste 503
>111 Chalan Santo Papa
>Hagatna, GU 96910

*[signature]*
JACQUELINE EMMANUEL
Administrative Assistant