# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>MARSHALLS 201,<br><br>Defendant. | CIVIL CASE NO. 06-00030<br><br>**ORDER SETTING MOTION HEARING AND CONTINUING PRETRIAL CONFERENCE AND TRIAL** |

The court hereby sets Defendant's Motion for Summary Judgment and Motion to Dismiss for Lack of Jurisdiction, for hearing on April 3, 2008 at 9:00 a.m. The pretrial conference currently scheduled for March 18, 2008 at 10:00 a.m. and the trial scheduled to begin on March 25, 2008 at 9:00 a.m. are hereby vacated pending disposition of the Motions. The court also vacates the current deadlines regarding the trial documents.

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Feb 22, 2008**