DANIEL J. BERMAN, ESQ.
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
Suite 600, One Embarcadero Center
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Defendant and Claimant:
*MARSHALLS 201 and MARSHALL ISLANDS FISHING COMPANY*

## UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 06-00030 |
| ) | |
| Plaintiff, ) | |
| vs. ) | ORDER |
| ) | |
| MARSHALLS 201 and MARSHALL ) | |
| ISLANDS FISHING COMPANY, ) | |
| ) | |
| Defendants. ) | |

Good cause appearing therefore, Defendants are granted permission to file a Reply Memorandum in Support of Motion for Summary Judgment 23 pages in length.

/s/ **Frances M. Tydingco-Gatewood**
     **Chief Judge**
     **Dated: Mar 18, 2008**