ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U. S. Attorney
MARK SIMONOFF
Special Assistant U. S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: 671-472-7332
Fax: 671-472-7215

PAUL ORTIZ
Senior Attorney
Office of General Counsel
National Oceanic and Atmospheric Administration
501 West Ocean Blvd.
Suite 4470
Long Beach, California 90802
Tel: 562 980 4069

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR 1 9 2008
JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARSHALLS 201,<br><br>　　　　Defendant. | CIVIL CASE NO. 06-00030<br><br>MOTION REQUESTING FOR A TELEPHONIC APPEARANCE BY UNITED STATES COUNSEL MARK SIMONOFF |

　　　　The United States respectfully submits this Motion to allow Mark Simonoff, Special Assistant United States Attorney, to participate via teleconference in the motion hearing regarding Defendant's Motion of Summary Judgment and Motion to Dismiss for Lack of Subject Matter an In Rem Jurisdiction scheduled for April 3, 2008, at 9:00 a.m. The request is made because Attorney Mark Simonoff will be out of the country on the hearing date.

//
//
//
//

1

SO SUBMITTED this 19th day of March, 2008.

                                          LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and NMI

                                  BY: _____
                                        MIKEL W. SCHWAB
                                        Assistant U. S. Attorney

CERTIFICATE OF SERVICE

I, hereby certify that on the 19th day of March, 2008, I caused to be served by personal service the following document: "Motion Requesting for a Telephonic Appearance by United States' Counsel Mark Simonoff," in the above entitled case cause to the following attorney of record:

    Daniel J. Berman
    Berman O'Connor & Mann
    Attorneys at Law
    Suite 503, Bank of Guam Building
    111 Chalan Santo Papa
    Hagatna, Guam 96910

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: *Jacqueline Emmanuel*
Jackie O. Emmanuel
Administrative Assistant