LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U. S. Attorney
MARK SIMONOFF
Special Assistant U. S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: 671-472-7332
Fax: 671-472-7215

PAUL ORTIZ
Senior Attorney
Office of General Counsel
National Oceanic and Atmospheric Administration
501 West Ocean Blvd.
Suite 4470
Long Beach, California 90802
Tel: 562 980 4069

Attorneys for the United States of America

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 06-00030 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| MARSHALLS 201, | ) | Date: April 3, 2008 |
| Defendant. | ) | Time: 9:00 am |

This matter came before the Court on the Motion of the United States for an Order allowing counsel for the United States to Participate in the hearing by telephone. After reviewing the submission, IT IS HEREBY ORDERED THAT:

Mark Simonoff may participate by telephone in the hearing for the Defendant's Motion for Summary Judgment and Motion to Dismiss for Lack of Subject Matter an In Rem Jurisdiction.

SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Mar 25, 2008**