**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CIVIL MINUTES**
**GENERAL**

CASE NO.: CV-06-00030  DATE: April 03, 2008
CAPTION: USA vs. Marshalls 201

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber  Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos  Electronically Recorded: 10:12:10 - 11:26:20
Virginia T. Kilgore
CSO: N. Edrosa

**APPEARANCES:**

Counsel for Plaintiff(s)  Counsel for Defendant(s)
Mikel W. Schwab  James P. Walsh
Mark Simonoff (via teleconference)  Daniel J. Berman

**PROCEEDINGS: Motion for Summary Judgment**
              **Motion to Dismiss/Lack of Jurisdiction**
- Motions under advisement.
- Orders to be issued by court.

NOTES: