DANIEL J. BERMAN
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Defendant MARSHALLS 201 and
Cross-Claimant MARSHALL ISLANDS FISHING COMPANY

FILED
DISTRICT COURT OF GUAM
MAY 16 2008
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARSHALLS 201, *in rem*, <br><br> Defendant. | CIVIL CASE NO. 06-00030 <br><br> **CERTIFICATE OF SERVICE** |
| MARSHALLS ISLANDS FISHING COMPANY, <br><br> Cross-Claimant, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Cross-Defendant. | |

1   I, NORMA B. DUENAS, hereby certify that on May 16, 2008, I caused to serve a

2   copy of the original Declaration of James P. Walsh in Support of Defendant's Motion

3   to Amend the Court's Order Re: Motion to Dismiss, on the following:

>   Mikel W. Schwab, Esq.
>   Office of the United States Attorney
>   108 Hernan Cortez Avenue, Suite 500
>   Hagatna, Guam 96910

DATED this 16th day of May, 2008.

_____
**NORMA B. DUENAS**