LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: 671-472-7332
Fax: 671-472-7215

MARK A. SIMONOFF
Attorney-Adviser
Office of the Legal Adviser
Office of Oceans, International
Environmental & Scientific Affairs
U.S. Department of State
2201 C Street, NW Room 6420
Washington, DC 20520
Tel: 202-647-1370
Fax: 202-736-7115

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

MAY 28 2008

JEANNE G. QUINATA
Clerk of Court

UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| MARSHALLS 201, | |
| Defendant. | |

I, Julia L. Hunt, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that, on May 28, 2008, I caused to be served via U.S. Certified Mail a copy of **OPPOSITION OF THE UNITED STATES TO DEFENDANT'S MOTION TO AMEND THE COURT'S ORDER DENYING**

1

ORIGINAL

MOTION TO DISMISS IN ORDER TO SEEK INTERLOCUTORY APPEAL UNDER 28 U.S.C. 1292(B) to the following counsel(s) of record:

    James P. Walsh
    DAVIS WRIGHT TREMAINE, LLP
    One Montgomery Street, Suite 800
    San Francisco, CA 94111

DATED this 28th day of May, 2008.

_____
JULIA L. HUNT
Legal Assistant