DANIEL J. BERMAN
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111—6533
Telephone: (415) 276-6556
Facsimile: (415) 276-6599

Attorneys for Defendant MARSHALLS 201
And Cross-Claimant MARSHALL ISLANDS
FISHING COMPANY

**FILED**
DISTRICT COURT OF GUAM
JUN 0 4 2008
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00030 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| MARSHALLS 201, in rem, | |
| Defendants. | |
| MARSHALLS ISLANDS FISHING COMPANY, | |
| Cross-Claimant, | |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Cross-Defendant. | |

H:\Norma\Working Docs 2007\DJB\Apr-June 2008\P08065DJB.doc

ORIGINAL

## CERTIFICATE OF SERVICE

I, **NORMA B. DUENAS**, hereby certify that on June 4, 2008, I caused to be served via hand delivery, a copy of Defendant's Reply Re: Motion To Amend The Court's Order Denying Motion To Dismiss In Order To Seek Interlocutory Appeal, on the following:

> Mikel W. Schwab, Esq.
> Office of the United States Attorney
> 108 Hernan Cortes Avenue, Suite 500
> Hagatna, Guam 96910

DATED this 4th day of June, 2008.

_____
NORMA B. DUENAS