1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  MARK SIMONOFF
   Special Assistant U. S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   Telephone: (671) 472-7332
6  Facsimile: (671) 472-7215

7  PAUL ORTIZ
   Senior Attorney
8  Office of General Counsel
   National Oceanic and Atmospheric Administration
9  501 West Ocean Blvd.
   Suite 4470
10 Long Beach, California 90802
   Tel: 562 980 4069
11
   Counsel for Plaintiff the United States of America
12
   DANIEL J. BERMAN
13 BERMAN O'CONNOR & MANN
   Suite 503, Bank of Guam Building
14 111 Chalan Santo Papa
   Hagåtña, GU 96910
15 Telephone: (671) 472-2778
   Facsimile: (671) 477-4366
16
   JAMES P. WALSH (Pro Hac Vice)
17 DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
18 San Francisco, CA 94111-6533
   Telephone: (415) 276-6556
19 Facsimile: (415) 276-6599

20 Counsel for Defendant and Counterclaimant MARSHALLS 201

21

22

**FILED**
**DISTRICT COURT OF GUAM**

JUL 0 3 2008 ᴅ.

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

23

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CIVIL CASE NO. 06-00030 |
| 24 Plaintiff, | ) | ~~XXXXXXXXXX~~ (M) |
| 25 vs. | ) | |
| 26 MARSHALLS 201, in rem, | ) | JOINT AMENDED SCHEDULING ORDER AND DISCOVERY PLAN |
| 27 Defendant. | ) | |
| 28 | ) | |

**ORIGINAL**

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following jOINT Amended Scheduling Order and Discovery Plan:

1. **Preliminary Pretrial Conference.** The preliminary pretrial conference shall be held on **Monday, November 10, 2008.** at 10:00 a.m.

2. **Pretrial Filings**. The parties' pretrial materials, discovery materials, witness lists, exhibit lists, and designation of discovery responses shall be filed on or before **Monday, November 17, 2008.**

3. **Pretrial Order**. The proposed pretrial order shall be filed on or before **Monday, November 17, 2008.**

4. **Final Pretrial Conference**. The final pretrial conference shall be held on **Monday, November 24, 2008** . at 10:00 a.m.

5. **Trial**. Trial shall commence at $9:00$ a.m. Monday, December 1, 2008.

6. **Settlement**     The prospects for settlement are unlikely.

7. **Jury.** This case will be tried in its entirety to the Court.

8. **Anticipated Trial Time.** It is anticipated that it will take approximately 5-7 days to try this case.

2

9. **Settlement Conference**:  The parties wish to submit this case to a settlement conference.

10. **Suggestions for Shortening Trial**.  The parties will explore stipulations as to undisputed facts and the use of joint exhibits.

11. **Case Management Issues**:  None at this time.

DATED this __3rd__ day of ~~May~~ July 2008.



JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

RECEIVED
MAY 20 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

APPROVED AS TO FORM AND CONTENT:

Mikel W. Schwab
Assistant U.S. Attorney

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI
Sirena Plaza Suite 500
108 Hernan Cortez Ave.
Hagåtña, GU 96910

Counsel for Plaintiff United States

DATED: C5·16·08

DANIEL J. BERMAN
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, GU 96910

JAMES P. WALSH (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533

Counsel for Defendant / Counterclaimant
MARSHALLS 201 and
Claimant MARSHALL ISLAND
FISHING COMPANY

DATED: 5·16·08

4