DANIEL J. BERMAN
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111–6533
Telephone: (415) 276-6556
Facsimile: (415) 276-6599

Attorneys for *Defendant MARSHALLS 201*
and *Cross-Claimant MARSHALL ISLANDS FISHING COMPANY*

FILED
DISTRICT COURT OF GUAM
JUL 09 2008
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARSHALLS 201, in rem, <br><br> Defendants. | CIVIL CASE NO. 06-00030 <br><br><br> **CERTIFICATE OF SERVICE** |
| MARSHALLS ISLANDS FISHING COMPANY, <br><br> Cross-Claimant, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Cross-Defendant. | |

ORIGINAL

## CERTIFICATE OF SERVICE

I, **NORMA T. BENAVENTE**, hereby certify that on July 9, 2008, I will cause to be served a copy of Defendant Marshalls 201's and Cross-Claimant Marshalls Fishing Company's Notice of Additional Authority, on the following:

### VIA HAND DELIVERY

Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910

DATED this 9th day of July, 2008.

*/s/ Norma T. Benavente*
NORMA T. BENAVENTE