**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Case No. 06-00030 |
| Plaintiff, | |
| vs. | **ORDER SETTING HEARING** |
| MARSHALLS 201, | |
| Defendant. | |

The court is in receipt of the Defendant's Motion to Amend the Court's Order. *See* Docket No. 139. The court hereby sets a hearing on this matter for September 4, 2008 at 9:30 a.m.

**SO ORDERED.**

/s/ **Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Jul 15, 2008**