DANIEL J. BERMAN
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111—6533
Telephone: (415) 276-6556
Facsimile: (415) 276-6599

Attorneys for *Defendant MARSHALLS 201*
and *Cross-Claimant MARSHALLS ISLANDS FISHING COMPANY*

FILED
DISTRICT COURT OF GUAM
JUL 24 2008
JEANNE G. QUINATA
Clerk of Court

## UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARSHALLS 201, in rem,<br><br>    Defendants.<br><br>MARSHALLS ISLANDS FISHING COMPANY,<br><br>    Cross-Claimant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Cross-Defendant. | CIVIL CASE NO. 06-00030<br><br>DEFENDANT/CROSS-CLAIMANT'S MOTION REQUESTING PERMISSION FOR TELEPHONIC APPEARANCE BY DEFENDANT/CROSS-CLAIMANT'S CO-COUNSEL JAMES P. WALSH |

Defendant Marshalls 201 and Cross-Claimant Marshalls Islands Fishing Company, through counsel undersigned, respectfully submit this Motion to permit James P. Walsh, co-counsel admitted *pro hac vice*, to participate via teleconference in

the motion hearing regarding Defendant Marshalls 201 and Cross-Claimant Marshalls Islands Fishing Company's Motion to Amend Order Denying Motion to Dismiss for Lack of Subject Matter in *In Rem* Jurisdiction scheduled for September 4, 2008, at 9:30 a.m.

The request is made for the reason that Attorney James P. Walsh will be located at his permanent office and residence in San Francisco, California, on said hearing date.

On July 24, 2008, Defendant Marshalls 201 and Cross-Claimant Marshalls Islands Fishing Company's counsel contacted Plaintiff/Cross-Defendant's counsel for his position on this Motion, and Plaintiff/Cross-Defendant has no objection.

DATED this **24** day of July, 2008.

DANIEL J. BERMAN  
BERMAN O'CONNOR & MANN  
Suite 503, Bank of Guam Building  
111 Chalan Santo Papa  
Hagatna, Guam 96910

JAMES P. WALSH (PRO HAC VICE)  
DAVIS WRIGHT TREMAINE LLP  
505 Montgomery Street, Suite 800  
San Francisco, California, 94111

Counsel for Defendant *MARSHALLS 201* and Cross-Claimant *MARSHALL ISLANDS FISHING COMPANY*

By: /s/ Daniel Berman  
DANIEL J. BERMAN