DANIEL J. BERMAN
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111—6533
Telephone: (415) 276-6556
Facsimile: (415) 276-6599

Attorneys for *Defendant MARSHALLS 201*
and *Cross-Claimant MARSHALL ISLANDS FISHING COMPANY*

**FILED**
DISTRICT COURT OF GUAM

JUL 24 2008

JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARSHALLS 201, in rem,<br><br>    Defendants.<br><br>MARSHALLS ISLANDS FISHING COMPANY,<br><br>    Cross-Claimant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Cross-Defendant. | CIVIL CASE NO. 06-00030<br><br>**CERTIFICATE OF SERVICE** |

H:\Norma\Working Docs 2007\DJB\Apr-June 2008\P08094DJB.doc

**ORIGINAL**

## CERTIFICATE OF SERVICE

I, **NORMA T. BENAVENTE**, hereby certify that on July 24, 2008, I will cause to be served a copy of Defendant Marshalls 201 and Cross-Claimant Marshalls Fishing Company's Motion Requesting Permission for Telephonic Appearance and [Proposed] Order, on the following:

### VIA HAND DELIVERY

Mikel W. Schwab, Esq.
Office of the United States Attorney
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910

DATED this 24th day of July, 2008.

*/s/ Norma J. Benavente*
NORMA T. BENAVENTE