DANIEL J. BERMAN
BERMAN O'CONNOR & MANN
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

JAMES P. WALSH (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111—6533
Telephone: (415) 276-6556
Facsimile: (415) 276-6599

Attorneys for *Defendant MARSHALLS 201*
and *Cross-Claimant MARSHALLS ISLANDS
FISHING COMPANY*

# UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARSHALLS 201, in rem,<br><br>    Defendants.<br>_____<br>MARSHALLS ISLANDS FISHING COMPANY,<br><br>    Cross-Claimant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Cross-Defendant. | CIVIL CASE NO. 06-00030<br><br>**ORDER GRANTING MOTION REQUESTING PERMISSION FOR A TELEPHONIC APPEARANCE BY DEFENDANT/ CROSS-CLAIMANT'S CO-COUNSEL JAMES P. WALSH** |

Upon review of the Defendant Marshalls 201 and Cross-Claimant Marshalls Islands Fishing Company's Motion Requesting Permission for a Telephonic Appearance at the hearing scheduled for September 4, 2008 on Defendant Marshalls

201 and Cross-Claimant Marshalls Islands Fishing Company's Motion to Amend Order Denying Motion to Dismiss to permit interlocutory appeal, good cause exists, and with no objection stated from Plaintiff and Cross-Defendant, the Motion is granted.  Mr. Walsh shall bear the cost to call in to the Clerk of Court on the scheduled date and hour for the hearing on Defendant Marshalls 201 and Cross-Claimant Marshalls Islands Fishing Company's Motion to Amend.

**SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
  **Chief Judge**
**Dated: Sep 03, 2008**