# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-06-00030  DATE: September 04, 2008
CAPTION: USA vs. Marshalls 201

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Ross Naughton          Court Recorder: Mary Pangelinan
Courtroom Deputy: Carmen Santos   Electronically Recorded: 9:29:38 - 9:51:02
CSO: N. Edrosa

**APPEARANCES:**

Counsel for Plaintiff(s)          Counsel for Defendant(s)
Mikel Schwab                      Daniel J. Berman
Jessica Cruz                      James P. Walsh (telephonically)

**PROCEEDINGS: Motion to Amend the Court's Order Denying Motion to Dismiss in Order to Seek Interlocutory Appeal**

- Motion argued by James Walsh for Defendant and Mikel Schwab for Plaintiff.
- Motion under advisement.

NOTES: